EXHIBIT A

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

JEREMIAH BILLINGSLEY            CIVIL ACTION
and NICOLE BILLINGSLEY,         3:10-00352-JJB-SCR

       Plaintiff,

VERSUS

MICHELIN NORTH AMERICA,
INC. and TIRE CENTERS,
LLC,

       Defendants.


       Deposition of JEREMIAH BILLINGSLEY,
40325 Jack LeBlanc Road, Gonzales, Louisiana
70728, taken in the office of Rufus Holt
Craig & Associates  704 South Foster Drive,
Baton Rouge, Louisiana 70806, on Tuesday, the
14th day of December, 2010.

APPEARANCES:


       RUFUS HOLT CRAIG & ASSOCIATES
       (By:  Rufus H. Craig, Esquire)
       704 South Foster Drive
       Baton Rouge, Louisiana  70806

            - and -

       OETJENS LAW FIRM
       (By:  R. Chris Oetjens, Esquire)
       704 South Foster Drive
       Baton Rouge, Louisiana  70807
          (Attorneys for the Plaintiffs,
          Jeremiah Billingsley and
          Nicole Billingsley)

EXHIBIT A

Page 2

```
1   APPEARANCES (continued):
2
3        PETERS & MONYAK
4        (By:  Benjamin D. Chastain, Esquire)
5        Suite 2275
6        One Atlanta Plaza
7        950 East Paces Ferry Road NE
8        Atlanta, Georgia  30326
9        (Attorneys for the Defendant,
10       Michelin North America, Inc.)
11
9   ALSO PRESENT:
10
11       Sheila Billingsley
12
13  REPORTED BY:
14
15       CATHERINE C. GAUDET, CCR
16       Certified Court Reporter
         State of Louisiana
         Certificate No. 84108
17
18       *    *    *    *    *
19
20       EXAMINATION INDEX
21                Page No.
22  By Mr. Chastain         4
23
24       *    *    *    *    *
25
```

Page 3

```
1        S T I P U L A T I O N
2
3        It is stipulated and agreed by and
4   among counsel for the parties hereto that the
5   deposition of the aforementioned witness is
6   hereby being taken for all purposes allowed
7   under the Federal Rules of Civil Procedure, in
8   accordance with law, pursuant to notice;
9        That the formalities of reading,
10  signing, filing, sealing, and certification
11  are hereby specifically waived;
12       That all objections, save those as to
13  the form of the question and the
14  responsiveness of the answer, are hereby
15  reserved until such time as this deposition,
16  or any part thereof, may be used or sought to
17  be used in evidence.
18
19
20
21       CATHERINE C. GAUDET, CCR, Certified
22  Court Reporter in and for the State of
23  Louisiana, officiated in administering the
24  oath to the witness.
25
```

Page 4

```
1        JEREMIAH BILLINGSLEY,
2   after having been first duly sworn by the
3   above-mentioned Certified Court Reporter, was
4   examined and testified as follows:
5   EXAMINATION BY MR. CHASTAIN:
6        Q.   Good afternoon, Mr. Billingsley.
7   My name is Ben Chastain, and I'm one of the
8   attorneys for the defendants in this case,
9   Michelin North America and Tire Centers,
10  L.L.C.  I'm just here today to ask you a few
11  questions about what happened in the accident
12  and your background and maybe some things that
13  have happened since the accident just to get
14  an idea of what all has gone on, what all went
15  on, and that sort of thing.
16       This is the deposition for the
17  purposes of discovery and any other
18  purposes allowed under the Federal Rules of
19  Civil Procedure, which is what governs this
20  case.
21       MR. CHASTAIN:
22       I would suppose that all
23  objections will be waived?  We just object to the
24  form?
25       MR. CRAIG:
```

Page 5

```
1        Yes.
2   EXAMINATION BY MR. CHASTAIN:
3        Q.   Let's see.  As far as asking the
4   questions go, I'll try to speak slowly and
5   clearly, but if at any point you don't
6   understand my question, just tell me, and I'm
7   happy to repeat it --
8        A.   Okay.
9        Q.   -- or anything you need.
10       If you could try to answer "yes"
11  or "no" or just verbally rather than nodding
12  your head -- I do that a lot, but that helps
13  her write it down.
14       If you ever need to take a break
15  at any point, just tell me, and we'll take a
16  break, you know, for as long as you need to.
17  I would just ask that if I've asked a
18  question, if we could, just answer it before
19  we take a break.
20       Does that sound good?
21       A.   Yes.
22       Q.   Okay.  Let's see.  Are you taking
23  any medications today that you believe would
24  hinder your ability to understand my questions
25  or to answer them?
```

Page 6

1    A.   No.
2    Q.   Okay.  Are you -- Do you believe
3  you're under any disability that would hinder
4  you from answering my questions?
5    A.   No.
6    Q.   Let's see.  Now, if you could,
7  state your name, again, for the record,
8  please.
9    A.   Jeremiah Billingsley.
10   Q.   Have you ever gone by any other
11 names?
12   A.   No, sir.
13   Q.   Any nicknames?
14   A.   Several.
15   Q.   Okay.  But none that you've ever
16 used for legal purposes or work purposes?
17   A.   No, sir.  No.
18   Q.   Okay.  And then your current
19 address, I believe we just said, was your
20 stepmother's residence; is that right?
21   A.   Yes.
22   Q.   And you mentioned that you were
23 living in Charlotte now, too.  Is that going
24 to be your permanent address for a while?
25   A.   I'm staying with my brother right

Page 7

1  now.
2    Q.   Okay.  Okay, sir.  And you said
3  you could get us his address in Charlotte if
4  we want to get that just to know?
5    A.   Yes.
6    Q.   Okay.  What's your brother's
7  name?
8    A.   Kerrie Billingsley.
9    Q.   Gary Billingsley?
10   A.   Kerrie with a K.
11   Q.   Oh, I'm sorry.
12        Okay.  And how do you spell that?
13 Do you know?
14   A.   K-e-r-r-i-e.
15   Q.   Okay.  And before you moved to
16 Charlotte, where were you living?
17   A.   In Prairieville.
18   Q.   Where is Prairieville?  I
19 apologize.  I'm not sure.
20   A.   In between Baton Rouge and
21 Gonzales.
22   Q.   Okay.  I got you.
23        And were you living there by
24 yourself?
25   A.   No.  I was with a roommate.

Page 8

1    Q.   Okay.  So that was your immediate
2  residence before you moved to Charlotte?
3    A.   Yes.
4    Q.   What about before that around
5  here?
6    A.   Around here?  I was in
7  Mississippi before that.
8    Q.   Okay.  So that was your only
9  residence in Louisiana before you moved to
10 Charlotte?
11   A.   I lived in Prairieville pretty
12 much.
13   Q.   Okay.
14   A.   Sorrento.
15 MR. CRAIG:
16      Port Vincent.
17 THE WITNESS:
18      Port Vincent.
19 EXAMINATION BY MR. CHASTAIN:
20   Q.   Okay.  Got you.
21      Where is that in relation to
22 Baton Rouge?
23   A.   Close to Denham Springs.
24   Q.   Okay.  Where is that in relation
25 to Gloster, Mississippi where the A B Trucking

Page 9

1  office is?
2    A.   Probably about an hour and a half
3  away.
4    Q.   Okay.  And so you said before you
5  lived in Prairieville and Port Vincent --
6      Was it?
7    A.   Port Vincent.
8    Q.   -- you lived in Mississippi?
9    A.   Yes.
10   Q.   Okay.  Where in Mississippi did
11 you live?
12   A.   In Gloster.
13   Q.   In Gloster.
14      Okay.  Do you recall your address
15 in Gloster where you lived?
16   A.   I know it was Highway 24 East.
17   Q.   Okay.
18   A.   I don't know the physical
19 address.
20   Q.   Okay.  And is that where you were
21 living at the time of the accident that's the
22 subject --
23   A.   Yes.
24   Q.   Okay.  And had you -- How long
25 had you lived there?  Do you remember?

Page 10

1    A.    Probably about two to three
2  months.
3    Q.    So you lived there two to three
4  months at the time of the accident?
5    A.    Before the accident, yes.
6    Q.    Before the accident.
7         Okay.  And had you lived anywhere
8  else in Mississippi or around the area just
9  before that two or three months?
10   A.    No, not anywhere else.  I stayed
11 at the same address.
12   Q.    Okay.  Okay.  Great.
13        Let's see.  Are you currently
14 still married?
15   A.    Yes.
16   Q.    Okay.  When did you get married?
17   A.    June 16th of '09 -- or 2010 --
18 2009.
19   Q.    2009, June 16th, 2009.
20        And what is your spouse's name?
21   A.    Nicole, N-i-c-o-l-e, Billingsley.
22   Q.    Okay.
23   MR. CRAIG:
24        Off the record for just a second.
25        (Whereupon a discussion was held

Page 11

1  off the record.)
2  EXAMINATION BY MR. CHASTAIN:
3    Q.    So you said Nicole Billingsley.
4         And so you guys are currently
5  separated?
6    A.    Separated.  Yes.
7    Q.    And just approximately, about how
8  long?  Do you have any idea?
9    A.    Six months.
10   Q.    Okay.  Were you living with
11 Ms. Billingsley at the time of the accident?
12   A.    Yeah.  She was living with me.
13   Q.    Okay.  And do you recall the date
14 of the accident?
15   A.    April 15th, 2009.
16   Q.    Okay.  So you guys weren't yet
17 married on April 15th, 2009; right?
18   A.    No, sir.
19   Q.    Okay.  Let's see. Do you know if
20 Miss Nicole Billingsley is currently employed
21 anywhere?
22   A.    No.
23   Q.    When was the last time you saw
24 her?
25   A.    Six months.

Page 12

1    Q.    Six months.
2         Okay.  Let's see.  About how old
3  is Nicole Billingsley?
4    A.    Twenty-five.
5    Q.    I'm sorry.  I should have asked
6  you.  How old are you?
7    A.    Thirty-three.
8    Q.    Thirty-three.
9         Okay.  Where were you born,
10 Mr. Billingsley?
11   A.    In Baton Rouge.
12   Q.    Okay.  And you grew up here your
13 whole life pretty much?
14   A.    Pretty much, yes, sir.
15   Q.    Okay.  Where else did you live,
16 if you remember?
17   A.    My whole life or --
18   Q.    Anywhere you can remember that
19 you've lived along the way, you know.
20   A.    Back before Mississippi and here,
21 pretty much it.
22   Q.    So you are a U.S. citizen then;
23 right?
24   A.    Yes.
25   Q.    Okay.  If you could, I'd like you

Page 13

1  to walk me through your school or educational
2  background starting with high school or
3  equivalency exams, if any.  Did you graduate
4  from high school or pass any equivalency
5  exams?
6    A.    No, sir.  I got a GED.
7    Q.    A GED.
8         Okay.  Do you remember what year
9  that was, approximately?
10   A.    I can't really remember that.
11   Q.    Okay.  After you earned your GED,
12 have you taken any kind of other classes or
13 vocational trade courses or anything like
14 that?
15   A.    No.
16   Q.    Okay.  Do you currently attend --
17 Well, I guess if you don't live here, you
18 don't attend a church here; do you?
19   A.    Not here, no.
20   Q.    "No"?
21        Before you moved to Charlotte,
22 were you attending any church in the Baton
23 Rouge area?
24   A.    Yes.
25   Q.    Okay.  Where is that?

Page 14

1    A.   The Healing Place off of
2  Highland.
3    Q.   The Healing Place?
4    A.   Yeah.
5    Q.   Okay.  Were there any other
6  similar social organizations, like a church or
7  maybe any clubs or leagues or anything like
8  that, that you had been a member of in the
9  Baton Rouge area?
10   A.   No.  Just with the church.  I was
11 in a couple of different groups with them.
12   Q.   Okay.  But all with the church?
13   A.   At the church.
14   Q.   Okay.  Thank you.
15        Let's see.  Do you have other
16 relatives besides Nicole Billingsley and your
17 stepmother that live in Louisiana?
18   A.   Yes.
19   Q.   Okay.  Could you tell me who
20 those are?
21   A.   My dad, my grandmother, and
22 several aunts and uncles.
23   Q.   Okay.  Could you tell us, for the
24 ones -- I guess the ones that you know their
25 names, could you tell us their names, just for

Page 15

1  the record?
2    A.   Hudson Billingsley, that's my
3  dad; Carleen Billingsley, one of my aunts;
4  Laquita Billingsley, Cathy Bruner, and Althea
5  Billingsley is my grandmother -- grandmother.
6    Q.   Okay.  And you have a couple of
7  kids; right?
8    A.   Yes.
9    Q.   And what are their names?
10   A.   Parish is my little boy.
11   Q.   Okay.
12   A.   And Summer is my little girl.
13   Q.   And how old are they?
14   A.   Parish is six, and Summer's four.
15   Q.   Okay.  And do they live with
16 Nicole Billingsley right now?
17   A.   No.
18   Q.   Okay.  Where do they live?
19   A.   In Mississippi with my mom.
20   Q.   Okay.  And where in Mississippi?
21   A.   In Gloster.
22   Q.   In Gloster.
23        Okay.  And what was your mom's
24 name?  I'm sorry.  You might have told me
25 already.

Page 16

1    A.   Deborah Newman.
2    Q.   Okay.  And do you have any other
3  relatives that live in Gloster besides your
4  mom and your kids?
5    A.   No.
6    Q.   Mr. Billingsley, do you have any
7  sort of medical background or training?  It's
8  okay if not.
9    A.   No.
10   Q.   Okay.  What about any legal
11 background or training?
12   A.   No.
13   Q.   Okay.  Now, I apologize because
14 these are sometimes uncomfortable questions,
15 but we have to ask.
16        Have you ever been arrested or
17 convicted of any crimes?
18   A.   Yes.
19   Q.   Okay.  Could you tell me what
20 those were, to the best that you recall?
21   A.   Theft of motor vehicle or
22 possession, one of the two, DUI, and -- What
23 was that? -- domestic something, domestic --
24   Q.   Some domestic issues?
25   A.   Yeah.

Page 17

1    Q.   Okay.  Do you remember about
2  when -- With the motor vehicle, do you
3  remember about when that was or when that was?
4    A.   No.  I can't remember.
5    Q.   Okay.  Do you remember if you had
6  to serve any prison time as a result of that
7  charge?
8    A.   Yes.
9    Q.   Okay.  About how long, if you
10 recall?
11   A.   Eighteen months.
12   Q.   Eighteen.
13        And what about with the DUI?
14   A.   Three months.
15   Q.   Three.
16        And then anything with the
17 domestic issues?
18   A.   No.
19   Q.   "No"?
20        Were those more recent domestic
21 problems?
22   A.   About seven months.  Yes.
23   Q.   And then with those domestic
24 issues, were there just some charges, or were
25 there any convictions, lawsuits that came of

~Billingsley vs. MNA~                Jeremiah Billingsley

---

Page 18

1  it or --
2      A.   No, none.
3      Q.   "No"?
4          Okay.  Let's see.  Have you ever
5  served in the military?
6      A.   No.
7      Q.   Have you ever declared bankruptcy
8  of any kind?
9      A.   No.
10     Q.   Okay.  Oh, I'm sorry.  I forgot
11  to ask a question here.
12          With regard to these charges or
13  convictions with the motor vehicle, where --
14  where did that occur?  Do you remember?
15     A.   In Georgia.
16     Q.   In Georgia.
17          Do you remember where in Georgia?
18  What city or county?
19     A.   Bainbridge.
20     Q.   Bainbridge?
21     A.   I don't know what county.  That's
22  Seminole, I guess.
23     Q.   Is that where you had to serve
24  the sentence in Georgia?
25     A.   Yes.

---

Page 19

1      Q.   Okay.  What about with the DUI?
2  Where was that?
3      A.   Same place.
4      Q.   Same place?  Okay.
5      A.   (Witness nods head
6  affirmatively.)
7      Q.   Okay.  And the domestic issues
8  were around here?
9      A.   Yes.
10     Q.   Okay.  Have you ever been a party
11  to any other lawsuits either as a plaintiff or
12  a defendant other than the criminal stuff we
13  just talked about?
14     A.   No.
15     Q.   No other lawsuits.
16          Okay.  Have you ever filed any
17  other workers' compensation claims other than
18  those related to this lawsuit?
19     A.   No.
20     Q.   Have you ever filed any Social
21  Security disability claims?
22     A.   No, sir.
23     Q.   Okay.  That you recall, have you
24  ever filed any other claims for insurance
25  benefits other than the workers' comp.

