EXHIBIT B

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF LOUISIANA**

JEREMIAH BILLINGSLEY and NICOLE
BILLINGSLEY,
(Plaintiffs),

vs.

MICHELIN NORTH AMERICA, INC. and
TIRE CENTERS, LLC,
(Defendants)

CIVIL ACTION NO. :
3:10-CV-00352-JJB-SCR

<u>**AFFIDAVIT OF MR. JAMES GARDNER**</u>

Personally before me, the undersigned officer authorized to administer oaths, came Mr. James Gardner, who, upon being sworn, deposed and stated as follows:

1.  This affidavit is based on my personal knowledge.  I am over 18 years of age and am competent to give this affidavit.

2.  I have been employed in various aspects of the tire industry, including tire design, development, and construction, and tire failure mode analysis, since 1965.  Based on my education, training, and experience, I am knowledgeable regarding the subjects of tire design, tire manufacture, standard industry procedures and government regulations related to tire mounting and de-mounting, and the analysis of tires to determine the cause of a tire disablement.  My education, training, and experience are accurately set forth in my curriculum vitae, which is Attachment 1 to this affidavit.

3.  The tire that is the subject matter of the above-styled lawsuit is a 11R24.5 BFGoodrich ST230 tire, bearing Department of Transportation identification number B64F BWLX 4608 ("the subject tire").  Plaintiffs' Petition for Damages states that Mr. Jeremiah Billingsley was attempting to mount the subject tire on a truck wheel when the tire "exploded," indicating that Mr. Billingsley was in the process of adding inflation pressure

EXHIBIT B

EXHIBIT B

to seat the beads.  The beads of a tire are the portion of the tire that meets the wheel when the tire is fully mounted and inflated.

4.    I have personally inspected the subject tire and the wheel onto which Mr. Billingsley was attempting to mount the subject tire.  In addition, I have reviewed a number of other materials relating to this claim, including the Limited Warranty/Operator's Manual applicable to the subject tire, regulations issued by the United States Department of Labor Occupational Safety & Health Administration ("OSHA") related to procedures and equipment for mounting or de-mounting truck tires, and wall charts encompassing the instructions and warnings in the applicable OSHA regulations available through the Rubber Manufacturers' Association ("RMA") and the Tire Industry Association ("TIA"), among others.[1]

5.    My May 26, 2011, expert report in this matter, describing my inspection of the subject tire and wheel, is attached to this affidavit as Attachment 2.  The report is true and correct to the best of my knowledge, and is incorporated in this affidavit as my sworn testimony.

6.    The wheel onto which Mr. Billingsley was attempting to mount the subject tire is a single-piece drop center wheel.  When I received the subject tire and wheel for my inspection, the subject tire was still partially mounted on the wheel.  The wheel was heavily rusted and corroded.  Photographs showing the degree of rust and corrosion on the wheel are attached to this Affidavit as Attachment 3.  Based on my inspection of the wheel, most of the rust and corrosion present at the time of my inspection pre-existed the accident in this case.

---

[1] An international association representing entities that manufacture, repair, sell, or service new or retreaded tires.

EXHIBIT B

EXHIBIT B

7.    OSHA regulations[2] apply to mounting or de-mounting a truck tire such as the subject tire on a wheel, including requirements for proper tire mounting procedures, safety equipment, and training.  Standard procedure in the tire industry, including those who service or install tires, is to comply with the applicable OSHA regulations and to use appropriate safety equipment when mounting tires.  These regulations and procedures are well-known in the tire industry, and instructions and wall charts incorporating the OSHA regulations and providing similar warnings and instructions are widely available to the general public, and to tire professionals specifically, through materials published by OSHA, the RMA, the TIA, and by most major tire manufacturers operating in the United States, including Michelin North America, Inc.[3]  A copy of the OSHA wall chart Demounting and Mounting Procedures for Truck/Bus Tires, obtained from the Tire Industry Association web site, is attached to this Affidavit as Attachment 4.  Tire industry professionals, including those who service and repair truck tires, commonly reference this wall chart, or a nearly identical wall chart available through the RMA, for proper tire mounting and de-mounting procedures.

8.    Standard procedures for mounting a truck tire such as the subject tire on a wheel include first inspecting both the tire and the wheel.  The wheel should be free of rust, pitting, or corrosion.  Moderate rust may be removed with a wire brush and the wheel painted with a rust-inhibiting paint.  Pitted or heavily corroded wheels should be discarded.  Next, an appropriate tire lubricant is applied to BOTH the bead of the tire and the wheel rim.

---

[2] 29 C.F.R. 1910.177
[3] Representative materials can be found at www.tireindustry.org/pdf/osha_Demount-mount.pdf; www.bfgoodrichtrucktires.com (Reference Material: Truck Tire Data Book pp. 2-6; Limited Warranty/Operator's Manual pp. 8-9); www.michelintruck.com (Tool Box/Reference Materials: Truck Tire Service Manual pp. ; Truck Tire Data Book pp. ); www.bridgestonetrucktires.com (Load/Inflation & Technical Info; Technical Info: Bridgestone Medium and Light Truck Tire Data Book p. 64); and http://www.goodyeartrucktires.com/pdf/resources/service-manual/Retread_S3_V.pdf (Section 3, Mounting Procedure).

EXHIBIT B

Failure to lubricate both surfaces, or use of a rusty or corroded wheel, can lead to "hang up" and improper positioning of the tire bead during mounting. If the tire bead is "hung up" or improperly positioned when high inflation pressure is added to seat the bead, it can cause the steel bead wires (or "tringle") to rupture.

