IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

JEREMIAH BILLINGSLEY and NICOLE
BILLINGSLEY,
(Plaintiffs),

CIVIL ACTION NO. :
3:10-CV-00352-JJB-SCR

vs.

MICHELIN NORTH AMERICA, INC. and
TIRE CENTERS, LLC,
(Defendants)

### AFFIDAVIT OF MR. CALVIN P. McCLAIN, JR.

Personally before me, the undersigned officer authorized to administer oaths, came Mr. Calvin P. McClain, Jr., who, upon being sworn, deposed and stated as follows:

1. This affidavit is based on my personal knowledge and information available to me in my capacity as a Senior Technical Advisor employed by Michelin North America, Inc. ("MNA"). I am over 18 years of age, of sound mind and otherwise competent to execute this Affidavit.

2. I have been employed by MNA since 1978. During my more than 30 years with MNA, I have become familiar with the tires manufactured, marketed, distributed and sold by MNA, with the roles of MNA and Michelin Americas Research Company ("MARC") (formerly Michelin Americas Research & Development Corp.; now a division of MNA) in the design, development, and manufacture of tires, including BFGoodrich brand tires. MNA has the unencumbered right to use the BFGoodrich brand name for tires made in the United States.

3. Based on information available to me in my capacity as a Senior Technical Advisor with MNA, I am also familiar with the relationship between MNA and Tire Centers, LLC

EXHIBIT C

("TCI"). TCI is a limited liability company whose sole owner/member is MNA. TCI is a separate corporate entity, however, and is not engaged in or part of MNA's or MARC's tire design or manufacturing activities.

3. I have examined the truck tire that is the subject of plaintiffs' complaint in this case. The tire at issue is an 11R24.5 BFGoodrich ST230 tire, bearing DOT number B64F BWLX 4608 ("the subject tire"). Based on this information, the subject tire was designed by MARC and manufactured by MNA at its Spartanburg, South Carolina manufacturing plant during the 46th week of 2008. TCI had no role in or control over the design or manufacture of the subject tire or of any component part of the subject tire.

4. MNA provides a Limited Warranty/Operator's Manual for BFGoodrich medium truck tires it manufactures, such as the subject tire. A true and correct copy of the Limited Warranty/Operator's Manual applicable to the subject tire is attached as Attachment 1 to this Affidavit.

DATED this _9TH_ day of August, 2011.

_____
CALVIN P. McCLAIN, JR.

Sworn and subscribed to before me this
_9th_ day
of _August_, 2011.

_____
Notary Public

Debra Dunn-Brown
Notary Public
My Commission Expires March 06, 2017

EXHIBIT C




*MEDIUM TRUCK TIRES LIMITED WARRANTY / OPERATOR'S MANUAL*

***BFGOODRICH COMMERCIAL TRUCK TIRES LIMITED WARRANTY***

***READ THIS MANUAL; IT IS IMPORTANT FOR THE SAFE OPERATION OF YOUR TIRES.***

> FOR SAFETY AND GOOD PERFORMANCE YOU MUST TAKE CARE OF YOUR TIRES.
>
> FOLLOW INSTRUCTIONS CONTAINED IN THIS OPERATOR'S MANUAL.
>
> CORRECT TIRE INFLATION PRESSURE IS VERY IMPORTANT.
>
> CHECK TIRE INFLATION PRESSURES AT LEAST ONCE EACH WEEK WHEN TIRES ARE COLD.
>
> FOR FURTHER TECHNICAL INFORMATION ON BFGOODRICH® COMMERCIAL TRUCK TIRES, CONSULT ANY AUTHORIZED BFGOODRICH COMMERCIAL TRUCK TIRE DEALER.

The information contained in this manual is provided to enable you to operate your tires safely. It is therefore important that this information be made readily available to all personnel involved in the operation of the tires. In addition, the danger of neglecting the advice contained in this manual should be explained to all managers, drivers, mechanics and other personnel involved with the maintenance and use of the tires.

Additional copies of this Limited Warranty and Operator's Manual are available from BFGoodrich® Commercial truck tire dealers.

***BFGOODRICH® COMMERCIAL TRUCK TIRES LIMITED WARRANTY***

Every BFGoodrich Commercial Truck Tire bearing the BFGoodrich® brand and complete serial and identification numbers, used according to the instructions contained in this Limited Warranty and Operator's Manual, is warranted against defects in workmanship or materials for 48 months from the date of manufacture as molded into the sidewall of the tire.

