EXHIBIT E

 **Tire Centers**
Centered On Service™

STORE#4540
374 N FOSTER DRIVE

BATON ROUGE, LA 70806

225/926-9230

INVOICE #: 56009267

PAGE:        1

CUSTOMER:  DIAMOND ENTERPRISE, INC.        SHIP TO:    LOOSE / CARRY OUT  3-5-0?
           151 EAST MAIN STREET
5601604    P.O. BOX 1009                              * LEFT 20 TIRES TODAY —
           GLOSTER, MS                                — FOR MRT. RETREAD "XZA'
                        39438

REF NUMBER:       .
WORK:    601/225-7488     . 0                PO NUMBER:  * MR. ARCHIE
                            VEHICLE:         LOOSE / CARRY OUT  — —
SALESMAN:  56007                             LICENSE:   --          --
INVOICE DATE:   03/05/09                     DUE:  04/04/09

| PRODUCT | LCT | DESCRIPTION | QUANTITY | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 40784 | O | 11R245 PXZA RETREAD | 5 | 155.00 | 775.0( |
| 55894 | O | 11R225 PXZE RETREAD | 5 | 150.00 | 750.0( |
| G79184 | O | 11R24.5 (16/H) A/P HIGHWAY ST230 | 6 | 349.85 | 2424.6( |
|  |  | FET: 34.59 |  |  |  |
| 282MT | O | LA TIRE FEE-MEDIUM TRUCK | 6 | 5.00 | 30.0( |
| TDF | O | TIRE DISPOSAL FEE | 6 | 8.00 | 48.0( |
| 91202 | O | RE-INFORCED NAIL HOLE RN20 | 3 | 26.00 | 78.0( |
| 40784FC | O | 11R24.5 S/S MRT: " XZA " RETREAD | 5 | 239.00 | 1195.0( |
| 55894FC | O | 11R22.5 XZE STOCK | 5 | 235.00 | 1175.0( |
| ENVIRON | O | SHOP SUPPLIES | 1.00 | 4.95 | -4.95 |

* LEFT 20 TIRES MRT. RETREAD " XZA " ( DIAMOND ENT. " STOCK " ).  SB,
.OF 20 LEFT TODAY 3-5-09 * (3)SCRAP  12-11R24.5  4-11R22.5  1-LP22.5 SB,

| TDF | O | TIRE DISPOSAL FEE | 3-5-2009 | 3 | 8.00 | 24.0( |
| 281 | O | SALES TAX |  | | 582.89 | 582.8' |

INVOICE TOTAL:    7089.4:

CHARGE ON ACCOUNT                                    7089.4

Thank you for doing business with Tire Centers LLC  Afterhours available
TIME OUT:_____TIME IN :_____MILE OUT:_____MILE IN :_____

Service charges are assessed on any past due balance at the rate of 1.5%
per month, or the highest rate permitted by law, whichever is less.

Customer Signature :  _____

: Printed Name:  _____

EXHIBIT E