IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

JEREMIAH BILLINGSLEY and
NICHOLE BILLINGSLEY,
(Plaintiffs),

CIVIL ACTION NO. : 3:10-CV-00352-JJB-SCR

vs.

MICHELIN NORTH AMERICA, INC. and
TIRE CENTERS, LLC,
(Defendants)

## DEFENDANT MICHELIN NORTH AMERICA, INC.'S SECOND REQUESTS FOR ADMISSIONS TO PLAINTIFF NICHOLE BILLINGSLEY

Defendant Michelin North America, Inc. ("MNA") hereby serves its second requests for admissions to Plaintiff Nichole Billingsley ("Ms. Billingsley'), as follows:

### DEFINITIONS AND INSTRUCTIONS

1. This discovery is addressed to the personal knowledge of Ms. Billingsley and her attorneys, investigators, employees, agents, or other representatives acting on her behalf.

2. "Ms. Billingsley", "you" or "your", or any similar pronoun, shall mean Plaintiff Nichole Billingsley.

3. "Subject Accident" means the accident described in your Complaint in this matter in which Plaintiff Jeremiah Billingsley was allegedly injured.

EXHIBIT F

## REQUESTS FOR ADMISSIONS

1. Admit that the document attached hereto as Exhibit A is a true and correct copy of your marriage certificate reflecting your marriage to Jeremiah Billingsley.

2. Admit that you and Jeremiah Billingsley became married on June 16, 2009.

3. Admit that you were not married to Jeremiah Billingsley on April 15, 2009.

4. Admit that April 15, 2009 was the date that the Subject Accident occurred.

5. Admit that you were not married to Jeremiah Billingsley on the date of the Subject Accident.

6. Admit that you were not present at the scene of the Subject Accident.

7. Admit that you are no longer married to Mr. Billingsley as of the date and time of your response to this request for admission.

8. Admit that you have no legal basis for a loss of consortium claim against Michelin North America, Inc. or Tire Centers, LLC arising from Jeremiah Billingsley's alleged injuries from the Subject Accident.

D. Russell Holwadel (#16975), Trial Attorney
Philip J. Rew (#25843)
400 Poydras Street, Suite 2450
New Orleans, LA 70130
Telephone: 504-581-2606
Facsimile: 504-525-1488
email: drh@ahhelaw.com
pjr@ahhelaw.com

EXHIBIT F

CO-COUNSEL:

PETERS & MONYAK, LLP

Robert P. Monyak, Esq.
Bonnie Lassiter, Esq.
Benjamin D. Chastain, Esq.
(admitted pro hac vice)
One Atlanta Plaza, Suite 2275
950 East Paces Ferry Rd., N.E.
Atlanta, Georgia 30326
Telephone: (404) 607-0100
Facsimile: (404) 607-0465
email:  rmonyak@petersmonyak.com
              blassiter@petersmonyak.com
              bchastain@petersmonyak.com

**Attorneys for Defendants Michelin North America, Inc. and Tire Centers, LLC**

## CERTIFICATE OF SERVICE

The undersigned counsel of record certifies that on this 16th day of November, 2010, a true and correct copy of the **Defendant Michelin North America, Inc.'s Second Requests for Admissions to Plaintiff Nichole Billingsley** was served via email and by U.S. mail to the following:

R. Chris Oetjens, Esq.
OETJENS LAW FIRM
704 South Foster Drive
Baton Rouge, LA 70806

Rufus H. Craig, Jr, Esq.
RUFUS HOLT CRAIG & ASSOC.
704 South Foster Drive
Baton Rouge, LA 70806

Kirk L. Landry, Esq.
KEOGH, COX & WILSON, LTD
701 Main Street
P.O. Box 1151
Baton Rouge, LA 70821

_____
Philip J. Rew
**Attorneys for Defendants Michelin North America, Inc. and Tire Centers, LLC**

4

EXHIBIT F

(Page 1 of 1)
Doc ID: 009559470001

## STATE OF LOUISIANA
## CERTIFICATE OF MARRIAGE

STATE FILE NO. 117

LICENSE NO. 31688

**GROOM**
- 1A. LAST NAME OF GROOM: BILLINGSLEY
- 1B. FIRST NAME: JERMIAH
- 1C. SECOND NAME:
- 2. USUAL RESIDENCE - CITY, TOWN, OR LOCATION: 20531 JUSTIN DR DENHAM SPRINGS LA 70726
- 3. IS RESIDENCE INSIDE CITY LIMITS: YES [ ] NO [X]
- 4. PARISH/COUNTY: LIVINGSTON
- 5. STATE: LOUISIANA
- 6. RACE: WHITE
- 7. DATE OF BIRTH: 09/19/1977
- 8. STATE OF BIRTH: LOUISIANA
- 9. FATHER - NAME: H BILLINGSLEY
- 10. STATE OF BIRTH: LOUISIANA
- 11. MOTHER - MAIDEN NAME: D MCKEY
- 12. STATE OF BIRTH: LOUISIANA

**BRIDE**
- 13A. LAST NAME OF BRIDE: FRIEDLEY
- 13B. FIRST NAME: NICOLE
- 13C. SECOND NAME: D
- 13D. MAIDEN NAME (If different): FRIEDLEY
- 14. USUAL RESIDENCE - CITY, TOWN, OR LOCATION: 20531 JUSTIN DR DENHAM SPRINGS LA 70726
- 15. IS RESIDENCE INSIDE CITY LIMITS: YES [ ] NO [X]
- 16. PARISH/COUNTY: LIVINGSTON
- 17. STATE: LOUISIANA
- 18. RACE: WHITE
- 19. DATE OF BIRTH: 10/30/1984
- 20. STATE OF BIRTH: LOUISIANA
- 21. FATHER - NAME: M R BARBER
- 22. STATE OF BIRTH: LOUISIANA
- 23. MOTHER - MAIDEN NAME: D FRIEDLEY
- 24. STATE OF BIRTH: LOUISIANA

**COVENANT MARRIAGES**
24A. Covenant Marriage: yes [ ] no [X]

**SIGNATURE** (Groom's and Bride's signatures)

**LICENSE TO MARRY**
- 28. SUBSCRIBED TO AND SWORN TO BEFORE ME ON: 05/19/2009
- 30. TITLE OF ISSUING OFFICIAL: Deputy Clerk
- 27. EXPIRATION DATE: 6/18/2009 8:23 AM
- 31. PARISH: Livingston
- 32. CITY OR TOWN: Livingston
- 33. TIME OF ISSUE: 8:23 AM

**CEREMONY**
- 34. DATE MARRIED: 6-16-09  7:30 PM
- 35. WHERE MARRIED: WALKER, Louisiana
- 36. PARISH: Livingston
- 38. NAME: LANCE ROBILLARD
- 39. TITLE: Reverend
- 40. ADDRESS: 16619 KATIE NICOLE LN WALKER LA 70785

**RECORDING OFFICIAL**
- 44. DATE FILED: 6-17-09

**GROOM**
- NO. OF THIS MARRIAGE: 1

**BRIDE**
- NO. OF THIS MARRIAGE: 1

31688

**SSNS**

TO BE RETURNED TO ISSUING OFFICE BY OFFICIANT WITHIN 10 DAYS OF CEREMONY

Book , Page , File Number 31688

21st JUDICIAL DISTRICT
PARISH OF LIVINGSTON, LA
A true copy of the original
this November 4, 2010
Deputy Clerk of Court



EXHIBIT A

EXHIBIT F