---

Page 20

1  insurance you're collecting in relation to
2  this accident?
3      A.   No, sir.
4      Q.   Okay.  And have you ever hired a
5  lawyer before other than in connection with
6  this suit?
7      A.   No.
8      Q.   Okay.  Give me just one second.
9  I've covered some of this already.
10         MR. CRAIG:
11             That's a hell of a checklist.
12         MR. CHASTAIN:
13             It is.  Yes, sir.
14  EXAMINATION BY MR. CHASTAIN:
15     Q.   Do you know if Miss Nicole
16  Billingsley has ever been charged with or
17  convicted of any criminal offenses?
18     A.   Yeah.
19     Q.   Do you recall what they were?
20     A.   Shoplifting.
21     Q.   Was that here in town, do you
22  think?
23     A.   I think so.  Yeah.
24     Q.   Okay.  With regard to getting
25  ready for today's deposition, I'm going to ask

---

Page 21

1  you a couple of questions about your
2  preparation, but just so you know, anything
3  you talked about with your lawyer we don't
4  talk about.  That's privileged.
5      A.   Right.
6      Q.   So don't tell me that.  I'm sure
7  he -- he told you that before, but I just
8  wanted to make sure.
9          MR. CRAIG:
10             We'll see how well it sticks.
11  EXAMINATION BY MR. CHASTAIN:
12     Q.   Did you review anything in
13  preparing for your deposition today?
14     A.   No.
15     Q.   Okay.  So have you reviewed your
16  interrogatory responses in this case?  Do you
17  know what those are?
18     A.   No.
19     Q.   Okay.  So you didn't look at
20  those before you came today?
21     A.   (Witness shakes head negatively.)
22     Q.   Do you remember helping draft
23  those responses at any point?
24     A.   No.
25     Q.   Okay.  Have you given any written

---

Page 22

1  or recorded statements to anyone in relation
2  to this lawsuit?
3      A.    No, not that I know of.
4      Q.    Okay.  That's all right.
5          Let's see.  Are there any other
6  lawsuits or claims that you've filed as a
7  result of the accident that's the subject of
8  this lawsuit?
9      A.    No.
10     Q.    Okay.  Have you ever given a
11 deposition like this one before?
12     A.    No.
13     Q.    "No"?
14          Okay.  Have you ever testified at
15 any trials before other than in these criminal
16 matters that we talked about?
17     A.    No.
18     Q.    So you wouldn't have any prior
19 sworn testimony about this case?
20     A.    No.
21     Q.    Did you know your attorneys in
22 this case before -- before you filed the
23 lawsuit against Michelin and Tire Centers?
24     A.    No.
25     Q.    Okay.  How did you get hooked up

Page 23

1  with them?
2      A.    When I got out of the hospital,
3  my wife told me about him.
4      Q.    Okay.  Had they ever represented
5  your wife before, that you know of?
6      A.    No.
7      Q.    Are you aware if anyone, other
8  than your lawyers or you, have done any sort
9  of investigation relating to the accident or
10 your injuries or anything related to this
11 case?
12     A.    No.
13     Q.    Okay.  So like you haven't hired
14 an investigator to go out and do anything?
15     A.    No.
16     Q.    Okay.  Are you aware if your
17 former employer did any sort of investigation?
18     A.    No, not that I know of.
19     Q.    Okay.  Has anyone from A B
20 Trucking contacted you after the accident?
21     A.    No.
22     Q.    Nobody at all?
23     A.    (Witness shakes head negatively.)
24     Q.    Okay.  All right.  I'd like to
25 talk a little bit about your work history, and

Page 24

1  why don't we start off with your employment at
2  the time of the accident at A B Trucking?
3          Do you know if A B Trucking is
4  the full name of the company, or is it longer
5  than that?  Do you know?
6      A.    A B Trucking is all I know of.
7      Q.    Okay.  And where is that located?
8      A.    In Gloster, Mississippi.
9      Q.    Do you by chance recall -- I
10 guess is it just one location, or are there
11 multiple offices?
12     A.    One location.
13     Q.    Okay.  And do you recall where in
14 Gloster that is?
15     A.    Off of lower Gloster Highway,
16 Highway 24.
17     Q.    And that was the only location
18 where you worked for A B Trucking?
19     A.    Yes.
20     Q.    Okay.  And about how long had you
21 worked there at the time of the accident?
22     A.    A few months.
23     Q.    Okay.  And earlier you said that
24 you had lived in the area for two to three
25 months before the accident, so did you work

Page 25

1  there about the same amount of time?
2      A.    Yeah.
3      Q.    Okay.  Did you have an immediate
4  supervisor at A B Trucking?
5      A.    Yes.
6      Q.    What was his or her name?
7      A.    Archie was the owner, so -- What
8  was his name?  Rusty.  I can't remember his
9  last name.
10     Q.    Okay.
11     A.    Rusty.
12     Q.    Okay.  Rusty, what was his job?
13     A.    He was the head shop guy.
14     Q.    Okay.
15     A.    He taught me -- showed me how to
16 do almost everything in there, so --
17     Q.    So he was in charge of the whole
18 mechanic operation?
19     A.    Yeah.
20     Q.    I got you.
21          And you said Archie was the owner
22 of the business?
23     A.    Yes.
24     Q.    Was it Archie Stevens, maybe?
25     A.    Yes.

Page 26

1   Q.   Okay.  Did you ever meet Archie's
2  wife?
3   A.   Miss Betty, yes.
4   Q.   Miss Betty.
5       Okay.  And was she ever around
6  the shop, too?
7   A.   Every once in a while.
8   Q.   Okay.  And you said Rusty was the
9  head shop guy, and you said he taught you how
10 to do your job, basically; right?
11  A.   Yeah.
12  Q.   Okay.
13  A.   At the time.  I've had other jobs
14 that I did tires with before, so --
15  Q.   Okay.  I got you.
16      And if I -- if I repeat anything
17 you said and I misstate it, please correct me
18 because I want to make sure that I'm asking
19 you about the things you're telling me.
20  A.   Right.
21  Q.   So Rusty was your immediate
22 supervisor.
23      What about any other co-workers?
24 Any other guys or girls that you remember that
25 worked there?

Page 27

1   A.   A guy named Greg.
2   Q.   What was Greg's job?
3   A.   He was pretty much a helper.
4   Q.   And when you say "helper," what
5  do you mean by that?
6   A.   He helped me and Rusty with
7  whatever we needed help with.
8   Q.   Okay.  Were there any other --
9  any other helpers besides Greg, or was he the
10 only one?
11  A.   No.
12  Q.   What about other folks that had
13 the same job as you?  Anybody else?
14  A.   Just me and Rusty.
15  Q.   Okay.  So it was mainly just the
16 two of you guys and Greg that worked in the
17 shop there?
18  A.   Yes.
19  Q.   What was -- I guess what were the
20 nature of what you were doing?  What was your
21 job to do there?
22  A.   Helping guys with the trucks that
23 they had problems with.  Pretty much like a
24 mechanic.
25  Q.   And when you say "help the guys

Page 28

1  with the trucks," I guess who were the -- who
2  were the guys?
3   A.   The drivers, truck drivers.
4   Q.   They were, as far as you know,
5  A B Trucking employees or hired by A B
6  Trucking to drive trucks?
7   A.   Yes.
8   Q.   And were the trucks A B
9  Trucking-owned trucks, or did the drivers own
10 them?  Do you have any idea?
11  A.   A B Trucking owned them.
12  Q.   Okay.  And were there any
13 specific problems that you were supposed to
14 help with or just everything that they needed
15 help with as far as the trucks went?
16  A.   Everything.
17  Q.   They gave it all to you?
18  A.   Me and Rusty, yeah, pretty much.
19  Q.   Okay.  What was your schedule at
20 the time of the accident?  Like how often and
21 how many days a week and how many hours were
22 you working?
23  A.   Pretty much five to six days a
24 week.  I went in at, I think, 7:00 in the
25 morning till around 4:00 in the afternoon.

Page 29

1   Q.   And about how many -- On average,
2  about how many trucks would come in per day
3  that needed some work done, if you remember?
4   A.   Maybe two.
5   Q.   At the time of the accident, what
6  was your salary or your wages that you were
7  earning then?
8   A.   I can't even remember.
9   Q.   Okay.  All right.  If you think
10 of it later, just let me know, but that's all
11 right if you don't remember.
12      Do you know -- Were you paid
13 monthly or weekly?
14  A.   Weekly.
15  Q.   Weekly.
16      And did you have any other sort
17 of benefits in addition to your salary, like
18 insurance or retirement savings, anything like
19 that?
20  A.   No.
21  Q.   Just salary?
22      Okay.  And am I correct that you
23 haven't been back to work since the accident?
24  A.   No.
25  Q.   Did you ever talk to them about

Page 30

1  the possibility of coming back to work?
2      A.    No.
3      Q.    Have you filed for unemployment
4  since that time?
5      A.    No.
6      Q.    And you've been receiving
7  workers' compensation benefits; right?
8      A.    Yes.
9      Q.    For your salary, is that one of
10 the benefits you're receiving?
11     A.    Yes.
12     Q.    And then also for your medical
13 expenses; right?
14     A.    (Witness nods head
15 affirmatively.)
16     Q.    Okay.  And I'm going to come back
17 and talk a little bit about your experience
18 working with tires and stuff in just a few
19 minutes, but let me ask a couple of more
20 employment questions, and then we'll go back
21 to that, if that's okay.
22     A.    All right.
23     Q.    You said you're not presently
24 employed; right?
25     A.    No, sir.

Page 31

1      Q.    If you remember, what was the job
2  that you held before you were working at A B
3  Trucking?
4      A.    I was a carpenter.  I framed
5  houses.
6      Q.    Okay.  Do you remember where that
7  was?
8      A.    Here in Baton Rouge.
9      Q.    And about how long did you do
10 that, if you remember?
11     A.    Off and on for a few years.
12     Q.    So it wasn't full-time work?  It
13 was just as needed?
14     A.    As needed pretty much.
15     Q.    On a project basis?
16     A.    Yeah.
17     Q.    Okay.  Do you recall about how
18 much like per hour or per project you would
19 get paid for that?
20     A.    The least I made was 12 an hour.
21     Q.    Okay.  And you made more than
22 that at some of the jobs?
23     A.    Yes.
24     Q.    Do you remember the most you
25 would have ever made for a job?

Page 32

1      A.    About $15.
2      Q.    And do you remember approximately
3  how many jobs or how much you got paid for
4  those jobs like on a yearly basis?
5      A.    No.
6      Q.    That's okay.  It's just if you
7  remember.
8             Before you were a carpenter in
9  Baton Rouge, do you remember or can you tell
10 us about any other jobs that you had before
11 that?
12     A.    I worked at Haney Automotive off
13 of Jefferson Highway.  I was a general service
14 technician.  It was pretty much tire repairs.
15 People come in for new tires, and we install
16 them and stuff, changed -- oil changes,
17 tune-ups.
18     Q.    Is that here in Baton Rouge?
19     A.    Yes.
20     Q.    You said you would put new tires
21 on cars there?
22     A.    Yes.
23     Q.    And then you'd repair tires that
24 were damaged somehow?
25     A.    (Witness nods head

Page 33

1  affirmatively.)
2      Q.    And then you also mentioned oil
3  changes and general tune-ups?
4      A.    Yeah.
5      Q.    About how long did you work
6  there, if you recall?
7      A.    I was there for a while, maybe a
8  little over a year.
9      Q.    Okay.  So at least a year?
10     A.    Yes, sir.
11     Q.    Had you worked as a service tech
12 or otherwise as a mechanic or with autos
13 before working at Haney Automotive?
14     A.    No.
15     Q.    So Haney Automotive you would say
16 was your first job where you worked with --
17 with cars?
18     A.    Yes.
19     Q.    Did you have any experience
20 before that just on your own, not as a job,
21 working with cars?
22     A.    On my own, yeah.  And when I was
23 in school in Mississippi, I took auto body,
24 but that didn't -- I wasn't in that for maybe
25 a semester.

Page 34

1  Q.    Was that in high school or --
2  A.    (Witness nods head
3 affirmatively.)
4  Q.    Yeah?
5       Okay.  When you worked at Haney
6 Automotive, did you mostly work on personal
7 passenger vehicles, or was it large trucks
8 like the ones at A B Trucking?
9  A.    Personal passenger vehicles.
10  Q.    Okay.  So pretty much all the
11 tires you dealt with there would have been
12 smaller passenger car tires; right?
13  A.    Yes.
14  Q.    And any of the repairs that you
15 performed on tires there would have been on
16 passenger tires; right?
17  A.    Yeah.
18  Q.    What sorts of repairs did you
19 have to perform on tires there, if you recall?
20  A.    Patches.  Pretty much just
21 putting patches on them.
22  Q.    Okay.  What does that involve?
23  A.    Taking the tire off the rim, and
24 you got to clean the surface where the patch
25 goes and just glue it on there.

Page 35

1  Q.    Okay.  And why would you need a
2 patch?
3  A.    To keep the tire from going flat.
4 Instead of -- If somebody couldn't afford to
5 replace the tire, they'll -- they'll have it
6 patched.
7  Q.    Okay.  So during that process you
8 would demount the tires, take them off the
9 rim?
10  A.    Yes.
11  Q.    And then you would put them back
12 on there; right?
13  A.    Yes.
14  Q.    Is that similar to or different
15 from the process of putting on and taking off
16 a tire on -- on these A B Trucking trucks?
17  A.    We used machines at the Haney
18 Automotive.
19  Q.    Okay.  What were those machines
20 like, if you remember?
21  A.    Like big tire machines.
22  Q.    Okay.  What did they do exactly?
23 Do they take the air out of the tire for you?
24  A.    We got to pull the valve cord out
25 of the valve stem and let the air out, but the

Page 36

1 machine helps you break it down off the rim
2 and helps you put them back on.
3  Q.    Okay.  So the machine would --
4 would the machine like pull the bead out over
5 the rim for you or --
6  A.    You got to help it a little bit,
7 but pretty much it does most of the work for
8 you.
9  Q.    And do you know what I mean when
10 I say the "bead" of the tire?
11  A.    Yes.
12  Q.    Okay.  That's the inner circle
13 part; right?  Is that right?
14  A.    That seals around the -- the rim.
15  Q.    Yes, sir.  Okay.  I just wanted
16 to make sure we were talking about the same
17 thing.
18       Okay.  So -- And I believe you
19 said this, but I just want to make sure.  At
20 Haney Automotive you didn't put any tires on
21 or take any tires off of large trucks like you
22 did at A B Trucking?
23  A.    No, sir.
24  Q.    Okay.  Where did you learn to do
25 the things you were doing at Haney?

Page 37

1  A.    There at Haney.
2  Q.    So on-the-job training,
3 basically?
4  A.    Yes.
5  Q.    And was, I guess, a shop foreman
6 there to teach you?
7  A.    My brother and shop foreman.
8  Q.    Okay.  So you learned from your
9 brother and the other guy.
10       Okay.  Let's talk a little bit,
11 then, about these truck tires, since they're
12 different, you know, from the passenger tires.
13       Where did you learn how to mount
14 or demount a truck tire?
15  A.    There at A B Trucking.
16  Q.    Okay.  Could you, I guess, walk
17 me through that process starting with what are
18 you going to do to mount a truck tire?
19  A.    Pretty much you -- you have to
20 soap the ring -- That's for sure -- the bead.
21 How can I put this?  You pretty much pushed it
22 down -- You kind of pushed it down onto the
23 rim.  The back side of the bead will go on
24 easy.  And then we use spoons to help get in
25 front -- the front part of the tire on.

**Page 38**

1   Q.   Okay. And Rusty taught you how
2 to do that?
3   A.   Yes.
4   Q.   And when you say the back side of
5 the rim, you mean -- I'm sorry -- the back
6 side of the bead, you mean you would put one
7 side of the bead on the rim first, and then
8 you would have to get the other --
9   A.   One side of the tire. Yeah.
10   Q.   Okay. I'm sorry. One side of
11 the tire.
12     Okay. And you said that you
13 would use spoons to help you get the other
14 bead onto the rim. Do you mean like actual
15 spoons like utensils or --
16   A.   No.
17   Q.   -- or a tool called a spoon?
18   A.   A tool.
19   Q.   Okay. What did that tool look
20 like?
21   A.   Like a long bar with like a
22 wide -- like kind of shaped like a spoon at
23 one -- one end --
24   Q.   Okay.
25   A.   -- like a flat piece.

**Page 39**

1   Q.   And how would you -- how would
2 that help you get the bead onto the rim?
3   A.   Pretty much when you get to the
4 tight spot to where you trying to get the tire
5 on the last part of it, the -- pretty much the
6 bead would just slide down the spoon into the
7 rim.
8   Q.   So you would kind of use it to
9 wedge the bead over the rim?
10   A.   Yeah.
11   Q.   Okay. And you mentioned
12 something about -- I think you said soaping
13 the rim in the bead. Is that what you said,
14 or am I making that word up?
15   A.   You use a little bit of -- It's
16 some kind of soap or grease or something that
17 you use to help get the bead to slide over the
18 rim --
19   Q.   Okay.
20   A.   -- pretty much to go and get into
21 place.
22   Q.   Something slippery?
23   A.   Yeah.
24   Q.   Do you recall -- Where did you
25 put that so it would help you get the rim and

**Page 40**

1 the bead all in the place where they need to
2 be?
3   A.   It's just in a spray bottle, and
4 you spray it around the bead or the rim of the
5 tire.
6   Q.   Okay. Did you put it just on the
7 bead or on both?
8   A.   On the tire.
9   Q.   Okay. On the tire.
10     Did you -- Were you also supposed
11 to put it on the rim, or did it just go on the
12 tire, if you remember?
13   A.   I think it was just the tire.
14   Q.   Okay. When you were putting
15 these tires on, I guess, initially when you
16 have the rim and the tire sitting next to each
17 other, do you put the rim on anything, or do
18 you just leave it on the ground and put the
19 tire on?
20   A.   You leave it on the ground.
21   Q.   And then after -- after you get
22 the first bead on, the back bead on, is it
23 still just on the ground, and you're trying to
24 get the other bead on that way, as well?
25   A.   Yeah.

**Page 41**

1   Q.   Okay.
2   A.   Pretty much the -- when you get
3 one side of the tire on and you kind of lay it
4 over, the rim sits on the ground, but they
5 have the tire -- part of the tire that's on
6 the rim already, so it's --
7   Q.   I got you.
8     So the sidewall on the bottom is
9 sitting on the ground, and the rim is raised
10 up a little bit?
11   A.   Right.
12   Q.   Okay. Did you ever stand on to
13 the tires to help you get the beads over the
14 rim, that you recall?
15   A.   Yeah. Sometimes, yeah. You'd
16 stand on one side and help get the bead on in
17 certain ways.
18   Q.   Okay. Now, aside --
19   A.   If I remember, the best I can
20 think of.
21   Q.   I'm sorry. I didn't mean to
22 interrupt you.
23     So sometimes you would and
24 sometimes you wouldn't just as you were trying
25 to get it done?