9.      Once the tire beads and wheel surfaces are properly cleaned and lubricated and both tire beads are pulled over the wheel rim flange with appropriate tire mounting tools, standard practice in the industry, and applicable OSHA regulations, require that the tire/rim assembly be placed in a safety cage or other restraining device that meets OSHA standards before inflating the tire to seat the bead. Standard procedure in the industry also requires the use of a clip-on air chuck and an in-line remote air gauge, so that the professional mounting the tire can check the inflation pressure without approaching the tire or entering the trajectory of the tire/wheel assembly during inflation.

10.     Based on my education, experience, and training, and based on my inspection of the subject tire and wheel, the subject tire was not defective in design or in construction. It was reasonably and properly designed and manufactured. Further, the rupture of the subject tire's bead/tringle and Mr. Billingsley's injuries were not caused by any defect in the subject tire's design or manufacture.

11.     Based on my education, experience, and training, and based on my inspection of the subject tire and wheel, the rupture of the subject tire's bead/tringle occurred as a result of over inflating the tire while attempting to seat the beads with the serial side (the side of the tire bearing the full DOT serial number) bead in a "hung up" condition. The hang up allowed the tire to burst at a significantly lower pressure than would have occurred if the bead had been properly seated. The bead hang up occurred because the wheel was

heavily corroded and lubricant was not properly applied, preventing the serial side bead from sliding normally onto the bead seat.

12.     The purpose of using a safety cage or other OSHA standard tire restraining device and a clip-on chuck with remote air gauge is to allow a tire professional mounting a tire on a wheel to stand outside the subject tire's trajectory while adding inflation pressure to seat the beads of the tire. and to prevent the tire and wheel assembly from striking and injuring anyone if the tire bursts during mounting.   Proper use of an appropriate restraining device and clip-on chuck with remote air gauge in this case would have allowed Mr. Billingsley to stand away from the subject tire during inflation, and would have prevented the tire and wheel assembly from striking and injuring him when the tire ruptured.

Sworn to and subscribed before me this _10_ day
of _August, 2011._

_____
Notary Public

_____
JAMES GARDNER

LINDA M. BOWE, Notary Public
Residence - Portage County
State Wide Jurisdiction, Ohio
My Commission Expires Sept. 10, 2012

<u>JAMES  D. GARDNER</u>                                    EXHIBIT B-1

<u>EDUCATION</u>

Bachelor of  Science, Mechanical Engineering, The University of Akron, Akron, Ohio; June, 1967.

Master of Science, Mathematics, The University of Akron, Akron, Ohio; June, 1970.

Accident Reconstruction, University of Southern California, Los Angeles, California; January, 1978.

Human Factor Engineering, ANACAPA Science, Santa Barbara, California; March, 1984.

Traffic Accident Reconstruction, Northwestern University, Evanston, Illinois; February, 1986.

Mechanics of Heavy-Duty Trucks and Truck Combinations, The University of Michigan, Ann Arbor, Michigan; July, 1987.

Tire Forensics for the Accident Investigator, University of North Florida, Jacksonville, Florida; February, 1988.

Engineering of Viscoelastic Polymers and Composites, Massachusetts Institute of Technology, Cambridge, Massachusetts; July, 1992.

Inspection and Investigation of Commercial Vehicle Accidents, University of North Florida, Phoenix, Arizona; July, 1993.

Investigation of Motorcycle Accidents, University of North Florida, Jacksonville, Florida, August, 1994.

Fiber Reinforced Composite Materials, Massachusetts Institute of Technology, Cambridge, Massachusetts; July, 1996.

Fundamentals of Lasers, Fiberoptics, and Photonic Sensors, Massachusetts Institute of Technology, Cambridge, Massachusetts; July, 1997.

Rheological Behavior of Polymeric Liquids With Laboratory Workshop, Massachusetts Institute of Technology, Cambridge, Massachusetts; July, 1998.

Data And Models: Theory and Computer Practice, Massachusetts Institute of Technology, Cambridge, Massachusetts; August, 1999.

Foams And Cellular Materials:  Thermal And Mechanical Properties, Massachusetts Institute of Technology, Cambridge, Massachusetts; July, 2000.


<u>PROFESSIONAL ENGINEER</u>

Licensed in the State of Ohio as a Professional Engineer.

Licensed in the State of Alabama as a Professional Engineer.

WORK EXPERIENCE

Mr. Gardner started as a Co-op engineering student with The Firestone Tire & Rubber Company in 1965.  During that period and continuing after graduation, he worked in passenger tire development until January of 1969.  During this period, Mr. Gardner worked on the design and construction of original equipment passenger tires from the drawing board through building, curing, and testing in both the laboratory and on the test track.

In January of 1969, Mr. Gardner joined the Advanced Tire Engineering Group at Firestone. In this area, he worked on all types of tire design and construction including Truck, Tractor, Off-Road, Airplane, Passenger, and special application tires. His responsibility included all phases of engineering from project engineer to group leader.  During this period (1969 through November of 1976), Mr. Gardner was responsible for numerous projects ranging from strain gauge work on aircraft tires to development and field testing of Urban Mass Transit tires.

From November 1976 to April of 1982, Mr. Gardner held the position of Product Engineer and Senior Product Engineer.  In these positions, he was responsible for failure mode analysis of tires and served as a consultant in the area of tire failures and accident investigation.

From May of 1982 to September 2000, Mr. Gardner was Director of Product Analysis for Bridgestone/Firestone, Inc.  His department was responsible worldwide as independent internal and external consultants to advise various other departments on the subjects of tire failure analysis, accident reconstruction, tire performance standards, safety literature and risk prevention.

In October of 2000, Mr. Gardner became an independent engineering consultant.  Mr. Gardner has investigated accidents throughout the United States and overseas for private parties as well as government agencies including the FBI.  He has been qualified as an expert in the field of tires and accident reconstruction in numerous states and federal courts throughout the United States.

PUBLICATIONS

Methodology of Science and Law in Product Liability
published by New Jersey Institute of Technology in 1977.