# ▶ BFGOODRICH® COMMERCIAL TRUCK TIRES LIMITED WARRANTY

Warranty claims can only be processed through an authorized BFGoodrich® Commercial Truck Tire dealer. If an inspection by an authorized BFGoodrich Commercial Truck Tire representative shows that the tire has become unserviceable because of a defect in workmanship or materials, it will be replaced on a pro rata basis in accordance with this warranty.

The cost of a new BFGoodrich Commercial Truck Tire will be calculated by multiplying the current dealer selling price by the percentage of the original usable tread which has been worn. Charges for mounting, balancing, and any other dealer services or for applicable taxes are payable by the user.

The vehicle on which the tire was used must be made available to the BFGoodrich Commercial Truck Tire representative for inspection.

### *CONDITIONS AND EXCLUSIONS*
THIS WARRANTY DOES NOT PROVIDE COMPENSATION FOR LOSS OF TIME, LOSS OF USE OF THE VEHICLE, INCONVENIENCE OR CONSEQUENTIAL DAMAGES. SOME STATES DO NOT ALLOW THE EXCLUSION OR LIMITATION OF INCIDENTAL OR CONSEQUENTIAL DAMAGES, SO THE ABOVE LIMITATION OR EXCLUSION MAY NOT APPLY TO YOU.

NO BFGOODRICH COMMERCIAL TRUCK TIRE REPRESENTATIVE, EMPLOYEE OR DEALER HAS THE AUTHORITY TO MAKE OR IMPLY ANY REPRESENTATION, PROMISE OR AGREEMENT WHICH IN ANY WAY VARIES THE TERMS OF THIS WARRANTY.

THIS WARRANTY APPLIES ONLY IN THE UNITED STATES.

### *OTHER RIGHTS*
THIS WARRANTY GIVES YOU SPECIFIC LEGAL RIGHTS AND YOU MAY ALSO HAVE OTHER RIGHTS WHICH VARY FROM STATE TO STATE.

***DRIVING ON ANY TIRE THAT DOES NOT HAVE THE CORRECT INFLATION PRESSURE IS DANGEROUS AND MAY CAUSE IRREPARABLE TIRE DAMAGE.***

Any underinflated tire builds up excessive heat that may result in tire destruction.

The correct inflation pressure for your tires is a function of many factors including: load, speed, road surface, and handling. Consult a BFGoodrich Commercial truck tire dealer for the proper inflation pressures for your application.

***CHECK THE COLD INFLATION PRESSURE IN ALL YOUR TIRES, INCLUDING THE SPARES, AT LEAST ONCE EACH WEEK.***

Failure to maintain correct inflation pressure may result in sudden tire destruction, improper vehicle handling, and may cause rapid and irregular wear. Therefore, inflation pressures should be checked weekly and always before long distance trips.

Pressures should be checked when tires are cold, that is, before they have been driven on. The ideal time to check tire pressures is early morning. Driving, even for a short distance, causes tires to heat up and air pressures to increase.

Never bleed air from hot tires. "Bleeding" air from a hot tire could result in underinflation.

Use an accurate tire gauge to check pressures.

If your pressure check indicates that one of your tires has lost pressure of four pounds or more, look for signs of penetration, valve leakage, or wheel damage that may account for the air loss.

Any tire suspected of having been run flat or run at very low air pressure (less than 80% of normal operating pressure) should never be re-inflated without careful inspection of the entire tire. Consult a BFGoodrich Commercial Truck Tire dealer.

***INSPECT YOUR TIRES DAILY. IF YOU SEE ANY DAMAGE TO YOUR TIRES OR WHEELS, SEE A BFGOODRICH COMMERCIAL TRUCK TIRE DEALER AT ONCE.***

Always examine your tires for bulges, cracks, cuts or penetrations. If any such damage is found, the tire must be inspected by a BFGoodrich Commercial Truck Tire dealer at once. Use of a damaged tire could result in tire destruction, property damage and personal injury.

All tires will wear out faster when subjected to high speeds as well as hard cornering, rapid starts, sudden stops and frequent driving on surfaces which are in poor condition. Surfaces with holes and rocks or other objects can damage tires and cause vehicle misalignment. When you drive on such surfaces, drive carefully and slowly and always before driving at normal or highway speeds, examine your tires for any damage, such as cuts or penetrations.

### *WEAR BARS*

BFGoodrich® Commercial Truck Tires contain "wear bars" in the grooves of the tire tread which show up when only 2/32nds of an inch or less of the tread is remaining. At this stage your tires must be removed.

Tires worn beyond this stage are dangerous. (Federal law requires that truck tires on front axles have at least 4/32nd tread depth.)