Page 42

1    A.    Right.
2    Q.    Okay.  And other than Rusty
3  showing you what to do, did Rusty or A B
4  Trucking give you any kind of classes or
5  programs or anything to learn how to work with
6  these tires?
7    A.    No.
8    Q.    Did they give you any manuals or
9  brochures?
10   A.    No.
11   Q.    Okay.  So the only things that
12 they taught you as far as how to handle these
13 tires were what Rusty showed you how to do?
14   A.    Yeah.
15   Q.    And then what you learned
16 yourself just from being there?
17   A.    (Witness nods head
18 affirmatively.)
19   Q.    Is that a "yes"?
20   A.    Yes.
21   Q.    Sorry.  Make sure she can hear
22 it.  It's all right.  I say "okay" most of the
23 time when you're talking, too, and I know that
24 drives her crazy, so I apologize.
25        Okay.  Could you tell me just

Page 43

1  real quickly, from what you remember, what are
2  the different parts of a tire, whichever ones
3  you recall or have -- you know, have a name
4  for?
5    A.    Sidewall, the bead, and the
6  tread.
7    Q.    Okay.  Those were the main parts
8  that you would interact with?
9    A.    When installing them I don't
10 really mess with the tread and stuff, but
11 pretty much it's the -- Yeah.  Yeah.
12   Q.    Okay.  And do you recall what
13 sizes the tires were that you were putting on
14 these trucks?
15   A.    No.
16   Q.    Okay.  Were there different sizes
17 for different trucks?
18   A.    I think so.  Yeah.
19   Q.    Okay.  Would 22.5 sound familiar
20 as a size?
21   A.    Probably, yeah.
22   Q.    Okay.  What about 24.5?
23   A.    That sounds a little better.
24   Q.    Or 19.5?
25   A.    That's -- 19 would be kind of

Page 44

1  small for a truck.
2    Q.    I'm not sure, either.  I was just
3  wondering if you remembered.
4        Would the different sizes -- Do
5  you recall ever being told or taught that
6  different sizes of tires should be mounted in
7  different ways, or were they all the same,
8  that you recall?
9    A.    All the same.
10   Q.    Okay.  Do you know what I mean
11 when I say that I'm going to seat a tire?
12   A.    Seat.  That's -- I think I know
13 what you talking about.
14   Q.    What do you think?
15   A.    Where you get to it to sit on the
16 rim or the bead to seal on it.
17   Q.    Okay.  Would you call that
18 something else, or did you guys call it a
19 different process, or was it just part of
20 putting the tire together?
21   A.    Part of putting the tire on.
22   Q.    Okay.  What exactly did that
23 process involve?  You said getting to sit
24 on the rim.  What do you mean by that?
25   A.    I guess when you just aired it

Page 45

1  up, I think.  And it just -- usually it would
2  pop right into place.
3    Q.    And when you say popped right
4  into place, what part of the tire was popping
5  into place?
6    A.    The sidewall and the bead, I
7  guess.
8    Q.    Okay.  In relation to the rim, it
9  was --
10   A.    It popped into the place where it
11 sits into the rim.
12   Q.    Okay.  So the bead would sit
13 against the rim; is that right?
14   A.    (Witness nods head
15 affirmatively.)  Yes.
16   Q.    Did you guys -- I'm sorry.
17        Did you guys ever -- After
18 seating the tire, as a general practice, did
19 you ever go around and measure how far the rim
20 covered the bead in different places along the
21 tire?
22   A.    No.
23   Q.    As far as the valve stem and
24 valve cores are concerned, what -- how do they
25 fit into that whole process of mounting a

Page 46

1 tire?
2    A.    Well, you got to take the valve
3 core out of the valve stem to let the air out
4 to take the old tire off, and pretty much when
5 you're putting air into it, you -- when it
6 gets up to a certain psi, whenever it's around
7 whatever the tire calls for, you hurry up and
8 put the valve stem -- the core in the valve
9 stem.
10    Q.    Okay.  So when you're mounting
11 the tire, it doesn't have a valve core in it
12 initially; is that right?
13    A.    Not when you're putting it in --
14 not the tire, when you're putting the tire on.
15    Q.    Okay.
16    A.    We usually did that after we got
17 the tire on.
18    Q.    Okay.  So you get the tire on the
19 rim, and then does it already have a valve
20 stem on it at that point?
21    A.    Valve stem -- valve stems are on
22 the rim.
23    Q.    On the rim.
24       Okay.  And so once the tire is on
25 there and you get it to -- get the beads to

Page 47

1 pop out and fit, is that the point where you
2 put in the core, or is it later, if you
3 remember?
4    A.    Pretty much after you seat --
5 seated it.
6    Q.    So after you seated it, you put
7 the valve core back in?
8    A.    (Witness nods head
9 affirmatively.)
10    Q.    And then what would you do at
11 that point to finish the mounting process?
12    A.    Just make sure you got your --
13 your tire engaged and air it up to whatever
14 it calls for.
15    Q.    Okay.  How would you know what it
16 calls for?
17    A.    It says it right on the sidewall
18 of the tires.
19    Q.    So you read it off the tire?
20    A.    Yeah.
21    Q.    Do you know if there's any
22 particular amount of pressure that you were
23 supposed to use or maybe not go over as far as
24 seating the tire?
25    A.    Not that I know.  I thought it

Page 48

1 was just -- it usually just seats right in.
2    Q.    So you would just kind of eyeball
3 it and --
4    A.    Yes.  Whenever it pops -- pops in
5 there, it's seated.
6    Q.    Okay.  Did you ever have any
7 tires that you were trying to seat where you
8 did the process and looked at it and then
9 said, "This isn't -- doesn't look right.  I
10 need to do it over again"?
11    A.    No.
12    Q.    They pretty much all worked when
13 you looked at it the first time?
14    A.    Yeah.
15    Q.    And Rusty was the one who taught
16 you how to look at it and tell whether or not
17 it was done correctly?
18    A.    Yes.
19    Q.    With regard to these truck tires,
20 about how many truck tires would you say you
21 had to mount onto rims during the two to three
22 months you were working at A B Trucking?
23    A.    I'd say at least 20 of them --
24    Q.    Okay.
25    A.    -- at least.

Page 49

1    Q.    About how many of those 20 or so
2 tires --
3       It could be more than 20; right?
4    A.    Yeah.
5    Q.    Yes.
6       Okay.  About how many of those do
7 you think Rusty helped you with versus you
8 doing them by yourself?
9    A.    The first -- probably about the
10 first, at least, ten.
11    Q.    Okay.  So after Rusty helped you
12 with those initial ones, he would let you just
13 handle it on your own?
14    A.    Gave me a chance to where I got
15 comfortable doing it.
16    Q.    Got you.
17       Okay.  When you were putting on
18 any of those 20 or more tires --
19       I believe you called the tool --
20 a spoon is what you guys called it?
21    A.    Yes.
22    Q.    At any time when you were using
23 those, did you ever notice that the bead of
24 the tire or the sidewall of the tire might
25 have become torn or cracked or stretched?

Case 3:10-cv-00352-JJB-SCR   Document 35-4   08/11/11   Page 14 of 43

EXHIBIT A

~Billingsley vs. MNA~          Jeremiah Billingsley          12/14/2010

Page 50

1    A.   No.
2    Q.   Okay.  So you never saw any like
3  that?
4    A.   No.
5    Q.   Okay.  What sort of inflation
6  device did you guys use on these tires, if you
7  remember?
8    A.   To put the air in them?
9    Q.   Yes, sir.
10   A.   An air compressor.
11   Q.   Okay.  Do you know if it had a --
12  Do you know what the end of it was called, the
13  little piece that fit on the tire?  Did y'all
14  have a name for that other than just the
15  compressor?
16   A.   I think he called it certain
17  names like a chuck.
18   Q.   Chuck.
19        Okay.  Well, with regard to that
20  chuck, was it one that, you know, you would
21  have to go up and pull there behind, or did it
22  clip on or screw on, or did it attach in any
23  way?
24   A.   The one that we used you had to
25  hold on.

Page 51

1    Q.   Okay.  So you held it by hand.
2        Was that the only one that was in
3  the shop?
4    A.   Yes, that I seen.
5    Q.   Okay.  So that's the only one you
6  were aware of that was in the shop?
7    A.   Yeah.
8    Q.   Okay.  And so when you were
9  putting air in the tire to seat it or to fill
10  it up, you would have to hold that chuck down
11  by the valve stem to air up the tire; correct?
12   A.   Yeah.
13   Q.   Okay.  Did that tire -- did it
14  have any sort of pressure gauge on the chuck
15  or the inflation device at all, or did you
16  have a separate gauge that you were using?
17   A.   Separate gauge.
18   Q.   Okay.  When you were airing these
19  tires up, were they attached to anything
20  generally, or -- Were they attached to
21  anything?
22   A.   Not -- No.
23   Q.   I'm sorry.  That was a bad
24  question.  I should have said was the rim
25  attached to anything?

Page 52

1    A.   The rim?  No.
2    Q.   So generally they would be
3  maybe -- Or where would they be?  Would they
4  be on the ground?
5    A.   Pretty much, yeah.
6    Q.   Okay.  Or maybe leaning against a
7  wall or something like that?
8    A.   Or on the front -- leaning on the
9  front of the truck.
10   Q.   Front of the truck.
11        Okay.  But they weren't attached
12  to the truck usually when you were putting the
13  air in?
14   A.   No.
15   Q.   Okay.  And you guys didn't have
16  anything that Rusty or you or anybody else
17  called a tire cage; did you?
18   A.   No.
19   Q.   And no mounting machines or
20  demounting machines like you had at Haney
21  Automotive?
22   A.   No.  I wish.
23   Q.   It was all done by hand there?
24   A.   (Witness nods head
25  affirmatively.)

Page 53

1        It would have been a lot easier.
2    Q.   I've seen it done before, so I
3  imagine so.
4        Let's see.  When you were
5  inflating the tires, either seating them or
6  inflating them all the way, did Rusty or
7  anyone ever instruct you that you should
8  listen for a popping sound that the tire might
9  be making?
10   A.   No.  Just when they seating -- I
11  mean that's -- All the tires do that.
12  Automobile tires, they all pop when they seat.
13   Q.   Okay.  So the seating process,
14  when it gets in place, it makes a popping
15  sound?
16   A.   Yeah.
17   Q.   Did you ever notice any popping
18  sounds on any of the tires that you were
19  inflating?
20   A.   No.
21   Q.   Nothing like -- sounds like
22  anything cracking or moving or anything like
23  that?
24   A.   No.
25   Q.   And I think you said this before,

Page 54

1  but let me just make sure.
2      Is there a certain pressure at
3  which you would stop and inspect the tire
4  during the inflation process, like a specific
5  one where you stopped to check everything and
6  then aired it up the rest of the way?
7      A.   It's usually you just air it up
8  and stop and check and make sure, see if it's
9  to where that -- whatever psi it calls for so
10 you don't just keep putting air into it and
11 then stop and hoping it's there.  You keep
12 checking it and make sure.
13     Q.   So it's a gradual process?
14     A.   Yes.
15     Q.   You put a little air in and check
16 it?
17     A.   Right.
18     Q.   Put a little more air in, and
19 then check it again?
20     A.   Yes.
21     Q.   Did you ever notice any tires
22 that had a bulge maybe on the sidewall that
23 didn't look like it was supposed to be there?
24     A.   Old ones, yes.
25     Q.   Okay.  Were those ones that you

Page 55

1  were taking off the trucks or putting back on
2  as repaired tires?
3      A.   Old ones that were taken off the
4  trucks.
5      Q.   Okay.  And did you repair tires
6  at this job, too, or just put on new ones?
7      A.   No.
8      Q.   Okay.  So you guys only used new
9  tires?
10     A.   I have no idea.  I've heard them
11 talking about using retreaded, but I don't
12 know.  I know -- I don't know.
13     Q.   That's okay.
14         Did you ever have any kind of
15 device in the shop where you could check the
16 air gauges you were using and test them to
17 make sure they were reading the right amount?
18     A.   No.
19     Q.   Okay.  Once you got the tires
20 seated and put the valve core in, how did you
21 cap off the valve stem?  Was there anything
22 you would use to keep it in place?
23     A.   Usually they had caps on the
24 valve stems, usually.
25     Q.   What were those like?  Can you

Page 56

1  describe the caps for me?
2      A.   There's several different.  They
3  got plastic ones and metal ones, so --
4      Q.   Okay.  Were any of them the type
5  where you could put the cap -- put the valve
6  core back in, put the cap on, and then inflate
7  the tire through the cap?
8      A.   No.
9      Q.   Okay.  So it's all just the kind
10 that you just screw on there, and then you'd
11 have to take it back off --
12     A.   Right.
13     Q.   -- if you wanted to put air in or
14 out?
15     A.   Yes.
16     Q.   Okay.  All right.  It's not
17 this whole stack of paper with questions, just
18 this smaller one.  Sorry.
19     A.   Ain't a problem.
20     Q.   Okay.  Are you feeling okay, or
21 do you -- We've been going for almost an hour.
22 Do you want to take a break or keep going?
23 It's up to you.
24     A.   It don't matter.
25     Q.   Okay.  It's up to you.  If you

Page 57

1  want to take a break at any point, you just
2  tell me, and we'll take a five or ten-minute
3  break to --
4      A.   I'm all right.
5      Q.   -- get drinks or go to the
6  bathroom or whatever.
7      MR. CRAIG:
8          Anybody want some water?  Water
9  anybody?
10     THE WITNESS:
11         I'll take a little bit.
12     MR. CHASTAIN:
13         Well, why don't we take a break
14 for like two minutes while he gets everybody
15 water?  So we can go off.
16         (Whereupon there was a brief
17 recess taken.)
18     MR. CHASTAIN:
19         All right.  Back on the record.
20 EXAMINATION BY MR. CHASTAIN:
21     Q.   Let's talk specifically about the
22 accident that is the -- at issue in this
23 lawsuit.
24         I believe you told me it was on
25 April 15th, 2009.

Page 58

1    A.    Yes.
2    Q.    Is that right?
3          About what time of day did it
4  occur, if you recall?
5    A.    I have no idea.
6    Q.    Do you have any idea about how
7  long you'd been at work that day, maybe?
8    A.    Part of the morning.  I can't
9  really remember.
10    Q.    Okay.  That's okay.
11          So it might have been sometime
12  that morning when you were at work, but you're
13  not sure?
14    A.    No.
15    Q.    Okay.  That's fine.
16          Had you -- Was this the first
17  tire you'd worked on that day?
18    A.    I guess.  I can't -- I can't
19  remember.
20    Q.    Okay.
21    A.    I can't really remember anything
22  of that day, really.
23    Q.    Okay.  I just have to ask you a
24  few questions just for the record.
25    A.    Yeah.

Page 59

1    Q.    But if you don't remember, you
2  can just tell me you don't remember.  That's
3  fine.
4          The tire that you were working
5  on, had you taken the rim that you were using
6  off of the truck before you were trying to
7  mount this tire?
8    A.    I had to.
9    Q.    Okay.
10    A.    From what I've been told about
11  the accident, I had to have been off the
12  truck.
13    Q.    Okay.  So it wasn't just -- From
14  what you think, it wasn't just a rim that had
15  been sitting around the shop or anything?
16    A.    No.
17    Q.    Okay.  Did you demount the tire
18  from the rim you were using to put the new
19  tire on to?
20    A.    I guess.  I think.
21    Q.    Okay.
22    A.    I guess.  Yeah.  I guess.
23    Q.    And as a general practice, when
24  you were taking a tire and a rim off of a
25  truck and putting a new one on, would you do

Page 60

1  anything to inspect or prepare the rim before
2  you would put the new tire on it?
3    A.    If the rim has -- if the rim
4  don't have like rust or something on it.  You
5  want to make sure it's clean.
6    Q.    Okay.  So you'd pretty much just
7  look at it and see if it needed to be cleaned
8  up?
9    A.    Yeah.
10    Q.    Okay.  And it didn't require kind
11  of more detailed inspection or anything like
12  that?
13    A.    No.
14    Q.    Okay.  And so I know you may not
15  remember, but did you look at or inspect the
16  rim that you were using the day of the
17  accident?
18    A.    I'm sure I did.  I'm sure I did.
19  I usually check every one before I put a tire
20  on, anyway, so I'm sure I did.
21    Q.    Okay.  And this all happened at
22  the A B Trucking mechanics' shop or workshop
23  in Gloster; right?
24    A.    Yeah.
25    Q.    Okay.  Can you -- From what you

Page 61

1  remember about working there in general, can
2  you describe that building for me?
3    A.    It's a big, blue metal -- metal
4  building pretty much.  It's got bay doors on
5  each side of the shop and concrete floors.
6    Q.    Okay.  How many bays were there?
7  Do you remember?
8    A.    For a small car, it would be
9  four, but there was pretty much two.  But they
10  just had doors on each side of the shop
11  because the trucks are so -- so big.  That way
12  they can drive right in and out.
13    Q.    I got you.
14          So it was like a big building
15  that had a big door on each side that a truck
16  could drive into?
17    A.    Right.
18    Q.    And the most you guys could work
19  on was two inside the --
20    A.    Yeah, two.
21    Q.    Okay.  I got you.
22          Do you recall if there was more
23  than one truck in the building that day when
24  you were working with the subject tire?
25    A.    Not that I know of.  I don't

Page 62

1  think so, but I -- I'm not -- I don't believe.
2      Q.    And just so we're clear, I always
3  call it the subject tire.  Just so we
4  understand, I mean the tire that you were
5  working with on the day of the accident --
6      A.    Right.
7      Q.    -- that was part of the accident,
8  if that's okay.
9      A.    Yeah.
10     Q.    Okay.  So when you were working
11 with the subject tire on April 15th, 2009, do
12 you recall if you put any sort of soap or
13 lubricant on that tire before you were trying
14 to mount it?
15     A.    I probably did.  I'm sure.  I
16 can't remember, but I'm sure I did --
17     Q.    Okay.
18     A.    -- because that's just part of
19 the process putting them on.
20     Q.    Okay.  And was that -- was it a
21 new tire, that you recall?
22     A.    Yeah.
23     Q.    Okay.  Do you know where it came
24 from?
25     A.    Where they got it from?