Controlled Skid Studies Illustrating Tiremarks Generated by Radial Tires
published by American Society of Mechanical Engineers in 1980.

The Distribution of the Inflation Forces on the Structural Members of a Radial Tire published by the Society of Automotive Engineers in 1982.

Tractor Trailer Skid Marks Generated Under Controlled Test Conditions
published by American Society of Mechanical Engineers in 1982.

Tire Examination Following Accidents
published by Northwestern University Traffic Institute in 1986.

EXHIBIT B-1

EXHIBIT B-1

The Role of Blowouts in Accident Causation
published by American Society of Mechanical Engineers in 1987.

Selected Research & Development Needs in Highway Safety
published by American Society of  Mechanical Engineers in 1991.

The Role of Tread/Belt Detachment In Accident Causation published by
International Tire Exhibition And Conference (ITEC) in 1998.

Introduction to Tire Safety, Durability, and Failure Analysis, J.D.Gardner and
B.J.Queiser, Chapter 15 of The Pneumatic Tire, NHTSA, Washington, DC,
2005.

PATENTS

Author or Co-author of eleven U.S. and numerous foreign patents in the area of tire
technology.


ENGINEERING ORGANIZATIONS

Member of The Society of Automotive Engineers, the National and Ohio Society of
Professional Engineers, American Society of  Mechanical Engineers, The Tire Society and
the National Association of  Professional Accident Reconstruction Specialists.

Mr. Gardner has held several offices in the Safety Engineering and Risk Analysis division of the
American Society of Mechanical Engineers including division chairman, vice-chairman and
Transportation Safety committee chairman.  In 1998, Mr. Gardner was elected to the grade of Fellow.

EXHIBIT B-1

EXHIBIT B-2

**JAMES D. GARDNER, P. E.**
**628 W. Market Street**
**Akron, OH 44303**


May 26, 2011

Re:  Jeremiah Billingsley and Nichole Billingsley v. Michelin North America
Inc. and Tire Centers, LLC


I understand that I may be asked to render expert opinion testimony in this matter concerning the cause of the tire disablement in this accident. This report sets forth my expert findings and opinions which are stated to a reasonable degree of engineering certainty.


I. Background

I have been an engineering consultant in the area of tire analysis since 1982. From 1965 until September 30, 2000, I was employed by Bridgestone/Firestone in various engineering capacities. I hold a Bachelor of Science degree in Mechanical Engineering and a Masters of Science degree in Mathematics from the University of Akron. A copy of my C. V. is attached.

As a result of my job responsibilities and years of experience with Firestone, as well as my experience consulting with other tire companies, I have acquired a detailed knowledge of tire and wheel engineering, including tire design, construction, and the various components that make up a tire/wheel assembly. I have inspected and analyzed thousands of tires and wheels and have become familiar with both Firestone and industry design, testing and performance practices and standards. I also have become familiar with manufacturing, testing and inspection procedures and processes for the production of tires and wheels.


II.    Tire and Wheel Components and the Manufacturing Process

Steel belted radial truck tires are complex products.  Tires are not simply rubber; they are composite laminate structures composed of different rubber components reinforced with steel plies.  While natural and synthetic rubbers are the predominant materials in a tire, several other elements --carbon black, sulfur, additives, and chemical curatives -are mixed together in a Banbury rubber mixer to create specific rubber compounds. Specific rubber compounds, along with other materials, are calendared into sheets to manufacture the different tire components such as innerliners, body ply and steel belts. Other rubber compounds are extruded to form the tread, sidewalls and other components.

EXHIBIT B-2

Once the different components are made, the tire is assembled. This process involves assembling the components in layers around a core on a building drum to form the basic shape of a tire. The first component – the innerliner – is made of a rubber compound that is designed to provide for maximum air retention by the tire. Innerliners will vary among tire designs in thickness and number of plies depending upon the specific needs of each product.

The body ply is then placed on top of this innerliner. The precise composition, the end count, dimensions and configuration of the body ply vary from tire to tire depending on the performance requirements of the tire.

Bead wires are then added to the tire to form the tire's bead, which provides contact between the tire and the rim. A bead wire bundle is placed on both sides of the tire, and a portion of the body ply on each side is folded around the bundle to form the point of contact, or bead. The thickness, number of strands, and composition of the bead wires within the bundle will vary among tire sizes and types. Tires designed for higher loads and greater inflation pressures tend to have more strands to make the bead stronger.

Sidewalls are placed on top of the body ply. Each tire uses a sidewall designed specifically for that tire to accommodate its dimensions, intended load and use conditions. The sidewall compounds can change over time. The height, width, thickness and profile of sidewalls vary across tire categories, among tire lines, and with tire size.

Steel belts and treads are next applied. The steel belts are made of steel cables (which are themselves composed of a number of brass plated steel filaments) that are coated with rubber. The rubber coating varies in thickness (calendared gauge) depending upon the design needs of the particular tire. Similarly, adjacent components in the belt edge area, such as belt edge inserts, can vary in dimensions and material. The steel belts provide, among other things, strength and stiffness in the tread region of the tire.

The tread is an extruded piece of rubber that has a size, profile and shape specifically designed for the tire on which it is applied. The particular compound chosen for the tread depends on the performance and handling characteristics required. Some compounds may provide advantages in resisting cutting and tearing while others may be advantageous for traction.

After the tire components have been assembled, the tire is vulcanized, or cured, and the tire's final shape, dimensions, and appearance are formed. This process involves placing the tire in a curing press. The curing press applies both heat and pressure. The heat and pressure cause the tire materials to undergo a chemical reaction in which the physical properties of the materials change and the materials bond. The heat and pressure also form the tire to the exact design of the mold, including the tire's tread pattern. The specifications for cure time, temperature, and pressure are specifically developed for each tire design, and vary from design to design.