### *HIGH SPEED DRIVING CAN BE DANGEROUS AND MAY DAMAGE YOUR TIRES*

When driving at highway speeds, correct inflation pressure is especially important. However at these speeds, even with the correct inflation pressures, a road hazard, for example, is more difficult to avoid and if contact is made, has a greater chance of causing tire damage than at a lower speed. Moreover, driving at high speeds reduces the reaction time required to avoid accidents and bring your vehicle to a safe stop.

If you see any damage to a tire or wheel, replace the tire with a spare at once and visit a BFGoodrich Commercial Truck Tire dealer for a complete inspection.

BFGoodrich Commercial Truck Tires can be operated at a maximum speed of 65 miles per hour, unless otherwise specified in the product literature. Consult a BFGoodrich Commercial Truck Tire dealer for assistance in determining the maximum speed for your application. Exceeding this maximum speed will cause the tire to build up excessive heat which can result in sudden tire destruction, property damage, and personal injury. In states where the maximum speed limit is above 65 mph, consult a BFGoodrich Commercial Truck Tire representative for proper load and inflation recommendations.

In any case, you should not exceed reasonable speeds as indicated by the legal limits and driving conditions.

### *WHEEL ALIGNMENT, TRACKING, AND BALANCING ARE IMPORTANT FOR SAFETY AND MAXIMUM MILEAGE FROM YOUR TIRES.*

CHECK HOW YOUR TIRES ARE WEARING.

If your tires show signs of irregular wear, your vehicle may be out of alignment. This condition not only shortens the life of your tires but also adversely affects the handling characteristics of your vehicle, which could be dangerous. If irregular wear is indicated, check the alignment of your vehicle's wheels and the parallelism of your vehicle's axles. Tires which have been run underinflated will show more wear on the shoulders than in the crown of the tread.

For optimum tire life and performance, the front end alignment on trucks equipped with BFGoodrich Commercial Truck Tires should be in accordance with the recommendations of the vehicle manufacturer.

Tires and wheels which are not balanced may cause steering difficulties, a bumpy ride, and worn spots on the tires. It is recommended that you have your tires and wheels dynamically balanced.

### *DO NOT OVERLOAD*

The maximum load that can be put on a truck tire is dependent upon the speed at which the tire will be used. Consult a BFGoodrich Commercial truck tire dealer and a BFGoodrich Commercial Truck Tire Data Book for complete information on the allowable loads for the tires in your application. Tires which are loaded beyond their maximum allowable loads for the particular application will build up excessive heat that may result in sudden tire destruction, property damage, and personal injury.

Do not exceed the gross axle weight rating for any axle on your vehicle.

### *TIRE MIXING*

Only tires of identical size and construction should be mounted on the same axle.

***IMPROPERLY RETREADED AND/OR REPAIRED TIRES ARE DANGEROUS AND CAN CAUSE TIRE DESTRUCTION, PROPERTY DAMAGE AND PERSONAL INJURY.***

Retreading and repairing of BFGoodrich Commercial Truck Tires should be carried out only by qualified personnel with proper equipment. For further information, consult a BFGoodrich Commercial Truck Tire dealer.

Plug-only repairs done on-the-wheel are considered improper and are, therefore, not recommended. Such repairs are not reliable and may cause further damage to the tire.

If a tire sustains a puncture, have the tire demounted and thoroughly inspected by any BFGoodrich Commercial Truck Tire dealer for possible damage that may have occurred.

## *STORAGE*

All tires should be stored in a cool, dry, clean indoor environment so that there is no danger of water collecting inside them. Serious problems can occur with tube type tires when they are mounted with water trapped between the tire and the tube. Due to pressurization, the liquid can pass through the inner liner and into the casing plies. This can result in sudden tire failure. Particular care should therefore be taken in inspecting tube type tires prior to mounting to ensure that this condition has not arisen.

Tires contain waxes and emollients to protect their outer surfaces from ozone and weather checking. As the tire rolls and flexes, the waxes and emollients continually migrate to the surface, replenishing this protection throughout the normal use of the tire. Consequently, when tires sit outdoors, unused for long periods of time (a month or more) their surfaces become dry and more

susceptible to ozone and weather checking. For this reason, tires should always be stored in a cool, dry, clean indoor environment, away from sources of heat and ozone, such as hot pipes or electric generators. Be sure that surfaces on which tires are stored are free from grease, gasoline, or other such substances which could deteriorate the rubber. TIRES EXPOSED TO OR DRIVEN ON THESE SUBSTANCES COULD BE SUBJECT TO SUDDEN FAILURE.