Page 63

1      Q.    Yes, sir.
2      A.    From what I heard, it was, I
3  guess, from Baton Rouge, I guess.  I don't
4  know.
5      Q.    If you're not sure, that's okay.
6  MR. CRAIG:
7          We talked about that.  Don't
8  guess.  If you don't know, you don't know.
9  EXAMINATION BY MR. CHASTAIN:
10     Q.    Yes.  That's okay.  If you don't
11 know, you don't have to tell me.
12         Let me see.  Okay.  So you think
13 you probably used some lubricant at the
14 beginning of that process.
15         Do you recall if you inspected
16 the tire, itself, before you started putting
17 it on the rim?
18     A.    No.
19     Q.    Okay.  Do you recall if you used
20 any sort of machine to help you mount the
21 tire?
22     A.    No.  Uh-uh (indicating
23 negatively).
24     Q.    Did you use those -- The spoons,
25 the tools we were talking about earlier, did

Page 64

1  you use those to help mount the tire?
2      A.    I'm pretty sure I did.  I guess,
3  yeah.
4      Q.    Okay.  Do you recall if in the
5  process of getting those beads on to the rim
6  there were -- was any damage that occurred to
7  the bead or to the tire, itself?
8      A.    No.
9      Q.    Okay.  You don't recall if there
10 was or not?
11     A.    No.  I don't believe I -- I don't
12 remember, but I'm sure it wasn't.
13     Q.    Okay.  So nothing that you
14 recall?
15     A.    No.
16     Q.    Okay.  And were you using any
17 sort of tire cage or other device to keep the
18 tire in place while you were putting it on?
19     A.    No.  No.
20     Q.    Okay.  And would you have been
21 using the same chuck and compressor that you
22 told me about earlier that you used on those
23 other 20 tires?
24     A.    I doubt -- I doubt -- It wasn't
25 the same air valve stem or -- They had

Page 65

1  several, you know, so I don't know.
2      Q.    Okay.  But as far as you know,
3  would it have been one of those where you held
4  it on to the valve stem to inflate the tire?
5      A.    Yeah.
6      Q.    Okay.  So it didn't -- As far as
7  you know, it didn't clip on or screw on or
8  anything like that?
9      A.    No.
10     Q.    Okay.  So it's one where you
11 would be pretty close to the tire putting the
12 air into it?
13     A.    Right.
14     Q.    Okay.  And it would also be one
15 of those, like we talked about, that doesn't
16 have any sort of gauge built into the air --
17     A.    It's the tire gauge I was trying
18 to think of --
19     Q.    Right.
20     A.    -- not the stem or the chuck.
21     Q.    Okay.  So it wouldn't have had
22 one of those built in?
23     A.    No.
24     Q.    Same situation?  You would have
25 had to use one to test it yourself?

Page 66

1    A.    Right.
2    Q.    Okay.
3    A.    Which I don't trust them -- them
4  kind, anyway.  I'd much rather have -- be able
5  to check myself.
6    Q.    Okay.  So when you say you don't
7  trust them, you mean the ones that are built
8  into the air --
9    A.    Yeah.
10   Q.    Okay.  Did you had a problem with
11 those before, or you just don't like them?
12   A.    I don't like them.
13   Q.    Okay.  Do you remember if the
14 truck that you were working with was in the
15 space with you there?  Like had it been pulled
16 in?
17   A.    Not that I know of.  No.  I can't
18 remember, but I'm sure it was because it had
19 to have been.
20   Q.    Okay.  Do you remember who else
21 was there that day?
22   A.    The driver and Miss --
23 Miss Sadie.
24   Q.    Okay.  And you don't know who the
25 driver was; do you?

Page 67

1    A.    What was his name?  Miss Sadie
2  told me his name.
3          No.  I can't remember.
4    Q.    Okay.  That's all right.
5          Who is Miss Sadie?  Does she work
6  there sometimes, too?
7    A.    The lady that works in the
8  office.
9    Q.    Office?
10         Okay.  Was that office there at
11 the mechanic shop --
12   A.    Yes.
13   Q.    -- or was it somewhere else?
14         Okay.  You don't remember her
15 last name; do you?
16   A.    No.
17   Q.    Okay.  Had she worked there the
18 whole time that you'd been there?
19   A.    Yeah.
20   Q.    Okay.  So she was at work that
21 day, that you recall?
22   A.    Yeah.  She was there every day.
23   Q.    Okay.  What was her job?
24   A.    She was -- Inventory and kept up
25 with the -- our hours and things like that.

Page 68

1    Q.    Just kind of an administrative
2  person?
3    A.    (Witness nods head
4  affirmatively.)
5    Q.    Okay.  Handles all the paperwork
6  and such?
7          Okay.  Do you remember -- do you
8  remember actually putting the subject tire
9  onto the rim you were working with?
10   A.    No.  I wish I could.
11   Q.    I understand.
12         So do you remember seating the
13 subject tire on the rim?
14   A.    Uh-uh (indicating negatively).
15   Q.    Okay.  And so you don't remember
16 checking the air pressure or what readings you
17 would have had or anything like that?
18   A.    I don't remember.  Uh-uh
19 (indicating negatively).
20   Q.    Okay.  So you don't remember
21 anything that happened as far -- relating to
22 installing the subject tire up to the time the
23 accident happened; is that right?  Like
24 once -- I'm sorry.  Strike that.  That was a
25 bad question.  My apologies.

Page 69

1          From the time when you started to
2  put the subject tire onto the rim that day to
3  the time the accident happened and you were
4  unconscious, you don't remember specifically
5  what you were doing; do you?
6    A.    No.  Uh-uh (indicating
7  negatively).
8    Q.    Okay.
9    A.    I can't hardly remember being at
10 work that day.
11   Q.    Okay.  Okay.  I'm sorry.  I just
12 have to ask all those questions.
13   A.    That's all right.
14   Q.    Okay.  Let's see.  So you don't
15 remember like the moment that the tire -- that
16 the sidewall and the tire blew; do you?
17   A.    No.
18   Q.    You don't recall any air leaks --
19   A.    No.
20   Q.    -- while you were putting the
21 tire on?
22   A.    No.
23   Q.    And you can't remember if you had
24 already put the valve core in at the time that
25 the tire blew; can you?

Page 70

1   A.   No.  No.
2   Q.   Would it have been a new valve
3 stem and valve cores that you were using,
4 since it was a new tire?
5   A.   I doubt it.
6   Q.   Okay.
7   A.   I doubt it.
8   Q.   So you would have used the same
9 valve stem and valve core from the tire you
10 were taking off?
11   A.   Yes.
12   Q.   And that was generally what you
13 would do any time you were changing a tire
14 out?
15   A.   Right.  Yeah.
16   Q.   Okay.  On any of the other tires,
17 do you ever remember checking them or finding
18 any air leaks?
19   A.   Any other tires?
20   Q.   Yes, any of those 20 others that
21 we had talked about where you -- where you had
22 learned to put them on there.
23   A.   No.
24   Q.   So did you check them for air
25 leaks, that you recall?

Page 71

1   A.   I never really had to, really.
2   Q.   Okay.  And so you didn't find any
3 air leaks, that you recall?
4   A.   No.
5   Q.   Okay.
6   A.   Nobody ever came back complaining
7 that their tire was going flat or anything
8 like that, so --
9   Q.   Right.  I got you.
10   And so who gave you -- or if you
11 remember, who gave you or who would have given
12 you the new tire and told you to put this
13 specific tire on the truck that day?
14   (Whereupon Mr. Oetjens entered
15 the conference room.)
16   MR. CRAIG:
17   Hey, Chris.
18   THE WITNESS:
19   They come from in the shop, and
20 the new tires in one section, old tires -- The
21 old tires that we don't use, we just roll them
22 outside of the shop.
23 EXAMINATION BY MR. CHASTAIN:
24   Q.   Okay.  So you have just like a
25 stack of new tires somewhere?

Page 72

1   A.   Yeah.
2   Q.   Okay.  About how many new tires
3 were there -- Strike that.
4   MR. CHASTAIN:
5   Do you guys want to take a break
6 or --
7   MR. OETJENS:
8   No.
9   MR. CHASTAIN:
10   Okay.  Sorry.
11 EXAMINATION BY MR. CHASTAIN:
12   Q.   At any given time, approximately,
13 how many new tires were there available in the
14 shop for you to take and put on trucks?
15   A.   At least 30 of them.
16   Q.   Okay.  And would they bring them
17 in in like big batches every time you needed
18 some more?
19   A.   Yeah.
20   Q.   Okay.  About how often was that,
21 if you recall?
22   A.   Probably once a month.
23   Q.   Okay.  So they would just bring
24 in a new set every month?
25   A.   (Witness nods head

Page 73

1 affirmatively.)
2   Q.   I got you.
3   And would you go through them all
4 in a month usually, or would they last for
5 longer?
6   A.   Depending on the drivers.  It
7 depends.
8   Q.   Okay.  Where were they stored
9 exactly?  Just how were they stored?
10   A.   They were stood up along a wall.
11   Q.   Okay.  So just like in stacks
12 along the wall?
13   A.   Yeah.
14   Q.   Okay.  They didn't -- They
15 weren't kept inside anything in particular
16 or --
17   A.   Inside the -- inside the shop.
18   Q.   Okay.  Just inside the building.
19   Okay.  And we kind of touched on
20 this before.  As far as you remember, every
21 time you got that set of 30 tires, were they
22 pretty much all 30 of the same size tire, or
23 were there some that were different?
24   A.   I think they were different.
25 Some of them were different.

Page 74

1    Q.    Okay.  So different -- different
2  how?
3    A.    They have something they call
4  steering tires and something else, I -- I
5  believe.
6    Q.    Okay.  Do you know why there were
7  different kinds of tires, like why they
8  wouldn't just bring the same ones for all the
9  tires on all the trucks?
10    A.    I don't know.
11    Q.    Okay.
12    A.    I don't know.
13    Q.    Would a steering tire, for
14  example, would that go on the rig versus the
15  trailer or --
16    A.    On the truck itself.
17    Q.    On the truck itself?
18    A.    On the rig.
19    Q.    Okay.  So there was a steering
20  tire that would go on the truck itself.  Were
21  there other tires that would go on the trailer
22  on the back?
23    A.    I believe so.
24    Q.    Okay.  And so there were
25  different kinds of tires for those --

Page 75

1    A.    I think that's how they were.
2    Q.    Okay.  And were the rims the same
3  for -- Were the rims that were on the front of
4  the truck and the rims that were on the
5  trailer, were they all the same for the whole
6  truck, or were there different ones for
7  different parts?
8    A.    The front -- The steering truck
9  tires on the front of the truck's different
10  from all the other ones, the rims itself.
11    Q.    Okay.  So you would have to match
12  the rim to a specific tire when you were
13  putting it on; right?
14    A.    Right.
15    Q.    And who taught you how to do
16  that?
17    A.    Rusty.
18    Q.    Rusty did?
19        Okay.  And is that something at
20  the time of the accident that you were doing
21  on your own?
22    A.    Well, usually it's kind of like a
23  common sense thing.  If you taking a tire off
24  of a rim, automatically, the rim's going to
25  call for the same exact kind of -- kind of

Page 76

1  tire, so you just go get that -- that type of
2  tire.
3    Q.    Okay.  So you guys would
4  usually -- When you demount a tire, you would
5  replace it with a new tire that was the exact
6  same --
7    A.    Yeah.
8    Q.    -- type and size as the other
9  one?
10    A.    Yeah.
11    Q.    Okay.  And as far as you recall,
12  were you doing that in this case, or do you
13  know?
14    A.    Yeah.  I'm sure -- I'm sure I
15  was.
16    Q.    Okay.  Yes.
17    A.    I know I was.
18    Q.    Right.
19        So the subject tire was the same
20  type and size as the one that had been on
21  there before, you think?
22    A.    I guess.  Can you repeat it?
23    Q.    Yes.  I'm sorry.
24        The subject tire, the one that
25  was involved in the accident, would that have

Page 77

1  been the same type and size of tire --
2    A.    Yeah.
3    Q.    -- as the one you demounted from
4  that rim?
5    A.    Yeah.
6    Q.    Okay.  I'm going to backtrack
7  just a little bit.
8        You had said that you put some
9  sort of soap or lubricant on the tire itself;
10  is that right?
11    A.    Yeah.
12    Q.    Do you recall what it was called?
13  Did it have a name, or was it just a little
14  jar of something?
15    A.    They just called it soap.
16    Q.    Okay.
17    A.    I don't know.  It's just a spray
18  bottle.
19    Q.    Okay.  So you spray it on there.
20        You don't know what it was --
21  what it contained; do you?
22    A.    No.
23    Q.    Okay.  Do you know who -- who
24  would have been in charge of getting that soap
25  for the shop?

| | Page 78 |
|---|---|
| 1 | A.   Rusty. |
| 2 | Q.   Rusty? |
| 3 | Okay.  Do you know if he was the |
| 4 | one that would fill the bottle up for you guys |
| 5 | and put it out? |
| 6 | A.   Pretty much, yeah. |
| 7 | Q.   Okay.  With regard to putting -- |
| 8 | Generally with regard to putting these tires |
| 9 | on, did you ever encounter any where you would |
| 10 | have -- it was like difficult to get the bead |
| 11 | over the rim? |
| 12 | A.   They're all hard.  They're all |
| 13 | hard to do, but -- |
| 14 | Q.   I guess what I'm -- |
| 15 | A.   About the same pretty much. |
| 16 | Q.   I'm sorry. |
| 17 | A.   They're all pretty much the same. |
| 18 | They're all pretty tough to get on. |
| 19 | Q.   I imagine so.  They're pretty |
| 20 | big. |
| 21 | A.   Yes. |
| 22 | Q.   I guess a better question would |
| 23 | be did you ever have to use anything besides |
| 24 | the spoon tools that we were talking about, |
| 25 | like a hammer or any other wedges or anything |

| | Page 79 |
|---|---|
| 1 | like that, to get them on there? |
| 2 | A.   No. |
| 3 | Q.   Okay. |
| 4 | A.   Not -- No. |
| 5 | Q.   So the only tools you recall, |
| 6 | other than -- |
| 7 | A.   I've seen them use like ether and |
| 8 | stuff like that, but -- |
| 9 | Q.   So like Rusty and some of the |
| 10 | other folks -- |
| 11 | A.   Yeah. |
| 12 | Q.   -- had used that before to try to |
| 13 | slide it on there? |
| 14 | A.   Yeah. |
| 15 | Q.   Okay.  But you don't recall using |
| 16 | that on the day of? |
| 17 | A.   No. |
| 18 | Q.   Okay.  And so just to kind of sum |
| 19 | that up, you would generally only use the |
| 20 | spoon tools -- |
| 21 | A.   Right. |
| 22 | Q.   -- and stepping on the tire like |
| 23 | we talked about before? |
| 24 | A.   Yeah. |
| 25 | Q.   No other tools usually? |

| | Page 80 |
|---|---|
| 1 | Okay.  That's great. |
| 2 | And I believe I asked this, and I |
| 3 | apologize, if so, but you don't know -- at any |
| 4 | point while you were mounting the subject |
| 5 | tire, you don't know the psi or the pressure |
| 6 | of the tire at any point; do you? |
| 7 | A.   No.  Uh-uh (indicating |
| 8 | negatively).  I wish I could.  I wish I could |
| 9 | remember stuff. |
| 10 | Q.   I understand. |
| 11 | A.   I've been beating my brain for |
| 12 | the last year and a half trying to remember |
| 13 | something. |
| 14 | Q.   Do you remember what the pressure |
| 15 | was supposed to be for those types of tires? |
| 16 | A.   No. |
| 17 | Q.   Okay. |
| 18 | A.   I hadn't really even paid |
| 19 | attention to tires since then, since -- |
| 20 | Q.   Yes, sir. |
| 21 | Okay.  Let's see.  You said all |
| 22 | of those trucks that these tires came off of |
| 23 | were A B Trucking vehicles? |
| 24 | A.   Yes. |
| 25 | Q.   So as far as you know, everything |

| | Page 81 |
|---|---|
| 1 | was owned by A B Trucking? |
| 2 | A.   Yes. |
| 3 | Q.   Did you have to fill out any kind |
| 4 | of forms when a truck came into the shop for |
| 5 | repair or a new tire? |
| 6 | A.   No. |
| 7 | Q.   Okay.  So a driver would just |
| 8 | come in and ask to have a tire put on? |
| 9 | A.   Tell us what he needed done, and |
| 10 | we did it. |
| 11 | Q.   Okay.  Do you know if they had to |
| 12 | get any kind of approval from anywhere? |
| 13 | A.   No. |
| 14 | Q.   Okay.  So as far as you know, |
| 15 | there -- there wouldn't be any record |
| 16 | specifically relating to when a truck came in |
| 17 | and you were asked to put the subject tire on |
| 18 | that truck; right? |
| 19 | A.   Yeah, I guess. |
| 20 | Q.   You don't think so? |
| 21 | A.   No. |
| 22 | Q.   That was kind of a confusing |
| 23 | question. |
| 24 | A.   Yeah. |
| 25 | Q.   Did it make sense?  I can ask you |

Page 82

1  again.
2      A.   All right.
3      Q.   So when a -- when a truck comes
4  in and needs a new tire, there's not any kind
5  of file or record created for that specific
6  instance; is there?
7      A.   No.
8      Q.   So no work orders or forms you
9  had to fill out?
10     A.   Not that I know of, no.
11     Q.   Okay.  Is it possible?
12     A.   I never had to.
13     Q.   Okay.  Do you know if the drivers
14 would check in with Sadie before they would
15 get their repairs done?
16     A.   I believe they did.
17     Q.   Okay.  And was she the person --
18 I'm not sure if you said this or not.  Was she
19 the person that would order more tires if you
20 needed them?
21     A.   I -- I -- Either her or Rusty.
22     Q.   Okay.  Somebody else there but
23 not you?
24     A.   (Witness nods head
25 affirmatively.)

Page 83

1      Q.   Okay.  You don't remember what
2  kind of truck it was that the subject tire was
3  supposed to belong to; do you?
4      A.   It had to have been a Mac because
5  that was pretty much all they had.
6      Q.   Okay.  You don't remember which
7  tire, if it was the steering tires or
8  something else; do you?
9      A.   No.
10     Q.   And so you wouldn't recall the
11 size?
12     A.   No.
13     Q.   Okay.  Do you have any idea when
14 the subject tire was purchased?
15     A.   No.
16     Q.   Did you purchase it?
17     A.   No.
18     Q.   Do you know -- You don't have any
19 idea how much was paid for it; do you?
20     A.   No.
21     Q.   Do you know if it was new or
22 used?
23     A.   I don't know.  I'm sure -- pretty
24 sure it was new.
25     Q.   Okay.  I think we just asked this

Page 84

1  generally, but specifically for the subject
2  tire, do you know who from A B Trucking would
3  have purchased that tire?
4      A.   No.
5      Q.   Okay.  Have you ever heard of a
6  company called Tire Centers, L.L.C.?
7      A.   No.
8      Q.   Have you ever heard of a company
9  called Diamond Enterprises?
10     A.   Yeah.
11     Q.   Okay.  What's that?
12     A.   That's the name that they got on
13 side of their trucks.
14     Q.   Okay.  Got you.
15         So the A B Trucking trucks say
16 "Diamond Enterprises"?
17     A.   Yeah.
18     Q.   Do you have any idea what that
19 company does?
20     A.   I think it's all the same thing.
21     Q.   Okay.
22     A.   They are the same company.  They
23 have different names on the side of the
24 trucks.  I don't know how they -- I don't know
25 how they operate.