EXHIBIT B-2

III.     The Development and Design Process

    All tires are not the same. Tire designs differ substantially from model to model, line to line, and size to size. From a mechanical standpoint, a tire is an integrated product. The performance of a tire depends on the complex interrelationship between various components, geometry, and the loads and forces exerted on them. Variations in any of the components -- configurations, dimensions or material properties -- may have a significant impact upon the distribution of forces, stresses and strain, and heat generation. Tire performance, therefore, can be significantly affected by changes in tire design.

    The service needs of a particular tire are defined by a number of parameters relating to tire size and geometry, vehicle characteristics, operating conditions and type of service, and component construction and material properties. Differences in these parameters will have an impact on mechanical performance, stress and strain relationships, heat generation and the fatigue properties of finished tires.

    There is no single process for the design and development of tires. In fact, the development process differs depending on the type of tire and the market for which it is developed.

    Each tire is defined by its tire specification, and every different specification can be a different product with different performance criteria and characteristics. The specification calls out the materials, sizes, and types of the components as well as the manner in which they interrelate with one another in a particular tire and the particular method of assembly of each tire. Each specification includes specific information for a particular tire, including the size/aspect ratio; the specific compounds for the tread, undertread, sidewalls, beads, bead fillers, belt skim, and innerliner; materials for the belts, beads, and body plies; component gauge and dimensions; belt angle; production methods; production equipment; and cure time. The specification for each tire results in a unique engineering structure that can present substantially different performance characteristics depending on the components, their interrelationship, and the resulting distribution of forces, stress, and strains. These characteristics can make each particular tire different in terms of performance factors such as belt edge strain, belt edge temperature generation, and air permeability.

A.     Tire Size and Geometry

    Tire geometry involves, among other things, the physical dimensions of the tire, the aspect ratio, the tread arc, and the tread pattern. Tire design and construction can vary considerably depending upon the size of the tire in question. A truck subjects its tires to different loads and forces than a car. Thus, tires for the former tend to be larger and heavier, and often require higher inflation pressures than tires for the latter. A larger size tire may have different components (e.g., additional reinforcing strips, etc.) and placement and may have different materials in it (e.g., compounds, heavier body ply fabric, more wire in the steel belts, etc.) than a smaller tire size, depending on the degree

EXHIBIT B-2

of size difference involved.  Further, as tire size increases, the performance requirements relative to load carrying and cornering force become greater as well.

Another significant dimensional difference among tires is the size of the rim on which the tire is mounted. A tire for a 24.5-inch diameter rim must be built to different dimensions than a tire for a 22.5-inch rim, in order to keep all its components in proper proportion. These dimensional differences, in turn, require differences in design, construction and often materials as well.

Even within tires of the same rim diameter (e. g., a 22.5 inch rim), tire design varies depending on other dimensional characteristics of the product. One of these is "aspect ratio," roughly described as the relationship between the height and width of the tire. More precisely, aspect ratio is the ratio between the "section height" (the distance from the top of the tread down to an imaginary line running from bead to bead at the bottom of the tire) and "section width" (the distance from the outermost bulge of one sidewall to the other) when the tire is mounted on a rim that is 70% of the tire section width and inflated to a prescribed pressure. A tire with a high aspect ratio is a tall, skinny tire, while one with a low aspect ratio is a short, squatty tire. These different structures are affected differently by the loads and forces that they encounter in service. These dimensional differences and the applications for which the tire is intended necessitate differences in design, materials and construction.

Other differences among tires include there outside diameter, the revolutions per mile, section width, and static and dynamic loaded radius.

As a consequence of the different diameters of each tire, each of them revolves and goes through the "footprint" that each tire makes as a result of contact with the pavement a different number of times for each mile of travel. These differences are significant in that each revolution is a cycle in which the tire undergoes the forces exerted upon it and the stresses and strains of contact with the pavement, and thus relates to the potential fatigue life of the tire.

Tread radius refers to the shoulder to shoulder curvature of the tread. Tread radius can vary from tire to tire. Together with other factors, tread radius affects a tire's performance.

Tread patterns may vary, even among tires of the same size. Differences in tread pattern design may affect noise treatments, traction, ride, wear and durability.

B.     Vehicle Characteristics and Tire Operating Conditions

Tires are also designed to handle specific loads.  When considering a tire's ability to carry a load, tire engineers consider a tire's "deflection." Deflection, in rough terms, is

the amount by which the tire mashes down when subjected to a vehicle's load. Deflection will vary as a function of load, geometry, construction of the tire and inflation pressure.

For instance, flotation tires are designed to operate on soft or sandy surfaces. These tires "float" on the surface rather than digging into the soft terrain. The deflection of flotation tires differs significantly from the deflection of other truck tires designed for highway use.

Tires for certain operating conditions are designed and built much differently than tires for other uses, with variations in the layers (plies) of material and the type, weight, thickness, dimensions, density and/or stiffness of the materials in their major structural components (e. g., treads, sidewalls, body plies, etc.)  An off-road or racing tire, for example, requires different components of different sizes and materials than a truck tire operating at normal speeds or on different surfaces.

C.    Component Construction and Material Properties

A further design variable is tire component selection and location. As discussed above, tires are a combination of many components. These components vary from tire to tire.  For instance, the materials used to make steel belts differ among tires and tire types. Different wire cord dimensions and constructions may be used to make the belts in truck and passenger car tire belts.

There are also differences in the thickness, width, and length of various physical components used to make the tires. For example, belt widths will vary from tire to tire.

Specifications detail the tire's size and overall type of construction; its dimensions; the number, nature, and placement of its components; the manner and sequence of component assembly; and the equipment used in assembling and curing the tire. Specifications for specific tires change over time. These specification changes occur, for example, as a consequence of periodic developments in tire technology. As tire engineers develop generally applicable performance enhancements, those enhancements are designed into various tire lines when and where appropriate. Even among tires of the same size and line, specifications may vary over time.