***FOLLOW THESE MOUNTING RECOMMENDATIONS TO PREVENT TIRE DESTRUCTION, PROPERTY DAMAGE, AND PERSONAL INJURY.***

Regulations and recommendations published by the Occupational Safety and Health Administration of the U.S. Department of Labor (OSHA) deal in detail with mounting and demounting of tires for trucks. You should ensure that you are always in compliance with these regulations and recommendations. In addition, always bear in mind the following considerations:

Be sure that all rim components (i.e. flanges, lock rings, rim base, etc.) match. Be sure to check rim/wheel manufacturer's specifications.

Tires should be mounted on rims and wheels which are in good, clean condition. Bent, chipped or rusted wheels, rims, or rim components can cause tire damage and can also malfunction causing an accident.

When changing any tire, deflate the tire before loosening any wheel or rim lugs. Always install new valve cores with new mountings.

TUBES: Always fit a new tube of the proper size in a new mounting. A tube will grow through normal wear. Re-use of an old tube greatly increases the possibility of subsequent tube chafing and eventual failure.

FLAPS: Always install a new flap in a new mounting. A flap will become hard and brittle through extended use. After a limited time, it will develop a set to match the tire and rim in which it is fitted. Therefore, it will not match a new tire/rim combination.
Always use a proper lubricant when mounting tires. Use only a thin vegetable oil, soap solution or other approved rubber lubricant. Never use anti-freeze, silicones, or petroleum based lubricants. Do not let excessive lubricant run down and collect inside the tire.

### *PREPARATION OF WHEELS AND RIMS*

Prior to fitment, wheel assemblies should be thoroughly inspected for any damage such as cracks, warpage, deformation of flanges, side rings, lock rings, or stud hole damage. If any one of these conditions is discovered, the rim/wheel should be discarded. All burrs, welds, hammer dents, etc, that are present on the tire side of the rim must be smoothed with a file and/or emery cloth. Remove all rust with a wire brush and apply a rust inhibiting paint.

Always use a safety cage when inflating a truck tire. Never stand over a tire or in front of a valve when inflating.

Before final inflation, check the assembly carefully for signs of weakness or irregularities.

When wheel assemblies are mounted on a vehicle, be sure that the valves do not touch the brake drums or any mechanical part of the vehicle.

EXHIBIT C-1

*It is essential that suitable valve caps be fitted to avoid leaking. The valve cap is the primary seal. After mounting, check the assembly for leaks.*

Tires mounted in duals must be matched so that the maximum difference between the diameters of the tires does not exceed 1/4 inch. Failure to properly match dual tires will result in the tire with the larger diameter carrying a disproportionate share of the load which can cause sudden tire destruction, property damage, and personal injury.

It is also important that sufficient dual spacing be provided to allow air to flow and cool the tires and to prevent them from rubbing against one another. See your BFGoodrich Commercial Truck Tire dealer for information on the minimum dual spacing required and for complete mounting instructions.

*IF YOU SEE DAMAGE TO YOUR TIRES OR WHEELS, VISIT ANY BFGOODRICH® COMMERCIAL TRUCK TIRE DEALER AT ONCE. IF FURTHER ASSISTANCE IS NEEDED, CALL 1 888 532-6435, OR WRITE:*

BFGOODRICH® COMMERCIAL TRUCK TIRES
ATTN.: TECHNICAL SUPPORT/MARKETING DEPT.
P.O. BOX 19001
GREENVILLE, SC  29602

*REMEMBER....TO AVOID TIRE DAMAGE AND POSSIBLE ACCIDENT;*

- CHECK THE COLD TIRE INFLATION PRESSURE AT LEAST ONCE EACH WEEK;
- DO NOT UNDERINFLATE OR OVERLOAD YOUR TIRES;
- DRIVE AT MODERATE SPEEDS AND ALWAYS OBSERVE LEGAL LIMITS;
- AVOID DRIVING OVER POTHOLES, OBSTACLES, CURBS AND EDGES OF PAVEMENT;
- IF YOU SEE ANY DAMAGE TO A TIRE, REPLACE IT WITH THE SPARE AT ONCE AND VISIT ANY BFGOODRICH BRAND TRUCK TIRE DEALER;
- IF YOU HAVE ANY QUESTIONS, CONTACT YOUR BFGOODRICH® COMMERCIAL TRUCK TIRE DEALER.

MICHELIN NORTH AMERICA, INC. • P.O. BOX 19001 • GREENVILLE, SOUTH CAROLINA 29602-9001

AN EQUAL OPPORTUNITY EMPLOYER                                            BMW40844 (Rev 10/07)