Page 85

1      Q.   Do you know if Archie was the
2  owner of Diamond Enterprises, too?
3      A.   I guess.
4      Q.   Do you know any other folks that
5  were employed by Diamond Enterprises in
6  particular?
7      A.   Greg, Rusty -- Not that I know
8  of.
9      Q.   Okay.  But you were employed by
10 A B Trucking?
11     A.   Yeah.
12     Q.   So do you know if Rusty was
13 employed by A B Trucking?
14     A.   Yeah, he was.
15     Q.   What about Sadie?
16     A.   A B Trucking.
17     Q.   Okay.  So all you know about
18 Diamond Enterprises is that that's what the
19 side of the truck said?
20     A.   On some of their trucks.
21     Q.   Some of them?
22     A.   I was trying to remember if that
23 was Archie's son's business or what.  I can't
24 remember.
25     Q.   Do you know his son's name, by

Page 86

1 chance?
2   A.   No.
3   Q.   Okay. What about the drivers?
4 Do you know if they worked for Diamond
5 Enterprises?
6   A.   No. I think they worked for
7 A B Trucking.
8   Q.   Okay. So you don't know where
9 Diamond Enterprises' offices would be?
10   A.   No.
11   Q.   Okay.
12   A.   I thought they were all the same.
13 I thought they were just working out of the
14 same shop.
15   Q.   They might be --
16   A.   I thought it was Archie's trucks,
17 and it just had a different name on them.
18   Q.   Yeah. I don't know, either.
19    Now, with regard to the tires,
20 the big stacks of new tires that were -- that
21 were in your shop, did they ever come with any
22 documents, that you are aware of?
23   A.   Not that I know of.
24   Q.   Okay. Or any manuals, maybe?
25   A.   No.

Page 87

1   Q.   Nobody ever gave you any
2 documents or manuals --
3   A.   No.
4   Q.   -- that came with the tires?
5   A.   (Witness shakes head negatively.)
6   Q.   Did they come with stickers on
7 them?
8   A.   Yeah.
9   Q.   Okay. Do you remember ever
10 looking at those stickers?
11   A.   I'm sure I have.
12   Q.   Okay.
13   A.   They have the size of the tire
14 and every -- all the information about the
15 tire on them and the stickers.
16   Q.   Okay. That was going to be my
17 next question, what all that you recall was on
18 those stickers.
19   A.   It's like the size of the tires.
20 I don't know if they had the psi on them or
21 not. I don't know if they had them on the
22 stickers or not because usually that's on the
23 sidewall of the tire itself.
24   Q.   Okay. So the psi was on the
25 sidewall, and it might have been on the

Page 88

1 sticker, but you're not sure?
2   A.   I'm not sure.
3   Q.   Okay. With regard back to these
4 trucks that you were working on, did you ever
5 see any documents or manuals or instructions
6 that came with the trucks?
7   A.   No.
8   Q.   Okay. Do you know what a vehicle
9 placard is? Does that ring a bell?
10   A.   No.
11   Q.   Have you ever opened up the door
12 to the cab of a truck or looked on the side
13 and seen a little metal plate that has some
14 information about the truck?
15   A.   Yeah. Yeah.
16   Q.   Okay. Did you guys have a name
17 for that, or was it just information about the
18 truck?
19   A.   Just information about the truck.
20   Q.   Okay. Do you remember what those
21 would say?
22   A.   The year, the engine size, I
23 think.
24   Q.   Was there any information on
25 there that you would need to look at before

Page 89

1 doing work on the truck or putting tires on
2 the truck?
3   A.   If it's on the engine, yeah. You
4 have to look.
5   Q.   Okay.
6   A.   But as far as like tire size, I
7 don't think so. I don't know.
8   Q.   Okay. So nothing you reviewed in
9 connection with the trucks told you anything
10 about what kind of tires or what size tires
11 they needed or anything like that?
12   A.   No.
13   Q.   Okay. Do you know where,
14 generally, the Diamond Enterprise or A B
15 Trucking trucks were kept when they weren't on
16 the road?
17   A.   They're at the shop.
18   Q.   So they're at that same location?
19   A.   Yeah.
20   Q.   About how many trucks would be
21 kept there?
22   A.   I think they had about eight of
23 them.
24   Q.   Okay. Did they just park them
25 outside?

Page 90

1   A.   Outside.
2   Q.   Okay.  Were they under any kind
3   of cover or anything?
4   A.   No.
5   Q.   Okay.  About how often, if you
6   know, were those trucks used?
7   A.   Every day.
8   Q.   All eight of them?
9   A.   (Witness nods head
10  affirmatively.)
11  Q.   Okay.  Were they mainly used
12  for -- were they used for long-distance
13  deliveries most of the time, or do you have
14  any idea?
15  A.   No, not -- not long distance.
16  Q.   So mainly in Gloster?
17  A.   Gloster and like Zachary,
18  Louisiana.
19  Q.   Okay.  Is that nearby?
20  A.   About the furthest [sic].
21  Q.   About how far away is that?  Do
22  you have any guess, or do you know?  Sorry.
23  A.   I'd say probably about 45
24  minutes.
25  Q.   Okay.  And so those drivers would

Page 91

1   show up in their own cars and get the trucks
2   in the morning, do runs, and then come back
3   and go home in their own car?
4   A.   Yeah.
5   Q.   Okay.  And they did that five or
6   six days a week?
7   A.   If not more.
8   Q.   Okay.
9   A.   Yeah.
10  Q.   With regard to the rims around
11  those trucks, did you have to replace those
12  very often?
13  A.   No.
14  Q.   Okay.  So generally the same rims
15  were in service on those trucks --
16  A.   Yeah.
17  Q.   -- while you were there?
18  A.   Yeah.
19  Q.   Do you recall ever replacing any
20  of the rims on the trucks you worked on?
21  A.   No.
22  Q.   Okay.  Do you recall any of the
23  rims ever having any kind of damage, other
24  than rust, that you observed?
25  A.   No.

Page 92

1   Q.   Did you have to repair any rims
2   at any point, either welding or --
3   A.   Rusty did, yeah.
4   Q.   Okay.  So Rusty would perform
5   repairs on rims?
6   A.   Yeah.
7   Q.   Okay.  But you didn't help with
8   that?
9   A.   No.
10  Q.   Okay.  Do you have any idea if he
11  did anything other than weld the rims?
12  A.   No, not that I know of.  Uh-uh
13  (indicating negatively).
14  Q.   Okay.  Did you ever see Rusty --
15  or did he ever tell you that he was throwing
16  any rims away or taking them out of service
17  because he couldn't fix them?
18  A.   No.  The only thing I've ever
19  seen him fix was like where the lug -- for the
20  lug -- lug nuts go.
21  Q.   Okay.  Could you -- Just so I
22  understand, could you kind of describe what
23  you mean by that, what he was fixing?
24  A.   They just had a little crack
25  where the lug -- where you tighten them up

Page 93

1   onto the truck, the lug nuts.  If they have a
2   crack where the lug nut goes, they'll patch
3   that up.
4   Q.   Okay.  So like a crack like right
5   next to where the nut would fasten on to the
6   rim?
7   A.   Where the rim would fasten on to
8   the truck.
9   Q.   I'm sorry.  That's right.  Yeah.
10  Where the rim and the truck would meet.
11      So a crack right there?
12  A.   Yeah.
13  Q.   I got you.
14      So you said you performed all
15  other kinds of maintenance in addition to
16  replacing tires on these trucks with -- along
17  with Rusty?
18  A.   Yeah.
19  Q.   Okay.  Was there anyone in
20  particular that was in charge of inspecting
21  the vehicles on a regular basis?
22  A.   Rusty.
23  Q.   Rusty?
24      Do you know how often he would do
25  that?

Page 94

1    A.    No.  Not often.
2    Q.    Do you know what the process
3  would involve when he was doing the
4  inspection?
5    A.    Make sure the air lines were all
6  right, brakes, oil, headlights, general
7  things.
8    Q.    Okay.  Did you ever drive any of
9  the trucks?
10    A.    No.
11    Q.    Did you ever ride in any of the
12  trucks?
13    A.    No.
14    Q.    Okay.  Did any of the drivers
15  ever come in and talk to you about any
16  problems that they were having with the
17  trucks?
18    A.    No.  They go to Rusty about that.
19    Q.    Okay.  So anything that was wrong
20  with the truck, they would usually go talk to
21  Rusty first, and --
22    A.    Yes.
23    Q.    -- you would help him?
24    A.    (Witness nods head
25  affirmatively.)

Page 95

1    Q.    So you never heard any of them
2  complaining or talking about any problems with
3  trucks in general?
4    A.    No.
5    Q.    Okay.  And you never heard
6  anybody complaining or talking about problems
7  with the truck -- the subject tire that was
8  going to go on; did you?
9    A.    Not that I know of.  Uh-uh
10  (indicating negatively).
11    Q.    And you never heard anybody
12  talking or complaining about any problems with
13  the rim that the subject tire was being put
14  on; did you?
15    A.    No.
16    Q.    Okay.  Do you have in your
17  possession any documents relating to the
18  service, repair, or maintenance of the trucks?
19    A.    No.
20    Q.    Okay.  And you guys -- Your
21  attorney has produced an invoice regarding the
22  purchase of the subject tire.
23    Besides that invoice, do you have
24  any other documents relating to the sale,
25  purchase, maintenance, repairs, or use of the

Page 96

1  subject tire?
2    A.    No.
3    Q.    Okay.  And we touched on this,
4  but with regard specifically to the subject
5  tire, you weren't involved in that purchase in
6  any way; right?
7    A.    No.
8    Q.    Okay.  With regard to the rims on
9  these trucks, would the same rim always go
10  back in the same place on the truck?  When you
11  took it off, did you put it back on the exact
12  same place?
13    A.    Yeah.
14    Q.    Do you rotate the tires on these
15  trucks like you do with a passenger vehicle?
16    A.    I don't know.  I don't think so.
17    Q.    Okay.  Do you have any idea if
18  the rim that you were putting the subject tire
19  on to was an original rim that came with that
20  truck?
21    A.    I don't know.
22    Q.    Okay.  And I think -- I think we
23  covered this, but you guys didn't -- or did
24  you have any replacement rims sitting around
25  like you did the new tires?

Page 97

1    A.    No.
2    Q.    So you would have to order one if
3  you needed a new one?
4    A.    Yes.
5    Q.    Okay.  But like you said, y'all
6  didn't replace any while you were there?
7    A.    No.
8    Q.    Okay.  So that makes sense.
9    Okay.  You don't recall the brand
10  of the subject tire; do you?
11    A.    I can't.  I'm going by what I was
12  told.
13    Q.    Yes, sir.
14    And so you don't recall the size;
15  do you?
16    A.    No.
17    Q.    Okay.  And you don't happen to
18  know the DOT number on the tire; do you?
19    A.    No.
20    Q.    Okay.  Do you remember getting
21  the subject tire -- Do you remember where you
22  got the subject tire before you put it on the
23  rim, where you got it from in the shop?
24    A.    Where all the new tires were
25  stacked up.

Page 98

1    Q.   So it came off the stacks with
2  the rest of them?
3    A.   Yeah.
4    Q.   Okay.
5    A.   I'm pretty sure that's where it
6  came from.
7    Q.   Yes, sir.
8       That building was locked up at
9  night; wasn't it?
10   A.   Yeah.
11   Q.   Okay.  Was it heated or cooled,
12 other than the trucks?
13   A.   We had a wood burning stove for
14 heating.
15   Q.   Okay.  But would the tires have
16 been -- The tires that were sitting there in
17 those stacks, would they have been exposed to
18 any heat or cold other than the stove?
19   A.   No.
20   Q.   Okay.  What about -- No rain or
21 anything like that?
22   A.   No.
23   Q.   Okay.  Who would deliver the
24 tires, the new ones?
25   A.   I have no idea.  Some --

Page 99

1  somebody.  Some guy usually brought them.
2    Q.   Okay.  But not an A B Trucking
3  person, that you know of?
4    A.   No.
5    Q.   Okay.  Was it the same person
6  every time, that you recall?
7    A.   I think so.
8    Q.   Okay.  You're not sure what
9  company he worked for?
10   A.   No.
11   Q.   You don't remember if he came in
12 like a truck with a sign on it or anything; do
13 you?
14   A.   No, not really.
15   Q.   Was anybody responsible for
16 inspecting the batches of new tires that you
17 got, or did they just go over on the stack,
18 the tires?
19   A.   We didn't really inspect them.
20 We just stacked them, put them wherever they
21 went.
22   Q.   Okay.  So when this -- this guy
23 would drop them off, would he go stack them up
24 in the corner, or would you guys take them and
25 move them over there?

Page 100

1    A.   We would.
2    Q.   Okay.  So you would just take
3  them one or two at a time and stack them up
4  over there?
5    A.   Yeah.
6    Q.   Okay.  And you guys didn't
7  perform any kind of visual inspection of the
8  tires at that time?
9    A.   No.
10   Q.   Okay.  Do you recall ever -- When
11 you were helping move those tires, do you
12 recall ever seeing any that had any problems
13 or that you guys thought, "We need to send
14 this back" for some reason?
15   A.   Uh-uh (indicating negatively).
16   Q.   Okay.  Once a tire was taken off
17 the stack to put on a rim, was there any kind
18 of special inspection process that was done,
19 or did you just start putting it on the rim?
20   A.   Just put them on.
21   Q.   Okay.  And did Rusty or anyone
22 ever check behind you?  After you started
23 doing this on your own, did he still come and
24 check once the tire was seated to make sure it
25 was done correctly, or were you doing it on

Page 101

1  your own at that point?
2    A.   He would look at them.
3    Q.   Okay.  So pretty much -- Would
4  that be pretty much every time?
5    A.   Not every time.
6    Q.   Okay.  Just if he was around?
7    A.   Yeah.
8    Q.   Okay.  So there was no formal --
9  Once you seated a tire, he wouldn't come sign
10 off on it --
11   A.   No.
12   Q.   -- and put it on the truck or
13 anything?
14   A.   No.
15   Q.   And so each time a truck was
16 fully inflated after you seated it, he
17 wouldn't sign off on it to put on the truck or
18 anything like that?
19   A.   No.
20   Q.   So you don't -- Do you recall if
21 he looked at the subject tire while you were
22 putting it on that day?
23   A.   I don't -- I have no idea.
24   Q.   Okay.  And I know -- I know you
25 said you don't remember a lot of this, but do

Page 102

1 you recall if the subject tire had been seated
2 before the accident happened?
3    A.    I don't remember.
4    Q.    That's okay.
5    A.    I wish I could remember.
6    Q.    Yes, sir.
7         Okay.  I think those are all my
8 questions right now about the tire.  Do you
9 want to take a break for a few minutes?  Do
10 you want to stretch?
11    A.    No.  I'm all right.
12    Q.    Okay.  Well, we'll keep going and
13 try to get you out of here as quickly as
14 possible.
15         You don't recall -- On the day of
16 the subject accident, you don't recall why you
17 were putting the subject tire on to that rim;
18 do you?  Or do you?  I'm sorry.
19    A.    I don't remember.  I'm just going
20 by what people told me.  They said that I -- a
21 guy came in with a slow leak on his tire and
22 had me change it.
23    Q.    Got you.
24         Do you remember doing anything to
25 inspect the old tire before you took it off,

Page 103

1 or did you just take it off?
2    A.    I just -- I guess I just took it
3 off.  I don't know.
4    Q.    Not sure.
5         Had you ever worked with any
6 other tires that had slow leaks before?
7    A.    Not that I know of.
8    Q.    Not sure or not -- I'm sorry.
9 Not that you're aware of?
10    A.    Not that I'm aware of.
11    Q.    Okay.  So you don't recall if, on
12 the day of the subject accident, you would
13 have inspected the valve stem or the valve
14 core to see if that was causing a slow leak?
15    A.    I can't remember.
16    Q.    Okay.
17    A.    I can't remember.  I'm sure if --
18 if I had to change -- if it was slow leaking,
19 I had to change the tire because it needed a
20 new tire.
21    Q.    Okay.  And before did you say
22 that you generally would use the same valve
23 stem and valve cores when putting on a new
24 tire as the tire that had been on that rim
25 before?

Page 104

1    A.    Right.
2    Q.    Okay.  That's what I thought.  I
3 just wanted to make sure I remembered
4 correctly.
5         So do you know if you used the
6 same valve stem and valve core that day, the
7 day of the accident, on the subject tire?
8    A.    I have no idea.  I don't know if
9 I did or not.
10    Q.    Okay.  But that was your general
11 practice was to do that?
12    A.    Yeah.
13    Q.    Okay.
14    A.    Because I don't know if it was
15 maybe the -- I can't remember.  I can't
16 remember if I changed the valve stem, if I
17 found out that the valve stem was leaking or
18 what.  I don't remember.
19    Q.    Okay.
20    A.    I can't remember anything,
21 really.
22    Q.    Okay.  Well, I want to turn from
23 talking about the tire and that -- the tire
24 specifically and ask some more questions about
25 A B Trucking and that day, and then we'll talk

Page 105

1 a little bit about your injuries and your
2 medical history before and after the accident
3 and some other issues related to that.  I'm
4 not sure how long -- It could take 45 minutes.
5 It could take an hour and a half to two hours.
6 Do you want to take a 10- or 15-minute break
7 or just keep plowing through?
8    A.    Smoke a cigarette.
9    Q.    I hear you.  We'll go off.
10         (Whereupon there was a brief
11 recess taken.)
12    MR. CHASTAIN:
13         Okay.  We're back on the record.
14 EXAMINATION BY MR. CHASTAIN:
15    Q.    If you want to take any more
16 breaks or anything like that, just let us
17 know, and we'll stop any time.
18         Now I want to go briefly through
19 a list of some people, and most of them we
20 have mentioned at some point before, but I
21 just want to make sure.  I got this list from
22 the interrogatory responses that your
23 attorneys provided as people that were
24 witnesses or have information relating to the
25 accident.