IV.    Tire Mounting and De-Mounting

Mounting and De-Mounting a tire on a rim requires training, supervision and proper equipment. There are hundreds of different types of tires and wheels. After the workplace is equipped with the proper mounting and safety equipment the next step is to be knowledgeable about the tire and wheel combination that is being serviced. For example in this case a tubeless tire was mounted on a single piece drop center wheel. The procedure for mounting tubeless tires on single piece drop center wheels are used on most automobile and light truck tires, the majority of truck tires and many industrial tires.

In the case of mounting, after the tire and wheel are selected the tire is mounted on the wheel following RMA and OSHA procedures. The tire is then inflated in a safety cage or with a restraining device using a clip on chuck with a remote air gauge until the beads are properly seated.

In the case of de-mounting, the first step is to deflate the assembly and then follow the remaining RMA and OSHA procedures.

V.    Analysis and Evaluation

I have investigated an accident that occurred on April 15, 2009 while Mr. Jeremiah Billingsley was mounting and inflating a truck tire. At the time of the accident the tire/wheel assembly burst and Mr. Billingsley was struck by the assembly. Mr. Billingsley was employed as a mechanic by AB Trucking at the time of the accident.

The subject tire is a B. F. Goodrich ST 230 size 11R24.5 LRH bearing DOT serial number B64FBWLX4608. The tire was produced by Michelin in Spartanburg, SC during the 46'th week of 2008.The tire consists of one steel body ply and 4 steel tread plies. It has a maximum load capacity of 7160 lbs. at 120 psi. The mold parting lines and tread label remained on the tire indicating the tire had not been used in service. The tire contains the following warning molded on both sidewalls:

Serious Injury May Result From: Explosion of tire/rim assembly due to improper mounting-Only specially trained persons should mount tires. When mounting use safety cage and clip-on extension air hose to inflate.

When I examined the tire it was partially mounted on the wheel. The serial side bead was broken and over the valve side flange and the opposite serial side bead was in the drop center of the wheel. The tire was demounted from the wheel for a complete inspection.

Five plies of eight strands of bead wire rubber were broken completely through the tire at 7:15 in the serial side bead. The wires were broken in a tensile mode with a necked down appearance.

The subject wheel is a 24.5 x 8.25 single piece drop center wheel. It was manufactured by Accuride on July 30, 1990. The wheel was fitted with a TR573 tubeless tire screw in valve. The valve core and valve cap were missing. 180 degrees from the valve the drop center of the wheel is abraded. The wheel, including the drop center and bead seats is heavily corroded. Both bead seats were measured with a ball tape and are within tolerance.There were no run lines on the tire or wheel.

EXHIBIT B-2

In addition to the subject tire and wheel, I have reviewed the following materials:

1. Photographs of the accident scene;

2. Photographs of the tire and wheel;

3. Complaint/Summons, Petition in Intervention;

4. MNA's Answer to the complaint and Petition in Intervention;

5. Deposition of Jeremiah Billingsley;

6. Plaintiffs' responses to MNA's Interrogatories, Requests for Production of Documents and Requests for Admission;

7. Records produced by intervenor New Hampshire Indemnity;

8. Records obtained from AB Trucking;

9. The Tire and Rim Association 2007 Year Book;

10. RMA and OSHA Mounting Wall Charts;

11. Firestone Rim/Wheel Safety & Service Manual;

12. OSHA Standard for Servicing Single- Piece and Multi-Piece Wheels/Rims;

13. Introduction to Tire Safety, Durability and Failure Analysis, J.D.Gardner and B.J.Queiser, Chapter 15 of The Pneumatic Tire, Washington, DC, 2005;

14. "Traffic Collision Investigation," Chapter 8 – "Tire Examination After Motor Vehicle Collisions," Northwestern University Center For Public Safety;

15. RMA Care and Service Manual for Truck & Light Truck Tires;

Unless noted otherwise, all circumferential locations on the tire are referenced to the serial number designated as 12:00 considering the serial side of the tire to be a clock face.

Based on my education, experience, and examination of the subject tire and wheel and the materials referred to above, I have reached the following conclusions:

1. The subject tire is not defective or unreasonably dangerous either in design or manufacture.  It was reasonably and properly designed and manufactured.

2. The tire rupture and Mr. Billingsley's injuries were not caused by a design or manufacturing defect in the tire.

EXHIBIT B-2

I will continue to evaluate additional information, including the plaintiff's expert report and testimony, as it becomes available. This additional information may require me to amend this report at a later date. I reserve the right to amend or supplement this report to respond to any expert disclosures made by plaintiffs.

My fee for consulting is $340 per hour.

James D. Gardner

8

EXHIBIT B-3



EXHIBIT B-3

EXHIBIT B-3



EXHIBIT B-3



EXHIBIT B-3



EXHIBIT B-3

BASIC COMMERCIAL TIRE SERVICE TRAINING PROGRAM WORKBOOK

## DEMOUNTING AND MOUNTING PROCEDURES FOR TRUCK/BUS TIRES



**WARNING**

TIRE AND WHEEL SERVICING CAN BE DANGEROUS AND MUST BE DONE ONLY BY TRAINED PERSONNEL USING PROPER PROCEDURES AND TOOLS. FAILURE TO READ AND COMPLY WITH ALL OF THESE PROCEDURES MAY CAUSE YOU OR OTHERS TO BE HURT OR KILLED.



**WARNING**

*This is chart 1 of a 2 chart set. Before you service any tires, make sure you also read, understand and follow the companion chart titled "Multi-Piece Rim Matching Chart."*

 **WARNING**

Always comply with the procedures on this chart and in the wheel manufacturer's catalogs, instruction manuals or other industry and government instructional materials. Failure to do so may cause you or others to be hurt or killed.