Page 106

1    Does the name Carl ring a bell as
2  to someone --
3      A.    That's one of their drivers.
4      Q.    Okay.  And do you recall if maybe
5  he was the driver relating to the subject tire
6  somehow?
7      A.    I'm trying to remember if he was.
8  It might have been Carl.
9      Q.    Did you know Carl before the day
10 of the accident?
11     A.    Yeah.
12     Q.    Okay.  Had you worked on his
13 truck before?
14     A.    Yeah.
15     Q.    Have you replaced any tires on
16 it, that you recall?
17     A.    I'm sure I did.  I'm sure I did.
18     Q.    So he could have been the driver
19 on the date of the accident, but you're not
20 sure?
21     A.    Not that I know of.  I'm not
22 sure.  I know Miss Betty knows because he was
23 there when it happened.  As a matter of fact,
24 he was the one who lifted the tire rim off of
25 me.  He was the one that found me.

Page 107

1      Q.    Okay.  So Carl was in the shop
2  when the accident happened?
3      A.    I guess so.
4      Q.    You think?
5      A.    I think so.
6      Q.    You said that he pulled the tire
7  off of you?
8      A.    From what I was told, yeah.
9      Q.    Okay.  What were you told
10 about -- I guess what were you told by Carl
11 and others about how the accident happened?
12     A.    They just said that they heard a
13 big boom and came in the shop and seen -- seen
14 me on the floor.
15     Q.    Okay.  So --
16     A.    And they said I must have had to
17 stuck my -- stuck my hand up to stop it from
18 hitting me or something.  I don't know.
19 That's how my arm got broke.  I don't know.
20     Q.    Okay.  So as far as you remember,
21 was anybody else in the shop with you when the
22 accident happened or as far as you've been
23 told?
24     A.    I don't know if he was in the
25 shop or in the office when it happened.  I

Page 108

1  know he was there.
2      Q.    Okay.  But you're --
3      A.    I don't know.  I can't remember
4  if it was Carl or one of the other drivers.  I
5  remember Carl.  I know Carl.
6      Q.    Okay.  So you're not sure if any
7  of them actually saw the accident happen?
8      A.    No.
9      Q.    Okay.  Do you know if anyone saw
10 the accident happen, or has anyone told you
11 that they saw the accident happen?
12     A.    Nobody told me anything.
13     Q.    Okay.  So nobody told you that
14 they saw when the tire -- tire hit you and
15 injured you?
16     A.    No.
17     Q.    Okay.  Do you remember or have
18 you been told that there were other drivers
19 that were there at the time besides Carl?
20     A.    I think he was the only one that
21 they said was there.
22     Q.    Okay.  Do you remember who told
23 you Carl was there?
24     A.    Miss Sadie.
25     Q.    Sadie.

Page 109

1      Okay.  And so Miss Sadie, was she
2  there, too, that day?
3      A.    Yeah.
4      Q.    Okay.  Was anybody else in the
5  office that day besides Miss Sadie, that you
6  know of or have been told?
7      A.    Not that I know of.
8      Q.    Okay.  Do you know if Archie or
9  Betty Stevens were there that day?
10     A.    No.
11     Q.    Do you know if -- do you know if
12 either of them came to the mechanic shop after
13 the accident?
14     A.    I don't know.
15     Q.    Okay.  What about Earl or Deborah
16 Newman?
17     Deborah Newman is your mom;
18 right?
19     A.    My mom.
20     Q.    Okay.  Do you know if she or
21 Mr. Newman came to the shop that day?
22     A.    I have no idea.  I don't know if
23 they went to the shop or if they went to the
24 hospital.
25     Q.    Okay.  And then Rusty, was he

Page 110

1 there that day?
2     A.    I think so.
3     Q.    And Greg, the helper?
4     A.    Greg, he was supposed to be
5 working, too, I think.
6     Q.    Okay.  And so nobody else would
7 have been on the job that day other than the
8 drivers, Rusty, Greg, and Sadie --
9     A.    Yeah.
10     Q.    -- at that location?
11         Okay.  And there's not anybody
12 else that you can think of that possibly would
13 have been there that day, except for the
14 drivers, Rusty, Greg, and Sadie; is there?
15     A.    Something -- I think there was
16 one other guy that worked there at the shop, a
17 helper.  I just can't remember.
18     Q.    Okay.
19     A.    I vaguely remember we had one
20 other guy helping us, but I can't -- I cannot
21 remember.
22     Q.    That's okay.
23         So other than that one other guy,
24 was there anybody that was at the A B Trucking
25 shop on a regular basis?

Page 111

1     A.    On a regular basis?
2     Q.    Yes.
3     A.    Yeah.  Drivers came in almost
4 every day.
5     Q.    Okay.  Other than the drivers,
6 Sadie, Rusty, Greg, and the other helper and
7 you, was there anybody else that was around
8 the A B Trucking shop on a regular basis?
9     A.    Archie's son and his paint crew
10 usually come around there.
11     Q.    Okay.  What did they come there
12 for?
13     A.    For supplies.
14     Q.    So they used it as storage, as
15 well?
16     A.    Not inside the shop.  They kept
17 all their stuff outside.
18     Q.    Okay.  Got you.
19         So did he have a painting
20 company, as well?
21     A.    His son did.
22     Q.    Archie's son did?  Okay.
23         Okay.  Well, we want to talk a
24 little bit about your medical history before
25 the accident.

Page 112

1         How would you describe your
2 health at the time leading up to the accident?
3     A.    No problems.
4     Q.    No problems?
5     A.    I was perfect.
6     Q.    Okay.  Were you smoking at all at
7 the time of the accident?
8     A.    Cigarettes, yeah.
9     Q.    Okay.  About how often?
10     A.    Every day.
11     Q.    Okay.  About how much every day?
12     A.    Maybe a pack.
13     Q.    So a pack or less or a pack or
14 more?
15     A.    A pack or less.
16     A.    A pack or less.
17         Okay.  Did you drink regularly at
18 that time?
19     A.    No.
20     Q.    Had you been a drinker in the
21 past?
22     A.    Years before, yeah.
23     Q.    By "years," do you mean like one
24 or two years or a lot longer?
25     A.    Longer than that.

Page 113

1     Q.    Okay.  How often did you drink
2 back when you were a drinker?
3     A.    On the weekends.
4     Q.    About how much each time you'd
5 drink?
6     A.    Not a lot.  Just socially with
7 friends.
8     Q.    Okay.  What about any other
9 prescription drugs or narcotics?  Had you used
10 any prescription drugs or narcotics before the
11 time of the accident?
12     A.    Before like -- I was clean for a
13 while before the accident.
14     Q.    About how long?
15     A.    I can't remember.  Months.
16     Q.    So before that time had you
17 used -- Was it narcotics or prescription
18 drugs?
19     A.    Both.
20     Q.    Do you remember what all they
21 were?
22     A.    Pain pills and narcotics.
23     Q.    Did you have to go into any --
24 Did you have any kind of rehab or assistance
25 in stopping using those?

Page 114

1  A.   No.
2  Q.   "No"?
3  A.   No.
4  Q.   You just did it yourself?
5  A.   Yeah.
6  Q.   Did you have any prior injuries
7  of any kind before the subject accident?
8  A.   No.
9  Q.   So you never had any broken bones
10 before?
11 A.   When I was -- What?
12 MRS. BILLINGSLEY:
13      As a child.
14 THE WITNESS:
15      I don't know how old I was.
16 Eight years old, I guess, ten, somewhere
17 around --
18 EXAMINATION BY MR. CHASTAIN:
19 Q.   Okay.  So not anything close in
20 the time to the subject accident?
21 A.   No.
22 Q.   Okay.  And not any head injuries?
23 A.   No.
24 Q.   No falls or anything like that
25 for some time?

Page 115

1  A.   No.
2  Q.   What about any illnesses before
3  the subject accident or any illnesses?
4  A.   No.
5  Q.   Okay.
6  A.   Common cold.
7  Q.   Right.
8      Besides that, nothing that you
9  recall?
10 A.   No.
11 Q.   Were you seeing any doctors of
12 any kind at the time of the subject accident?
13 A.   I had a doctor in Gloster.  Yeah.
14 Q.   Okay.  Do you recall his or her
15 name?
16 A.   Doctor -- not McGraw.  It's
17 Doctor -- Oh, what is his name?  McKenzie.
18 Q.   McKenzie?
19      What kind of doctor was
20 Dr. McKenzie?
21 A.   Just a regular physician.
22 Q.   Like a family practice doctor,
23 something like that?
24 A.   Pretty much, yeah.
25 Q.   Okay.  What were you seeing

Page 116

1  Dr. McKenzie for?
2  A.   For my -- my knee.  I had some
3  problems with my knee.  I used to play
4  basketball for school.
5  Q.   Okay.  So what kind of problems?
6  A.   They said it's torn cartilage.
7  Q.   What was Dr. McKenzie doing to
8  help you with your knee?
9  A.   Gave me a -- What was that? --
10 cortisone shot?  Is that what they do?
11 Q.   I'm not sure.  If you remember --
12 A.   It helps with the cartilage and
13 stuff in your knee.
14 Q.   Okay.  So you think it might have
15 been cortisone shots.
16      Did he prescribe any other
17 medication for you, that you recall?
18 A.   Ultram.
19 Q.   I'm sorry.  Could you spell that
20 time me, if you know?  If not, that's okay.
21 A.   They call it Tramadol.
22 Q.   Okay.  Tramadol?
23 A.   Tramadol.
24 Q.   So before Dr. McKenzie, do you
25 recall any other doctors that you had seen

Page 117

1  before her -- or him?  I'm sorry.
2  A.   No.  No.
3  Q.   Okay.  So do you recall when the
4  last time you had been to the doctor was
5  before you saw Dr. McKanzie?
6  A.   No.  I don't remember.
7  Q.   Okay.
8  A.   A while.
9  Q.   So some years before, you think?
10 A.   I'm pretty sure.
11 Q.   So no medical problems or issues
12 that had sent you to a doctor before
13 Dr. McKenzie?
14 A.   No.
15 Q.   Okay.  Have you ever been
16 involved in any motor vehicle accidents?
17 A.   Yeah.
18 Q.   When was that?
19 A.   Years, at least.
20 Q.   Was it here in town?
21 A.   I can't remember if it was here.
22 We was on our way from Mississippi back here,
23 the last wreck I remember.
24 Q.   Okay.  About how old would you
25 have been?  Any idea?

Page 118

1    A.    Young.
2    Q.    Okay.
3    A.    In between 12 and 15, I think.
4  Maybe younger than that.
5    Q.    Okay.  Do you remember if you had
6  any injuries?
7    A.    No.  No, no injuries.
8    Q.    Okay.  Have you ever been in any
9  other kinds of accidents besides a car
10 accident?
11   A.    No.
12   Q.    Okay.  Nothing like boats?
13 Tractors?
14   A.    No.
15   Q.    Four-wheelers?  Anything like
16 that?
17   A.    No.
18   Q.    Okay.  So you didn't have any
19 chiropractors before the subject accident; did
20 you?
21   A.    No.
22   Q.    Okay.  No physical therapists
23 before the subject accident?
24   A.    No.
25   Q.    Okay.  I'd like to ask you, if I

Page 119

1  could, about each of the injuries that you
2  sustained that you attribute to the subject
3  accident that's at issue in the lawsuit, so
4  if -- I guess if we maybe could start by you
5  telling me, to the best that you remember, a
6  list of all the things that -- or injuries
7  that you associate with that accident.
8    A.    My forearm, both of these bones
9  were broke.
10   Q.    Okay.
11   A.    And they said that the rim hit me
12 in the head here, so it opened my head like an
13 oyster shell, mild traumatic -- traumatic
14 brain damage.  I don't know what all they put
15 in my head.  I don't know what they done to
16 me.
17   Q.    Did it require surgery?
18   A.    And I had a stroke two days after
19 the accident while I was in ICU.
20   Q.    Okay.  So any injury to your back
21 at all, that you recall?
22   A.    Not my back.  They said that I
23 had some kind of whiplash.  I don't remember
24 what kind.  They said something -- some kind
25 of mild whiplash or something from when it hit

Page 120

1  me, it kind of -- I guess it whipped my head.
2    Q.    So neck pain, maybe, neck
3  problems, that you remember?
4    A.    Yeah.
5    Q.    "Yeah"?
6          Could you describe those for me?
7    A.    Stiffness, and every once in a
8  while when I turn my head sometimes -- I don't
9  know if it's from that or what.  I know I
10 hadn't done anything since then, but when I
11 turn my head sometimes this way, it
12 will -- I'll have a shooting pain across my
13 neck.  (Indicating)
14   Q.    Have you talked to any doctor
15 specifically about that shooting pain?
16   A.    No.
17   Q.    All right.  Okay.  So other than
18 the injury to your head and your left arm and
19 then this issue with your neck, are there any
20 other injuries or pains that you associate
21 with the accident?
22   A.    I don't know if my depression is
23 going to be part of it, but --
24   Q.    Sure.  We can talk about that.
25         So you'd say that you've been

Page 121

1  depressed since the accident?
2    A.    Very bad depression problem.  And
3  I don't know what it is.  It's -- I have a
4  bunch of mood swings.  My short-term memory is
5  messed up.  My equilibrium is thrown off.
6    Q.    So had you ever had any issues
7  with depression before the subject accident?
8    A.    Not like this.  I mean I was
9  upset at times but not depression like I'm
10 dealing with now.
11   Q.    Okay.  How would you -- And I
12 apologize for the sensitive nature of the
13 questions, but how would you describe the
14 depression that you're dealing with now?
15   A.    It's -- It's hard.  It's real
16 hard.
17   Q.    How does it -- how does it
18 manifest itself?  Like how -- What is it
19 you're experiencing, or what are the effects
20 of it on you?
21   A.    It's like me trying to
22 remember -- Look, it's messing with me now.
23 Like when I try to remember stuff, it just
24 makes me cry, and I don't know.  It makes me
25 sad, I guess.

Page 122

1    Q.    Okay.  And you had mentioned that
2  you have short-term memory issues.  Did you
3  ever have any short-term memory issues that
4  you recalled before the accident?
5    A.    No.
6    Q.    Okay.  And when you say "mood
7  swings," what do you mean by that?  Is that
8  part of what we just talked about with the
9  depression, or is that --
10    A.    Yeah, depression and just
11  agitated -- I get agitated real bad real
12  easily.
13    Q.    So you're more agitated more
14  easily than you were before the accident?
15    A.    Way, way worse.
16    Q.    Is it usually when -- Is there
17  anything in particular that agitates you, or
18  it just depends on --
19    A.    It just depends.
20    Q.    Okay.
21    A.    Anything.
22    Q.    Okay.  With regard to the injury
23  to your arm, you mentioned that you had a
24  couple of broken bones; is that right?
25    A.    I think it was just one, like a

Page 123

1  little fracture.
2    Q.    Okay.  Do you recall talking to
3  doctors about that after the accident at any
4  time?
5    A.    No.
6    Q.    Okay.  So immediately after the
7  accident you were unconscious; right?
8    A.    I'm sure.
9    Q.    Yes, sir.
10    A.    I'm sure.
11    Q.    Have you talked with doctors
12  about your arm injuries any time since then?
13    A.    Just my chronic pains and stuff
14  that I have.
15    Q.    Okay.
16    A.    Weather changes and -- make me
17  ache a lot.
18    Q.    Did you have to have surgery on
19  your left arm?
20    A.    Yeah.
21    Q.    Okay.  Do you know what they did
22  with the surgery?
23    A.    Put titanium rods in my arm.  I
24  don't know how many.
25    Q.    Have you required any followup

Page 124

1  surgery other than that initial surgery right
2  after the subject accident?
3    A.    No.  They said they can take the
4  rods out of my arm, but it's just --
5    Q.    No time line for that?
6    A.    I just -- I don't have the nerve
7  for that.
8    Q.    Okay.
9    A.    I was unconscious when they did
10  all this.
11    Q.    Yes, sir.
12    A.    Me being aware of it and with my
13  brain the way it works now, I don't know.
14    Q.    Are you going to any kind of
15  therapy specifically for your arm?
16    A.    No.  They had me on -- I was on
17  therapy and stuff.
18    Q.    Okay.  And it involved your arm?
19  Some of the therapy did?
20    A.    Occupational therapy.  Yes.
21    Q.    Okay.  What sort of things did
22  you do at occupational therapy relating to
23  your arm injury?
24    A.    Just trying to get my use back in
25  my hands, just trying to coordinate it pretty

Page 125

1  much again, that one hand, because the stroke
2  messed this side of my body up.  (Indicating)
3    Q.    Okay.  How long were you in
4  therapy for the issue related to your arm?  Do
5  you remember?
6    A.    I can't remember.
7    Q.    Do you know about how long it's
8  been since you stopped going to therapy for
9  your arm?
10    A.    A little while.  I can't remember
11  how long.
12    Q.    Do you think it's maybe been
13  about five or six months since you last saw a
14  doctor for it?
15    A.    It might not have been that long.
16    Q.    Okay.  And was that doctor
17  working with you for both your left arm and
18  your right arm?
19    A.    (Witness nods head
20  affirmatively.)
21    Q.    Okay.  So kind of everything is
22  what he was working on?
23    A.    Yeah.
24    Q.    Okay.  And with regard to your
25  left arm, has it recovered pretty well, would

Page 126

1 you say, or is it still problems all the time?
2    A.    I have problems every once in a
3 while.  Yeah.
4    Q.    Okay.  Other than the --
5    A.    It's hard for me to hold onto
6 certain things --
7    Q.    Okay.
8    A.    -- and work a screwdriver and --
9    Q.    So gripping things is hard?
10    A.    Yeah.
11    Q.    Okay.  You're able to do it but
12 just not for a long time, or you're not able
13 to do it at all?
14    A.    It's hard for me to coordinate.
15 I don't know if it's --
16    Q.    Okay.  And with regard to your --
17 Well, I guess with regard to the left arm
18 again, has it improved significantly, as far
19 as what you remember, since the time of the
20 subject accident?
21    A.    I'm sure it has.  I'm sure it
22 has.  From what I understand, they -- they
23 expect me to never use it.
24    Q.    Okay.  With regard to the right
25 arm, you had said you had some similar issues,

Page 127

1 and you related those to the stroke that you
2 had?
3    A.    Yes.
4    Q.    And that was the whole right side
5 of your body that was affected?
6    A.    Mostly it's like from the
7 fingertips halfway down my leg just stays numb
8 all -- at all times.
9    Q.    Is that still the case now?
10    A.    Yeah.
11    Q.    Okay.  So you're able to use your
12 right hand and your right arm for the same
13 things you were able to use it for before the
14 subject accident?
15    A.    No.
16    Q.    "No"?
17        What kind of things are you not
18 able to do with it anymore?
19    A.    Just hold onto things.  I just --
20 I try to carry my own in this hand, and I drop
21 it and not even know it.  I don't have no
22 feeling in it pretty much.
23    Q.    Would you say the grip is better
24 in your left or your right hand?
25    A.    Left.