 **WARNING** 

Completely deflate the tire by removing the valve core before removing the wheel/tire from the axle if there is known or suspected damage to the tire or wheel or if the tire has been run at 80% or less of its recommended pressure. Demount, inspect and match all tire and rim parts before reinflating.

 **WARNING**

Do not use starting fluid, ether, gasoline or other explosive material to lubricate, seal or seat the beads of a tubeless tire. This practice can cause the explosive separation of the tire/wheel during servicing or during highway use, resulting in you or others being hurt or killed.

 **WARNING**

Any inflated tire mounted on a wheel contains explosive energy. The use of damaged, mismatched or improperly assembled tire and wheel parts can cause the assembly to burst apart with explosive force. If anyone is hit by an exploding tire, wheel parts, or the air blast, you or someone else may be hurt or killed.

 **WARNING** 

Reassembly and inflation of mismatched parts can result in serious injury or death. Just because parts come in together does not mean they belong together. Check for proper matching of all rim parts before putting any parts together.

 **WARNING** 

Mismatching tire and rim diameters is dangerous. A mismatched tire and rim assembly may explode and can result in serious injury or death. This warning applies to 14" and 14.5", 16" and 16.5" tires and rims as well as others similarly mismatched size combinations. Never assemble a tire and rim unless you have positively identified and correctly matched the parts.

## 1. Before Servicing any Rim Wheel (Tire/Rim Assembly)

1. Before loosening any nuts or clamps that attach a tube-type tire/rim assembly to a vehicle, always completely deflate the tire (or both tires of a dual assembly) by taking out the valve core(s).
2. Use proper tools to demount or mount rim parts. Never use a steel hammer to seat rim parts – use only rubber, plastic or brass tipped mallets. Striking a wheel/rim assembly with a hammer of any type can damage the wheel and endanger the installer. Use a steel duck bill hammer only as a wedge. Do not strike the head of a hammer with another hard faced hammer – use a rim mallet.
3. To make tire demounting and mounting easier, use a non-flammable tire lubricant or tire sealant labeled for that purpose.
4. Never reinflate a tire that has been operated in a run-flat or underinflated condition (80% or less of recommended pressure). Demount, inspect and **match** all tire and rim parts before reinflating.
5. If an emergency puncture/inflater has been used, deflate and reinflate the tire several times to remove remaining explosive propellant before servicing.

| **WARNING** | If you don't know how to use tire changing tools – STOP!<br>Tire changing should only be done by trained persons. If you do it wrong, you can be hurt or killed. |
|---|---|
| **Using Tire Tools** | Always wear eye protection when using hammers and tire irons. Never use an extension or "cheater" bar. Always use soft-faced hammers when driving tire irons. Never use a hammer with a loose or cracked handle. Never use a bent, cracked, chipped, dented or mushroomed tool. Keep tools clean and inspect frequently. Never alter or apply heat to any tool. Never use a tire tool for anything except mounting tires. |

### Typical Tire Service Tools

Bead Seal Breaking Tools

Lock Ring Tools

Rim Mallets

Bead Seaters

Use only tools recommended by the tire or wheel manufacturer. Shop

Soft-Faced Dead Blow Hammer

Plastic Faced

Tubeless Tire Iron Set    Brass    Rawhide    Rubber

Clip-on Chuck/In-Line Gauge. Use sufficient hose length to maintain safe distance during inflation. Stay out of the trajectory.

Farm/OTR    Portable

**ALWAYS WEAR SAFETY GLASSES**

BASIC COMMERCIAL TIRE SERVICE TRAINING PROGRAM WORKBOOK

## 2. Deflation and Demounting (Removing Tire from Wheel)

1.  Never attempt to demount a tire from a rim unless you are sure that the tire is completely deflated (remove valve core and insert wire to ensure complete deflation).
2.  Loosen the tire bead from the side ring by using a duck bill hammer or other bead breaking tool. Use a duck bill hammer as a wedge; do not pound on the tire or wheel. For single piece wheels, both beads must be loosened before demounting the tire.

─── **TUBE TYPE** ───

| **Single Piece Rim** | **Solid Rim/Split Ring** | **Split Rim/Solid Ring** |



Lubricate both of the tire beads and position the assembly on the floor with the rim well side up. Place two tire irons 10-12 inches apart on each side of the valve with the spoon ends of irons toward the flange of the rim. Force the tire bead into the well opposite of the tire irons with your feet, then pull both irons toward the center of the rim, prying part of the tire bead over the rim.



Make sure the top bead is below the ring(s) before attempting to remove the ring(s). Insert the tapered end of the lock ring tool into the notch in the side of the ring. Pry the side ring out of the rim gutter groove.



Insert the tapered end of the lock ring tool into the notch in the rim near the split. Push the tool downward and toward the center of the rim. A block of wood may be placed under the left side of the rim split to help offset the rim base.



While leaving one iron in place, take out and reinsert the other iron about four inches from where it was removed. Pull downward on the iron to loosen more of the tire bead. Repeat this process until the first bead is entirely free from the rim.



Continue to remove the side ring by progressively prying around the rim. Use small bites to prevent bending the side ring.



Insert the tapered end of the lock ring tool into the second notch and push downward toward the center of the rim, prying the solid side ring from the rim. Remove side ring.



Stand the tire on its tread. Position the rim so that the well rests on the second bead. Insert the straight end of the tire iron, as pictured, with the iron stop hooked over the flange. Allow the tire to fall toward you while applying upward pressure on the tire iron to unbutton the second bead. If necessary, rock or bounce the assembly to pry the rim out of the tire.



Turn the assembly over and break the other tire bead loose. Remove the rim from the tire. Remove the tube and flap from the tire.