Page 128

1    Q.    Okay.  And was there different
2 therapy that you were going through to address
3 the issues on your right side from the stroke
4 rather than the left side, or was it all the
5 same?
6    A.    I think it was all the same.
7    Q.    Okay.  And have you also stopped
8 doing any therapy for the right side right
9 now?
10    A.    I hadn't -- Yeah.
11    Q.    That's okay.
12    A.    I hadn't done --
13    Q.    Okay.  And with regard to the
14 stroke that you said you had, did you talk to
15 your doctors about it?  You know, after --
16 after you regained consciousness, did you talk
17 to your doctors about the stroke and what
18 effects that it had?  Do you recall?
19    A.    Not that I can remember.  No.
20    Q.    Okay.  And did anybody ever tell
21 you that the stroke was caused by the injury
22 to your head or to any other part of your
23 body?
24    A.    From the trauma, from what I
25 understand.  I had a stroke because of the

Page 129

1 trauma that I went through.
2    Q.    Okay.  So you would have talked
3 with one of your doctors about it, but you're
4 just not sure who --
5    A.    I'm sure I didn't talk to them.
6 I think my parents told me everything.
7    Q.    Okay.  And then with regard to
8 the injury to your head, can you, I guess,
9 first, just generally describe -- from what
10 you've either been told by the doctors or seen
11 yourself or talked to other folks, could you
12 describe what that injury was initially?
13    A.    From what I understand, my head
14 was open like an oyster shell.  My brain was
15 exposed.  And even like now a lot of my
16 friends tell me that I'm a lot slower than
17 what I used to be.
18    Q.    Did you have to have surgery to
19 repair that injury?
20    A.    I had -- Yeah.
21    Q.    Okay.  Do you know if it was more
22 than one surgery?
23    A.    I guess it was one.  I don't
24 know.  I have no idea.
25    Q.    Okay.  And when you say that you

Page 130

1  and your friends say you're a little slower
2  now after the accident, what specific sorts of
3  things do you have trouble with that you
4  didn't have trouble with before?
5      A.    I don't know.  It's hard for me
6  to comprehend things.  I have no idea.
7      Q.    Any memory issues?
8      A.    Yeah.  My memory -- It's like
9  when I -- It's like my brain thinks of what I
10  want to say, and it takes a while before
11  the -- for it to come out.  And people notice.
12      Q.    Okay.  So do you feel like you're
13  unable to perform a lot of the same mental
14  functions now that you were able to do before
15  this accident?
16      A.    I've tried.  I struggle.  It's
17  hard for me to do crossword puzzles.
18      Q.    Harder to read than it was
19  before?
20      A.    Yeah.  When I read, it's --
21  it's -- I've got to -- I'm going to have to
22  read something, and I have to go back again
23  and read it a couple of times just to get --
24      Q.    Right.
25      A.    -- get the comprehension of it.

Page 131

1      Q.    Okay.  What, if any, medications
2  were you taking for your head injury, if you
3  remember?
4      A.    I was taking topiramate for
5  migraine headaches, Zoloft for depression.
6  They had me taking Keppra.  I had to take that
7  for up to a year after my accident to, I
8  guess, prevent me from having seizures.  And
9  they had me on Cymbalta for a little while.
10      Q.    So you're not taking Keppra
11  anymore?
12      A.    No.
13      Q.    Okay.  And have you had any other
14  seizures since the time of the accident?
15      A.    No.  I hope not.  I don't want to
16  have one.
17      Q.    Are you still taking the Zoloft?
18      A.    Yes.
19      Q.    And the -- I'm sorry.  I may
20  mispronounce this, but the --
21      A.    Topiramate.
22      Q.    Topiramate?
23      A.    Yeah.
24      Q.    What was that for?
25      A.    That's for migraines.

Page 132

1      Q.    Migraines.  Sorry.
2            And then what is the Cymbalta
3  for?
4      A.    For my depression.
5      Q.    Okay.  And you're still taking
6  that right now, too?
7      A.    No.
8      Q.    "No"?
9            Was there any other -- I guess
10  were there any separate prescriptions you had
11  related to the other injuries to your arm, or
12  was that all for everything?
13      A.    They had me taking -- For chronic
14  pain, they were giving me Lortab .5 something.
15      Q.    Okay.  Are you still taking any
16  Lortab now?
17      A.    No.
18      Q.    And I guess once you regained
19  consciousness after the accident and after
20  your surgeries, is that when you started all
21  of these, or did they not come till later?
22      A.    The medications?  I was getting
23  them in the hospital.  They were giving it to
24  me every day in the hospital, so I don't know
25  if they started it like while I was still

Page 133

1  unconscious or what.
2      Q.    But as far back as you remember
3  waking up from being unconscious, you
4  were getting the medicine, and you just kept
5  taking it until you stopped the various ones
6  or continue them now?
7      A.    I stopped various onces.  The
8  Zoloft, they said I don't need to stop taking
9  that because of my depression.
10      Q.    Okay.
11      A.    And the topiramate I still get
12  every once in a while for my migraines and
13  stuff, and the Lortab, it's just -- I stopped
14  taking that because I just don't like
15  narcotics.
16      Q.    Okay.
17      A.    And I just eat Ibuprofen like
18  candy.
19      Q.    Are you still seeing any doctors
20  or getting any treatment specifically for you
21  head injury?
22      A.    I still have -- Dr. Acosta is my
23  doctor, and we're supposed to be trying to get
24  my doctors transferred up to North Carolina.
25      Q.    So you're going to get some new

Page 134

1  ones up there since you moved from Charlotte?
2      A.   I -- I need to continue with
3  treatment.
4      Q.   Right.
5          Okay.  To the best that you
6  remember, can you give me the names of any
7  doctors you remember working with at any time
8  since the subject accident?  If you can't
9  remember all of them, that's okay, but just
10  the ones you remember.
11      A.   Dr. Acosta, Dr. Bolter.
12  Dr. Barfoot was in -- at Touro in New Orleans.
13  And Dr. McKenzie, I went and seen him to try
14  to get a primary physician in Gloster.  And
15  Dr. Cavalier.
16      Q.   Cavalier, is that what you said?
17      A.   Cavalier.
18      Q.   Cavalier.
19          Okay.  What kind of doctor was
20  Dr. Acosta, if you remember?
21      A.   He was kind of like a primary.
22  He did checkups on my arm and stuff like that
23  from the --
24      Q.   So you saw him down the road
25  after the subject accident, or was he somebody

Page 135

1  you saw like immediately?
2      A.   I think right after -- That's who
3  I was appointed to right after the accident.
4      Q.   Okay.  Right after.
5          You said you were working with
6  him about your arm?
7      A.   For my -- Yeah.
8      Q.   Was he also helping you with the
9  depression issues and your head injury stuff
10  or mainly just your arm?
11      A.   Doctor -- Dr. Bolter was doing
12  my --
13      Q.   Okay.  Do you know specifically
14  what kind of doctor he was or she was?
15      A.   A neuropsychologist.
16      Q.   All right.  And Dr. Bolter, is
17  that a he or a she?
18      A.   A he.
19      Q.   A he?
20          He was helping you with the
21  depression issues?
22      A.   Yeah.  He was trying -- He was
23  the one who recommended that I don't stop
24  taking the Zoloft and stuff.
25      Q.   Okay.  Did he do any testing?  Do

Page 136

1  you know?
2      A.   I had EEGs done, and he did do
3  some kind of test that I had to do with -- for
4  him, and I can't remember what it was.
5      Q.   It's okay.
6          Did you and Dr. Bolter ever
7  discuss, I guess, kind of the differences in
8  your mental state and ability before and after
9  the accident?
10      A.   (Witness nods head
11  affirmatively.)
12      Q.   Okay.  And did you guys discuss
13  any progress that you were making towards
14  regaining some of the abilities and such
15  through treatment with him?
16      A.   Not that I can remember.  I can't
17  remember.
18      Q.   Okay.  Do you know if -- Did he
19  ever tell you that he felt like you were
20  improving?
21      A.   Yeah.  He said it will take a
22  while, but yeah.
23      Q.   Did he ever tell you that he
24  feels like with his help or the help of a
25  similar doctor, you can regain some of the --

Page 137

1  or most of the same functional abilities that
2  you had before?
3      A.   I can't really remember how, but
4  he said I won't have it -- I won't be the way
5  I was before.  So I can't expect to be
6  completely 100 like I used to be.
7      Q.   Okay.  Do you feel like you've
8  gotten better since the time of the accident
9  to now?
10      A.   I've gotten better.  I've gotten
11  better.  It's just the depression is hard to
12  deal with.
13      Q.   It's a process, slow process;
14  right?
15      A.   Yeah.
16      Q.   Okay.  So are you going to try to
17  seek similar doctors, some more help up in
18  Charlotte to continue that process?
19      A.   Yes.
20      Q.   And is Dr. Bolter helping you
21  with that process?  Do you know?
22      A.   Workers' comp. will do something
23  about it.
24      Q.   So you have a case manager for
25  the workers' comp.?

Page 138

1    A.    Yes.
2    Q.    And would that be who will set it
3 up, you think?
4    A.    I'm pretty sure they -- I'm
5 pretty sure it's going to have to go through
6 her.
7    Q.    Okay.  Do you remember her name?
8    A.    Inez Ortiz.
9    Q.    And is she based -- Where is she
10 based if you know?
11    MR. CRAIG:
12        She's here.
13    THE WITNESS:
14        I have no idea.  I have no idea.
15 EXAMINATION BY MR. CHASTAIN:
16    Q.    That's all right.
17        And then you mentioned
18 Dr. Barfoot is with Touro in New Orleans?
19    A.    Yes.
20    Q.    Where is Touro?
21    A.    That's where I woke up.  That's a
22 rehabilitation center.
23    Q.    Did anybody tell you how long you
24 had been unconscious between the time of the
25 accident and when you woke up?

Page 139

1    A.    I know it was a little while.  I
2 can't remember.  I've been exaggerating.  I
3 was thinking it was like three months, but I
4 can't remember, really.  It's about --
5 What? -- a month and a half, two months.  I
6 don't know.  I can't remember.
7    Q.    Okay.  Do you know about how long
8 you were in the hospital from the time of the
9 accident till when you were allowed to go home
10 and either live on your own or with family?
11    A.    I went home on June 3rd.
12    Q.    June 3rd.
13        So did you work with other
14 doctors besides -- or physical therapists or
15 nurses besides Dr. Barfoot at Touro?
16    A.    I had -- I had physical
17 therapists there.
18    Q.    Do you remember any of their
19 names?
20    A.    Not that I can remember.  I can't
21 remember their names.
22    Q.    What sort of things did you do
23 there at the rehab center?
24    A.    Learn how to walk again pretty
25 much and used my hands to the best that they

Page 140

1 could when I was there, helped me with my
2 eating, read clocks, just pretty much, I
3 guess, learn how to do everything all over
4 again, like the normal day stuff, getting
5 dressed, how to do that, take a shower by
6 myself.  I had to learn how to do all of that
7 all over again.
8    Q.    And that's all stuff that those
9 folks helped you with there?
10    A.    Yeah.
11    Q.    Do you still -- Do you plan on
12 going back there at any point for any
13 followups?
14    A.    I would love to.  I would love
15 just to go back there and visit.
16    Q.    But you don't have anything
17 planned or scheduled right now?
18    A.    No.
19    Q.    Okay.  And we already talked
20 about Dr. McKenzie.
21        What kind of doctor was Dr.
22 Cavalier?
23    A.    He was my -- He was before
24 Acosta.  I had Cavalier, and then Cavalier,
25 he -- I think he resigned or something or

Page 141

1 retired, and then Acosta was appointed to me.
2    Q.    Okay.  And what -- You were doing
3 the same work with him that you were doing
4 with Dr. Acosta?
5    A.    Yeah.
6    Q.    So he was just working generally
7 on helping you with your arm and your head and
8 everything else?
9    A.    Right.
10    Q.    Okay.  Do you ever remember being
11 seen by Dr. Pham or Pham?
12    A.    Dr. Pham.
13    Q.    Pham?
14    A.    Yeah.  She was at NeuroMedical
15 Center.  She's a pain management doctor.
16    Q.    Is that the same place as
17 Dr. Bolter?
18    A.    Yes.
19    Q.    Okay.  And what exactly did she
20 do for you?
21    A.    She -- That poor lady.  I feel
22 sorry for her.  I gave her a hard time.
23        She tried to help me out with my
24 pain, but I kind of let my brain damage take
25 over, I guess.  I didn't know how to control

Page 142

1  it back then, and I kind of snapped on her in
2  the office.
3      Q.   I guess was she prescribing you
4  medication?
5      A.   Yeah.
6      Q.   Okay.  Is that what the
7  argument --
8      A.   The Lortab .5.
9      Q.   The Lortab .5.
10         Is that what the argument related
11  to?
12      A.   Yeah.
13      Q.   Okay.  What was the argument
14  about?
15      A.   Because she wanted me to take
16  them one at nighttime when I went to bed, and
17  when I was asleep wasn't when I was hurting.
18  I was hurting during the day.  And we kind of
19  got in an argument about it because, you know,
20  I kind of told her -- I said, "I'm not hurting
21  at night when I'm sleeping.  I hurt during the
22  day when I'm up."  And so she kind of said
23  something that made me -- made me mad.  I went
24  off on her.
25      Q.   Okay.  And so you guys disagreed

Page 143

1  on the way she was telling you to take your
2  medication?
3      A.   Yeah.
4      Q.   And did you have any
5  disagreements about how much or how often you
6  were taking the medication, that you recall?
7      A.   That's -- Well, I was hurting
8  during the day.  One at night -- And Lortab .5
9  that helps you maybe for two hours, and then
10  you start hurting again.
11      Q.   Okay.  So you would take some
12  during the day in addition to what she was
13  telling you to at night?
14      A.   No.  I wasn't taking them at
15  night.
16      Q.   Oh, you weren't taking them?
17      A.   I was taking them during the day.
18      Q.   Okay.
19      A.   Like when I would get up in the
20  morning, I would take one, and a couple of
21  hours later I would take another one.  But she
22  was only wanting me to take one at nighttime,
23  and no.  I'm -- I'm hurting, and so --
24      Q.   So you would take multiple Lortab
25  .5 pills during the day?

Page 144

1      A.   Not a lot.  It was like one in
2  the morning and a couple of hours later, I'd
3  take another one.
4      Q.   Okay.  So she was basically
5  just -- You guys got in a disagreement because
6  you were taking them faster than she wanted
7  you to?
8      A.   Yeah.
9      Q.   Okay.  I got you.
10         Were you transferred to a
11  different pain management doctor after that
12  disagreement?
13      A.   Yeah.  I can't remember who he
14  was.  Out in Covington, I think, or Hammond,
15  somewhere around there.
16      Q.   So not with the NeuroMedical
17  Center?
18      A.   No.
19      Q.   Are you still seeing that doctor
20  at all?
21      A.   No.
22      Q.   And you said it was a man, you
23  think?
24      A.   Yeah.
25      Q.   Okay.  If you remember his name,

Page 145

1  you can tell me later, but if not, that's
2  okay.
3         Okay.  And you said you don't
4  recall -- And if not, that's totally okay --
5  the name of the physical therapist you were
6  working with at Touro?
7      A.   Uh-uh (indicating negatively).  I
8  can't remember her name.
9      Q.   Okay.  Have you worked with any
10  chiropractors since the accident?
11      A.   No.
12      Q.   Okay.
13      A.   Because I don't really know what
14  all I can do, I mean.
15      Q.   And the only physical therapy
16  that you've had so far was through Touro?
17      A.   Touro, and I went to -- When I
18  was living in Mississippi after the accident
19  with my mom and them, I went to McComb.  I had
20  physical therapy out there.  Then I moved back
21  here, and they -- I started physical therapy
22  at Sage Outpatient by Our Lady of the Lake.
23      Q.   Okay.  That's a hospital near
24  here?
25      A.   Yeah.

Page 146

1  Q.  And McComb, is that a hospital,
2  or is that a --
3  A.  A town.
4  Q.  That's a town?
5  A.  Near Gloster, Mississippi.
6  Q.  Do you remember the name of the
7  place where you were having physical therapy
8  in McComb?
9  A.  I cannot remember.
10  Q.  That's all right.
11  And Touro, you said, was in New
12  Orleans?
13  A.  Yeah.
14  Q.  Okay.  So you went from New
15  Orleans back to your parents in Mississippi
16  and then back down here?
17  A.  Yeah.
18  Q.  That's the order of places?
19  A.  (Witness nods head
20  affirmatively.)
21  Q.  Okay.  Do you remember -- And you
22  may not, but do you remember ever being at
23  Field Memorial Community Hospital in relation
24  to the subject accident?
25  A.  I think that's the emergency room

Page 147

1  they brought me to after the accident.
2  Q.  Okay.  But you don't have -- I'm
3  sorry.
4  A.  I think that's where they brought
5  me.  I was -- My mom told me they brought me
6  to the emergency room in Centerville, and
7  that's --
8  Q.  Okay.  It's in Centerville.
9  And then Our Lady of the Lake
10  Hospital, you said that's the one that's here
11  in Baton Rouge?
12  A.  Yeah.
13  Q.  Okay.  And is that where --
14  that's where you were receiving physical
15  therapy here at Sage?
16  A.  Sage.
17  Q.  Okay.  Were there any specific
18  doctors or therapists you remember from when
19  you were at Our Lady or at Sage?
20  A.  At Sage, Miss Heidi Wood was my
21  social worker.
22  Q.  Okay.
23  A.  As far as my therapist, I can't
24  even remember the names.
25  Q.  That's all right.