Turn the assembly over and break the other tire bead loose. Remove the rim from the tire. Remove the tube and flap from the tire.

OSHA MOUNT/DEMOUNT CHART – OSHA STANDARD 1910.177 – REVISED 1992

EXHIBIT B-4

BASIC COMMERCIAL TIRE SERVICE TRAINING PROGRAM WORKBOOK

## 2. Deflation and Demounting (Removing Tire from Wheel)

1.  Never attempt to demount a tire from a rim unless you are sure that the tire is completely deflated (remove valve core and insert wire to ensure complete deflation).
2.  Loosen the tire bead from the side ring by using a duck bill hammer or other bead breaking tool. Use a duck bill hammer as a wedge; do not pound on the tire or wheel. For single piece wheels, both beads must be loosened before demounting the tire.

─────────── **TUBE TYPE** ───────────

| **Solid Rim/Solid Ring** | **Solid Rim/Solid Flange/ Split Lock Ring** | **Semi-Drop Center Solid Rim/Solid Ring** |



Insert the tapered end of the lock ring tool into the notch in the side ring. This notch is located between the embossments on the side ring.



Push the flange and tire bead down until they clear the lock ring. Insert the tapered end of a lock ring tool into the notch in the lock ring near the split and pry the lock ring out of the rim gutter groove.



Insert the tapered end of the lock ring tool into the notch in the side ring. Force the part of the side ring opposite the notch down and push downward on the lock ring tool to pry the side ring from the groove in the rim. Continue to pry the side ring around the rim being careful not to bend the side ring.



Push the side ring downward at a point opposite the notch. Force the lock ring tool handle downward to pry the side ring from the rim. Continue prying around the rim until the side ring is free.



Insert the lock ring tools under the lock ring as shown and progressively pry around the rim until the lock ring is free. Remove the lock ring and flange from the tire assembly.



Remove the side ring from the rim. Force the tire bead down at the valve slot and using the tubeless tire iron, pry the opposite portion of the bead over the edge of the rim progressively loosening the tire bead all around the rim.



Remove the side ring from the rim. Turn the assembly over and break the other bead loose. Remove the rim from the tire. Remove the tube and flap from the tire.



Turn the assembly over and break the other tire bead loose. Remove the rim from the tire. Remove the tube and flap from the tire.



Turn the assembly over and break the other tire bead loose. Making sure that the tire bead stays in the rim well, slip the flat part of the tubeless tire iron between the tire bead and the rim as shown. Pry the tire bead over the rim by pushing down on the tire.

BASIC COMMERCIAL TIRE SERVICE TRAINING PROGRAM WORKBOOK

## 3. Inspection of Parts

1. Never use any part that is bent, pitted from corrosion, cracked or worn. These are unserviceable parts and must be destroyed so that they cannot be used. Do not use damaged or badly worn tires.
2. Never weld on a rim that has a tire on it. Do not rework, weld, heat or braze any rim parts for any reason.
3. Always find the identification stamp on the rim parts. Check the "Multipiece Rim Matching Chart" to see that the rim parts are properly matched. Never use a rim part unless you can positively identify it from the manufacturer's stamped markings.
4. If you cannot identify a part, it must not be used. Destroy it.
5. Remove rust, dirt or foreign material from rim parts. Repainting the parts will make them last longer. Repaint the bare metal areas to make them last longer.

**EXAMPLES OF UNSERVICEABLE PARTS –
BENT, RUSTED, CRACKED OR WORN PARTS CANNOT BE SAFELY ASSEMBLED AND MUST BE DESTROYED.
REPLACE THEM WITH PROPERLY MATCHED, SERVICEABLE PARTS.**








BASIC COMMERCIAL TIRE SERVICE TRAINING PROGRAM WORKBOOK

## 4. Mounting (Assembling the tire and rim)

**FOR TUBELESS TIRES:**

A.  Place the rim base on the floor with the well side up.
B.  Lubricate both the tire beads and the top flange of the rim base.
C.  Replace rubber washer on valve and inspect valve stem for damage or wear. Replace valve stem if necessary.

**FOLLOW THE PROCEDURES BELOW FOR THE TYPE OF RIM ASSEMBLY YOU ARE SERVICING**

**FOR TUBE TYPE TIRES:**

A.  Insert the tube into the tire and inflate just enough to round out the tube. Insert the flap. Check the flap wings to ensure that they are not folded.
B.  Lay the rim on the floor, align the valve with the rim valve slot and work the tire onto the rim.
C.  Remove the valve core from the valve stem to exhaust all air from the tube. This will prevent trapped air in the tube from interfering with the proper seating of the side or lock ring into the rim gutter groove.

### TUBELESS TYPE

#### Single Piece Rim



Push the tire bead onto the rim as far as possible. Using the curved end of the tire iron (with the stop resting on the rim flange) take small bites to work the remaining section of the bead onto the rim.



Start the second tire bead into the well, holding it in position with foot or self-locking pliers clamped to the rim of the flange. Insert the curved end of the tire iron with the stop towards the rim and push the iron outwards to work the tire bead over the flange.



Taking small bites, repeat the operation progressively around the rim. Keep the tire bead in the well with your foot or self-locking pliers. Continue until the second tire bead is fully mounted over the flange.

### TUBE TYPE

#### Solid Rim/Split Ring



For rims with bead humps: make sure the top bead is below the bead hump before mounting on the side ring.



Insert one end of the side ring into the rim gutter groove. Progressively "walk" the side ring into place until it is completely seated in the rim gutter groove.

#### Split Rim/Solid Ring



Spread the rim by placing a block under the left side of the split (when facing split). Align the valve with the rim valve slot and work the tire onto the rim.



Insert the side ring into the rim gutter groove starting at the left side of the split. Progressively "walk" the side ring into place until it is fully assembled into the rim gutter groove.