Page 148

1  Do you recall ever using or being
2  in contact with anyone from AMR Ambulance?
3  A.  No, not that I know of.
4  Q.  Okay.  Does the name Jennifer
5  Robillard or Robillard --
6  A.  Robillard.
7  Q.  Robillard.
8  Does that ring a bell?
9  A.  Yes.
10  Q.  Who is that?
11  A.  That's my sister-in-law.
12  Q.  Sister-in-law.
13  Where does she live?
14  A.  Walker, Louisiana.
15  Q.  Did she come to any of the
16  hospitals or clinics after the accident?  Do
17  you remember?
18  A.  I think they went to Our Lady of
19  the Lake when I was in ICU, and I think they
20  came and visited -- Yeah.  They came and seen
21  me at Touro.
22  Q.  Okay.  We've already talked about
23  Touro.  We've talked about the NeuroMedical
24  Center.
25  Do you recall any of the doctors

Page 149

1  at the NeuroMedical Center or either -- Is it
2  Dr. Bolter?
3  A.  NeuroMedical Center, yeah.
4  Q.  Dr. Bolter?
5  A.  Dr. Bolter.
6  Q.  Do you recall him or any other
7  doctors telling you as recently as this past
8  summer that you were making great progress?
9  A.  I think so.  I think they did
10  tell me that.
11  Q.  That's good.
12  Do you remember a Dr. Green --
13  A.  Yeah.
14  Q.  -- or Dr. Craig Castleman Green?
15  A.  Dr. Green, yes.
16  Q.  What he was doing for you?
17  A.  He's the surgeon that did my arm.
18  Q.  I got you.
19  And after he did the surgery, did
20  you guys have any followup meetings?
21  A.  Yeah.
22  Q.  Okay.  What were those for?
23  A.  Just follow up my arm.
24  Q.  Okay.  Did he ever tell you if he
25  thought your arm would recover and whether you

Page 150

1  could use it again fully?
2      A.   Not fully.  I thought this was
3  the best it was going to get, from my
4  understanding.
5      Q.   Did you guys -- did you guys or
6  any of your doctors ever talk about the
7  possibility of you going back to work at the
8  same job where you were before based on your
9  injuries?
10     A.   I never talked about it because I
11 just -- I think -- I don't know if they
12 mentioned it to me, and I can't remember, but
13 that's just something I can't picture myself
14 doing because I'm --
15     Q.   Okay.  So you don't think you'll
16 be able to go back to doing a job like
17 A B Trucking because of your injuries?
18     A.   No.
19     Q.   Do you have any other types of
20 jobs or employment that you think you might
21 like to try to do in the future?
22     A.   One goal that I have is I want to
23 go to school and be a physical therapy
24 assistant because I want to help people like
25 I've been helped.

Page 151

1      Q.   Okay.
2      A.   That's what I want to do.
3      Q.   So you enjoyed working with those
4  folks, and they helped you a lot?
5      A.   I just want to help people the
6  way I've been helped.
7      Q.   Yes, sir.
8           Do you remember ever getting any
9  therapy or treatment at any Healthsouth
10 Clinics?
11     A.   Healthsouth?  Healthsouth?  Yeah.
12 I went there one time.
13     Q.   Okay.  Do you know where that
14 was?
15     A.   In Baton Rouge somewhere.
16     Q.   Here in Baton Rouge.
17          And what was that for?
18     A.   I think so.
19     Q.   Okay.
20     A.   They were trying to find a
21 physical therapy place for me to go close to
22 where I was living, so --
23     Q.   I got you.
24     A.   I went there, and then they
25 transferred me from there to Sage.

Page 152

1      Q.   Okay.  And where were you living
2  at the time that you were going to Healthsouth
3  and Sage?  Which address was that or which
4  location?
5      A.   In Port Vincent.
6      Q.   The Port Vincent location.
7           Okay.  And remind me.  I'm sorry
8  if I forgot.  That's when you were living with
9  a roommate there?
10     A.   At Port Vincent it was me and my
11 wife.
12     Q.   Your wife, Nicole.
13          Okay.  Does anywhere that you've
14 lived after the accident have stairs or
15 anything you have to walk up to get into the
16 residence?
17     A.   No.  Well, steps but nothing but
18 like three steps.
19     Q.   Three steps.
20          And were you able -- Once you
21 left the hospitals and left the physical
22 therapists, were you able to get in and out of
23 the house okay on your own, or did you need
24 help?
25     A.   I had to have help for a little

Page 153

1  while.
2      Q.   Okay.
3      A.   Now I still have to hold onto
4  something when I go up and down stairs.
5      Q.   Okay.  So you have to hold onto
6  the rail or something?
7      A.   Yeah.
8      Q.   Okay.  But you're able to get --
9  go up a couple of stairs in and out of a house
10 or something like that?
11     A.   Right.
12     Q.   Okay.  What about if you had to
13 go up a long flight of stairs?  Would you be
14 able to do that, or would you need some help?
15     A.   As long as I got railings,
16 something to hold onto.
17     Q.   Okay.  What sort of activities
18 did you do, like hobbies, household stuff,
19 other recreation, before the accident that you
20 are not able to do now because of the
21 injuries?
22     A.   I loved playing basketball.  I
23 played baseball and stuff with my son.
24 Playing basketball is out.  I'm not
25 coordinated enough to do that no more.  I

Page 154

1　can't even dribble a ball no more.  And my
2　equilibrium is also bad.  If I stand up for
3　long periods of time, I get like light-headed.
4　I got to sit down.
5　　　　　I'll tell you how I feel.  I feel
6　like I'm drunk at all times.  My equilibrium
7　is that bad.  You know, I'm just -- I'm, well,
8　staggering all the time.
9　　Q.　Okay.  What about any household
10　duties like dishes or cleaning up, stuff like
11　that?  Are you still able to do that sort of
12　thing?
13　　A.　Yeah.  I can do dishes and stuff,
14　clean up.
15　　Q.　And you said you initially had
16　some problems with things like taking a shower
17　and stuff and getting dressed.
18　　　　　Are you able to do most of that
19　now by yourself?
20　　A.　Yeah.
21　　Q.　Okay.  So most of your daily
22　activities that you need to do to be able to
23　get up and get ready for the day and eat --
24　　A.　Right.
25　　Q.　-- you can do that kind of thing?

Page 155

1　　A.　Yeah.
2　　Q.　Are you able to drive?
3　　A.　No.
4　　Q.　No driving?
5　　A.　(Witness shakes head negatively.)
6　　　　　My brain don't react quick enough
7　for something like that.
8　　Q.　Right.
9　　　　　You said that you and Nicole
10　Billingsley have been separated for a number
11　of months at this point; is that right?
12　　A.　Yes.
13　　Q.　But you guys, you got married
14　shortly after you left the hospital; right?
15　　A.　Yeah.
16　　Q.　Okay.  And I apologize for asking
17　these questions because they're always very
18　sensitive, but it's part of my job.
19　　　　　Were you guys able to -- After
20　your injuries from the accident, were you able
21　to be physically intimate in the same ways
22　that you were before the accident?
23　　A.　Yeah.
24　　Q.　Okay.  So that was all still the
25　same subject to you healing up?

Page 156

1　　A.　(Witness nods head
2　affirmatively.)
3　　Q.　Okay.  And are you still -- I
4　know you guys aren't together now, but are you
5　still physically able to be intimate now?
6　　A.　I'm pretty sure.  Ever since
7　that, I ain't been looking for somebody.  I'm
8　just not interested in dating anybody right
9　now, so --
10　　Q.　I apologize for the sensitive
11　nature of the questions.
12　　A.　No problem.
13　　Q.　As far as you know, have you
14　provided your lawyers with all of your
15　doctors' and hospital bills that you have
16　received, if you've received any?
17　　A.　I haven't received any.
18　　Q.　Okay.
19　　A.　And I don't know if my mom has
20　received it at her address or not, but --
21　　Q.　Okay.  So have you had to come
22　out of pocket for any medical care so far, or
23　has it all been paid by workers' comp.?
24　　A.　Workers' comp.
25　　Q.　Okay.  Do you have any sense of

Page 157

1　how much has been paid by workers' comp.?
2　　A.　I have no idea.
3　　Q.　Okay.  Do you know if there's a
4　limit to how much can and will be paid by the
5　workers' comp. people?
6　　A.　I think there is a limit.  I
7　don't know.  I have no idea.
8　　Q.　And you said Miss Ortiz is your
9　case worker?
10　　A.　My case worker.
11　　Q.　And what's -- Do you know the
12　name of the company that she works with?
13　　A.　Chartis.  It used to be AIG.
14　　Q.　Okay.  And do you know if you --
15　in this lawsuit you are making a claim for
16　lost wages as a result of the accident?
17　　A.　I have no idea.
18　　Q.　Okay.  Have you been paid
19　anything for wages you otherwise would have
20　received from workers' comp. since the
21　accident?
22　　A.　No.  The only thing I've gotten
23　is a weekly check from workers' comp.
24　　Q.　Okay.  Do you know -- What's that
25　for?

Page 158

1    A.   Two ninety-eight.
2    Q.   Two ninety-eight a week?
3    A.   (Witness nods head
4  affirmatively.)
5    Q.   And -- But the medical stuff is
6  paid separately from that?
7    A.   I guess so.  I guess.
8    Q.   As far as you know?
9    A.   As far as I know.
10   Q.   Okay.  And how long have you been
11 receiving that 298 a week?
12   A.   A year and seven months.
13   Q.   Did they -- Has anyone given you
14 any indication of how long you will continue
15 to receive that 298 a week?
16   A.   From what I understand,
17 Mississippi statute or something like that,
18 they're required to pay me up to eight years,
19 so --
20   Q.   Okay.  Have you talked to
21 Miss Ortiz about that, or does she just handle
22 your medical stuff?
23   A.   She's handled everything.  Craig
24 talks to her.
25   Q.   Okay.

Page 159

1    A.   She won't talk to me at all,
2  so --
3    Q.   Okay.  And before I think you
4  couldn't remember, but does the 298 a week --
5  is that about what you were making before, or
6  is that less, do you think?
7    A.   It's got to be less.
8    Q.   Okay.
9    A.   It has to be less.
10   Q.   But you don't remember about how
11 much that was before?
12   A.   I think -- I think I was making
13 close to 400, a little more than 400 a week,
14 depending on how long I worked.
15   Q.   Right.  So it was by the -- Was
16 it by the hour, or was it weekly?
17   A.   By the hour.
18   Q.   Okay.  So at least 400 a week,
19 maybe more?
20   A.   Maybe more.
21   Q.   Okay.  And have you come up --
22 And if you haven't, that's fine.  But have you
23 come up with any amount of wages or salary
24 that you've lost between the time of the
25 accident and today?

Page 160

1    A.   No.  I hadn't even really --
2    Q.   That's okay.
3    A.   -- thought of it.
4    Q.   What about any estimate of future
5  lost wages for going forward into the future?
6    A.   I just -- The way I feel, it's --
7  I feel like I've done lost everything from
8  this accident.  I can't work.  I mean I can't
9  take care of my kids, and it's just -- I've
10 lost my whole life because of it.
11   Q.   So no -- I think I understood
12 your answer, but -- but no -- you haven't
13 calculated any number of wages that you think
14 you've lost going forward?
15   A.   No.
16   Q.   Okay.  Do you know of any other
17 sources, companies, or people that have paid
18 any of your medical or hospital bills other
19 than workers' comp.?
20   A.   No.
21   Q.   Okay.  And did you have any other
22 health insurance before the accident?
23   A.   No.
24   Q.   Have you received any payments
25 from anybody other than your workers' comp.

Page 161

1  carrier that relate to the accident?
2    A.   No.
3    Q.   Have you entered into any
4  settlement agreements with anybody like
5  A B Trucking, Diamond Enterprises --
6    A.   No.
7    Q.   -- workers' comp., anybody
8  related to the accident?
9    A.   No.
10   Q.   And you said you haven't been
11 dating or anything like that since you and
12 Nicole decided to split up; right?
13   A.   Right.
14   Q.   Okay.  And you said you guys got
15 married around June of 2009?
16   A.   Yeah.
17   Q.   So --
18   A.   June 16th.
19   Q.   I'm trying to think in my head
20 about how many months -- if it's December 2010
21 now, about how many months you guys were
22 married before you decided to separate.  Do
23 you recall?
24   A.   Oh --
25        MRS. BILLINGSLEY:

Case 3:10-cv-00352-JJB-SCR   Document 35-4   08/11/11   Page 42 of 43

~Billingsley vs. MNA~          Jeremiah Billingsley          EXHIBIT A
                                                            12/14/2010

Page 162

1    March.
2    THE WITNESS:
3    March.
4    EXAMINATION BY MR. CHASTAIN:
5    Q.    March?
6        So June 2009 through March 2010,
7    does that sound about right?
8    A.    Yeah.
9    Q.    June 16th, 2009 through sometime
10   in March 2010?
11   A.    Yeah.
12   Q.    Okay.  Okay.  And this is another
13   tough subject, so I apologize again.
14       But I know you said you have a
15   hard time being able to take care of your kids
16   now.  Were they already living in Mississippi
17   at the time of the accident?
18   A.    Yeah.
19   Q.    Okay.  Do you still -- Are you
20   still able to visit them now from time to
21   time?
22   A.    No.
23   Q.    "No"?
24       Is that as a result of the
25   accident, or was that as a result of their

Page 163

1    guardian limiting that?
2    A.    Not the accident.  Yeah.  Pretty
3    much their guardian thing.
4    Q.    Okay.  I got you.
5        And so your plan now is to live
6    in Charlotte for a while; right?
7    A.    Yeah.
8    Q.    Okay.  And remind me.  I
9    apologize if you told me earlier, remind me of
10   who you're living with up there with.  Your
11   brother?
12   A.    My brother.
13   Q.    Do you have a plan for how long
14   you want to stay in Charlotte?
15   A.    I just want to go somewhere where
16   I'm just happy there, somewhere fresh.  I got
17   a second chance at life and a fresh start for
18   me over there --
19   Q.    Okay.  So you're just --
20   A.    -- away from all the negative
21   people.  And my brother, he's willing to take
22   care of me.  He knows about my situation, my
23   condition, and, you know, he helps me.  He
24   helps me out a lot.
25   Q.    That's good.  He sounds like a

Page 164

1    nice guy.
2    A.    You know.
3    Q.    Okay.  Well, I think if we could
4    just take a very, very short break, I think
5    that might be all of my questions.  If you
6    don't mind if I just read through my notes for
7    a minute while we're off the record.  If you
8    want to take a break or walk around or
9    something, and then we'll come back.
10       And if Chris has any questions
11   that he wants to ask, he'll have a chance to
12   do that, and I might have a couple more
13   questions to ask, but I don't think much, if
14   anything?
15   THE WITNESS:
16   Okay.
17   MR. CHASTAIN:
18       So we'll just take like maybe a
19   five- or ten-minute break, if that's okay with
20   you.
21   THE WITNESS:
22   Yeah.  I'll smoke another
23   cigarette.
24   MR. CHASTAIN:
25   We'll go off.

Page 165

1        (Whereupon there was a brief
2    recess taken.)
3    MR. CHASTAIN:
4    Back on the record.
5    EXAMINATION BY MR. CHASTAIN:
6    Q.    Just real quickly, one of the
7    allegations in this lawsuit is that the
8    subject tire that we've been talking about was
9    defectively designed or manufactured.
10       Do you have any belief or can you
11   describe to me anything that you know of or
12   believe was defective about the tire?
13   A.    Well, I feel -- I mean I have
14   plenty of experience dealing with tires and
15   stuff, and I don't know what happened.  I know
16   I didn't over inflate it because I know better
17   than that.  I've had plenty of experience in
18   tire -- tire experience working with them, so
19   I just -- I don't know what happened.
20   Q.    Okay.  And so you never had -- In
21   your experience, either with passenger tires
22   or these truck tires, you'd never had a tire
23   that was overinflated before?
24   A.    No.
25   Q.    Never had any other kind of

Page 166

1  blowup or anything like that?
2      A.    Never.
3      Q.    Okay.  And other than your
4  attorneys, your family members, and then the
5  doctors and then the individuals we talked
6  about in here, just if you remember, is there
7  anybody else that you've talked about the case
8  with?
9      A.    No.
10     MR. CHASTAIN:
11         Okay.  Well, I think that is it
12  for me.  I really appreciate your time, taking
13  the time out of your day and coming down here,
14  back down here to Louisiana and talking with
15  us.
16     THE WITNESS:
17         No problem.
18     MR. CHASTAIN:
19         And if Chris has any followup
20  questions --
21     MR. OETJENS:
22         I don't have any.
23     MR. CHASTAIN:
24         Okay.  Well, I think that's it
25  for me, so I think we're off.

Page 167

1      (Whereupon the proceedings were
2  concluded.)
3          *    *    *    *    *
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 168

1          REPORTER'S CERTIFICATE
2
3
4      I, CATHERINE C. GAUDET, CCR,
5  Certified Court Reporter for the State of
6  Louisiana, do hereby certify that the
7  above-mentioned witness, after having been
8  first duly sworn by me to testify to the
9  truth, did testify as hereinabove set forth;
10     That the testimony was reported by me
11  in shorthand and transcribed under my personal
12  direction and supervision, and is a true and
13  correct transcript, to the best of my ability
14  and understanding;
15     That I am not of counsel, not related
16  to counsel or the parties hereto, and not in
17  any way interested in the outcome of this
18  matter.
19
20
21
22
23     CATHERINE C. GAUDET, CCR
     Certified Court Reporter
24     State of Louisiana
     Certificate No. 84108
25