Turn the assembly over. Place the block of wood under the right side of the split (when facing split). Tap the rim until the split is in proper alignment. If rim refuses to align properly, check to make sure the rim locking device is undamaged and free of dirt, rust and burrs. DO NOT INFLATE IF THE SPLIT IS NOT PROPERLY ALIGNED.

BASIC COMMERCIAL TIRE SERVICE TRAINING PROGRAM WORKBOOK

## 4. Mounting (Assembling the tire and rim)

**FOR TUBELESS TIRES:**

A.    Place the rim base on the floor with the well side up.
B.    Lubricate both the tire beads and the top flange of the rim base.
C.    Replace rubber washer on valve and inspect valve stem for damage or wear. Replace valve stem if necessary.

**FOLLOW THE PROCEDURES BELOW FOR THE TYPE OF RIM ASSEMBLY YOU ARE SERVICING**

**FOR TUBE TYPE TIRES:**

A.    Insert the tube into the tire and inflate just enough to round out the tube. Insert the flap. Check the flap wings to ensure that they are not folded.
B.    Lay the rim on the floor, align the valve with the rim valve slot and work the tire onto the rim.
C.    Remove the valve core from the valve stem to exhaust all air from the tube. This will prevent trapped air in the tube from interfering with the proper seating of the side or lock ring into the rim gutter groove.

── **TUBE TYPE** ──

### Solid Rim/Solid Ring



Place the side ring in position with the notch located at least 3" from the valve slot. Find the two cutaway sections in the side ring locking surfaces (these sections are opposite each other and are shown as Points A). Push down on the side ring at Point C and work it into the rim gutter groove as far as possible by using your hand and rim mallet. Keeping the side ring engaged with the rim at Point C, strike the side ring progressively toward Points A with the mallet until half of the side ring is engaged.



Insert the tapered end of the lock ring tool into the notch (Point B). Then pry outward and strike the ring downward with the mallet between the notch and cutaway section. Remove the tool and strike additional blows progressively toward the other cutaway section until the entire side ring is over the lip of the rim.



Before inflating, be sure the side ring is completely mounted over the lip of the rim. A properly mounted side ring will move freely up and down with only hand pressure. DO NOT INFLATE IF THE SIDE RING DOES NOT MOVE FREELY.

### Solid Rim/Solid Flange/ Split Lock Ring



Place the flange over the rim and then stand on the flange to push it below the rim gutter groove.



Insert the end of the split lock ring into the rim gutter groove.



Progressively "walk" the split lock ring into place until it is completely seated in the rim gutter groove.

### Semi-Drop Center Solid Rim/Solid Ring



Work the first tire bead down into the well of the rim next to the valve. Progressively mount this bead by using a tubeless tire iron to pry the bead onto the rim.



To apply the second tire bead, press the tire bead into the rim well with foot pressure, opposite the valve. Mount the rest of the tire bead using a tubeless tire iron, being careful not to pinch the tube.



Place the side ring into the rim gutter groove with the two cutaway sections (Point A) in position as shown. Insert the lock ring tools between the ring and the rim, pry outward on the ring and strike downward with the mallet to fully mount the side ring.

OSHA MOUNT/DEMOUNT CHART – OSHA STANDARD 1910.177 – REVISED 1992

EXHIBIT B-4

BASIC COMMERCIAL TIRE SERVICE TRAINING PROGRAM WORKBOOK

**ALL RIM PARTS MUST BE PROPERLY SEATED BEFORE ANY INFLATION PRESSURE IS ADDED TO THE TIRE/RIM ASSEMBLY.**



## 5. Inflation

1. For a tube-type tire, be certain that the removable ring(s) are properly seated.
2. Never inflate beyond 5 psi before placing the tire/rim assembly in a restraining device that meets OSHA standard.
   ⚠ **WARNING!** Never use starting fluid, ether, gasoline, or any other flammable material to lubricate, seal, or seat the beads of a tubeless tire.
3. Always inflate the assembly in a tire inflation cage or other restraining device. Use a clip-on air chuck and an in-line air valve with gauge.
   ⚠ **WARNING!** When inflating a tire, stay out of the trajectory. (See below.) Do not rest or lean any part of your body against the restraining device during inflation.
4. Inflate to 20 psi and then check tire beads for proper seating. Never inflate beyond 40 psi to seat any tire beads. If the beads are not seated at 40 psi, STOP! Deflate and determine the problem.
5. For tube-type tires, inflate to service pressure without the valve core installed and then completely deflate the tire to prevent wrinkles in the tube. Insert the valve core and reinflate the tire to recommended service pressure as specified for the tire and/or rim.
6. Visually inspect the tire/rim assembly during inflation for improper seating of the ring(s) or any unusual conditions in the tire or rim.
   ⚠ **WARNING!** Never hammer on any type of tire/rim assembly to correct a problem while the tire contains inflation pressure. Do not attempt to seat any part by hammering, striking, or prying while the tire contains any inflation pressure. You or someone else may be hurt or killed. If the parts are not seated properly, deflate the tire and correct the problem before proceeding.
7. After servicing a tire/rim assembly, never inflate the tire on the vehicle. Always inflate the tire in a tire inflation cage or other restraining device.
8. Never inflate beyond the inflation pressure specified for the tire or rim.
9. Before removing the tire/rim assembly from the restraining device, always inspect for proper seating of all parts.

## Trajectory

The air pressure contained in a tire is dangerous. The sudden release of this pressure by a tire blow-out or side ring separation can cause serious injury or death. Stay out of the trajectory as indicated by the shaded area. When installing the tire/rim assembly on the vehicle, it will be impossible to stay out of the trajectory; however, at all other times you and all others must stay out of the trajectory.



EXHIBIT B-4